**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**DIVISION:  ORLANDO**

**CASE NO.:  13-08905-CCJ**

**CHAPTER 7**

In re:

**FRANKLIN BAY GENERAL**
**CONTRACTORS, INC.,**
**a/k/a THE FRANKLIN BAY CO., INC.,**

　　　　**Debtor.**

_____/

## MOTION FOR RELIEF FROM STAY

　　**COMES NOW**, Olen Residential Realty Corp., d/b/a Weston Place Apartment Homes; ORRC Encumbrance Corp., a/k/a Manatee Bay Apartment Corp.; and Quantum Town Center, LLC., f/k/a Quantum Park & Village, LLC., (hereinafter "Creditors") and respectfully moves this Court, pursuant to 11 U.S.C. § 362(d)(1), Bankruptcy Rule 4001(a) and Local Bankruptcy Rule 4001-1(c), for relief from stay for cause and in support thereof, states:

　　1.　　On or about July 19, 2013, Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code.

　　2.　　Prior to Debtor's Chapter 7 filing, Creditors herein filed suits in the Circuit Courts of Palm Beach and Broward Counties, Florida, as follows:

　　　　A.　*Olen Residential Realty Corp., d/b/a Weston Place Apartment Homes –*
　　　　*Complaint filed on April 1, 2013;  17th Judicial Circuit Case No. CACE*
　　　　*13-008737;*

B. *ORRC Encumbrance Corp., a/k/a Manatee Bay Apartment Corp. – Complaint filed on April 1, 2013;   15th Judicial Circuit Case No. 5- 2013 CA 005882XXXXMB and*

C. *Quantum Town Center, LLC, f/k/a Quantum Park & Village, LLC – Complaint filed on April 8, 2013;  15th Judicial Circuit Case No. 50 2013 CA 006293XXXXMB.*

3.      Subsequent to the initial complaint filings in the referenced Florida Circuit Court matters, each of the three (3) Complaints were amended, twice, with the most recent pleadings, at issue, being filed as "Second Amended Complaint(s)" on November 26, 2013.  Copies of each of the subject *Second Amended Complaint(s)* are attached hereto as Exhibits 1, 2 and 3, respectively.

4.      In each of the three (3) referenced Florida state court actions, the Debtor was contracted to pressure clean, seal, caulk and paint the exterior of buildings owned by the Creditors herein, each of whom were the developers of the respective residential communities.

5.      In each of the three (3) referenced Florida state court actions, the Debtor, Franklin Bay, allegedly breached its contract with the Creditors by, *inter alia*, failing to properly prepare surfaces to be painted, improperly applied paint to the surfaces to be painted and used defective materials and paint, all leading to the three (3) Complaints filed, pre-petition, against the Debtor.

6.      Debtor's counsel filed Suggestions of Bankruptcy in each of the three (3) Florida Circuit Court cases on July 23, 2013, copies of which are attached as Composite Exhibit 4.

7.      On December 10, 2013, Creditors timely filed their Proofs of Claim, 7-1 in the amount of $222,398.09; 8-1 in the amount of $105,318.00 and 10-1 in the amount of $152,073.74, each Proof of Claim referencing entitlement to interest and attorneys' fees pursuant to the parties' contract with the Debtor.

8.      Although the subject Claims were each scheduled on Schedule F, no claim amounts were provided at the time of Debtor's filing; none of the three (3) scheduled claims were listed as contingent, unliquidated or disputed.

9.      Prior to Debtor's Chapter 7 filing, Debtor's insurance carrier, Gemini Insurance Company, through its Claims Administrator, Vela Insurance Services, LLC already began the process of evaluating the claims of the Creditors – this process was stopped by reason of Debtor's Chapter 7 filing herein.

10.     Creditors seek relief from stay to pursue their claims against the Debtor's insurer and solely for the purpose of establishing liability and recovering from the Debtor's insurer.  Creditors do not seek a claim against the Debtor's estate herein.

11.     Inasmuch as Debtor's insurance policies are for the benefit and protection of claimants such as the Creditors herein, any proceeds therefrom would not constitute "property of the estate".  Additionally, Creditors herein are within the parameters of well-established precedent concerning existence of "cause" under  11 U.S.C. § 362(d)(1) sufficient to justify relief from stay for continuation of pending, pre-petition liability litigation and the limitation on claimant's intention to seek recovery only from insurance proceeds that are not property of the estate.  *See In re Scott Wetzel Services, Inc.*  243 B.R. 802 (M.D. Fla. 1999) allowing relief from stay to pursue insurance coverage pursuant to 11 U.S.C. § 362(d)(1) and *In re OES Environmental, Inc.*  319 B.R. 266 (M.D. Fla. 2004)

3

where the Honorable Alexander L. Paskay permitted relief from stay for creditor to continue to litigate negligence claims where remedy was limited to seeking relief solely against debtor's insurer; *See also In re Robertson* (N.D. Ga. 2000) where "cause" exists for stay relief to permit continuation of state court negligence action to establish liability and to recover soley from the debtor's insurer; and  *In re R. J. Groover Construction, LLC* 411 B.R. 460 (S.D. Ga. 2008) where "cause" was found to exist to permit relief from stay so as to allow claimant in bankruptcy to seek recovery only against available insurance proceeds.

**WHEREFORE**, Creditors, Olen Residential Realty Corp., d/b/a Weston Place Apartment Homes; ORRC Encumbrance Corp., a/k/a Manatee Bay Apartment Corp.; and Quantum Town Center, LLC., f/k/a Quantum Park & Village, LLC., for the reasons set forth hereinabove, respectfully request entry of an order granting Creditors' motion for relief from stay and for such other and further relief as this Court deems appropriate.

**Dated:**  **August 18, 2014**

Respectfully submitted,

**SACHS SAX CAPLAN, P.L.**
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, FL 33487
(561) 994-4499
*Counsel for Creditors, Olen Residential*
*Realty Corp., d/b/a Weston Place*
*Apartment Homes; ORRC Encumbrance*
*Corp., a/k/a Manatee Bay Apartment*
*Corp.; and Quantum Town Center, LLC.,*
*f/k/a Quantum Park & Village, LLC.*


By: */s/ Steven N. Newburgh, Esq.*
   **Steven S. Newburgh, Esq.**
  Fla. Bar No. 348619
   snewburgh@ssclawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically or by U.S. Mail this 18th day of August, 2013 to all recipients listed on the attached Court Mailing Matrix, including all creditors.

Respectfully submitted,

**SACHS SAX CAPLAN, P.L.**
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, FL 33487
(561) 994-4499
*Counsel for Creditors, Olen Residential Realty Corp., d/b/a Weston Place Apartment Homes; ORRC Encumbrance Corp., a/k/a Manatee Bay Apartment Corp.; and Quantum Town Center, LLC., f/k/a Quantum Park & Village, LLC.*

By: */s/ Steven N. Newburgh, Esq.*
 **Steven S. Newburgh, Esq.**
 Fla. Bar No. 348619
 snewburgh@ssclawfirm.com