IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE 13-008737 Div. 09

OLEN RESIDENTIAL REALTY CORP.,
a Florida corporation d/b/a WESTON
PLACE APARTMENT HOMES,

       Plaintiff,

v.

FRANKLIN BAY GENERAL
CONTRACTORS, INC., a Florida
corporation and THE GLIDDEN
COMPANY,  a foreign corporation,
d/b/a ICI PAINTS, AKZO NOBEL
PAINTS, LLC, a foreign corporation
and PPG INDUSTRIES, INC.,

    ·  Defendants.

_____/

## SECOND AMENDED COMPLAINT

Plaintiff, OLEN RESIDENTIAL REALTY CORP. (hereinafter "ORRC"), by and through

its undersigned attorneys, hereby files a Second Amended Complaint, and sues Defendants,

FRANKLIN BAY GENERAL CONTRACTORS, INC. (hereinafter "FRANKLIN"); THE GLIDDEN

COMPANY d/b/a ICI PAINTS (hereinafter "GLIDDEN"); AKZO NOBEL PAINTS, LLC

(hereinafter "AKZO"); and  PPG INDUSTRIES, INC. (hereinafter "PPG") and alleges:

## GENERAL ALLEGATIONS

1.     This is an action for money damages in excess of Fifteen Thousand Dollars

($15,000.00), exclusive of interest, costs and attorney's fees.

2.     The claims giving rise to this action occurred in Broward County, Florida.

3.     The Plaintiff, ORRC, is a Florida corporation, located and doing business in

Broward County, Florida.

4.      Defendant, FRANKLIN BAY, is a Florida corporation doing business in Broward
County, Florida, as a general contractor and as a painting contractor.

5.      Defendant, GLIDDEN, is a foreign corporation which at all times material
hereto conducted business in Broward County, Florida.

6.      Upon information and belief, the Defendant, THE GLIDDEN COMPANY, was
conducting business under the name "ICI Paints". THE GLIDDEN COMPANY was purchased
by AKZO NOBEL PAINTS, LLC. AKZO NOBEL PAINTS, LLC was then purchased by PPG
INDUSTRIES, INC.

7.      Defendants, GLIDDEN, AKZO and PPG are subject to long arm jurisdiction in
Florida given that these Defendants maintained sufficient minimum business contacts in the
State of Florida by providing and selling painting material throughout the State of Florida and
issuing warranties to Florida companies and other entities for the painting materials sold
within the State of Florida.

8.      Defendants, GLIDDEN, AKZO and PPG, are jointly and severally liable for the
actions and wrongdoings of GLIDDEN by virtue of the acquisition, assignment, purchase, sale
and/or assumption of the assets and liabilities of GLIDDEN.

9.      Venue is proper in Broward County, Florida, pursuant to Fla. Stat. 47.051,
because the causes of action alleged herein accrued in Broward County, Florida, and the
apartment buildings, which are the subjects of this Second Amended Complaint, are located
in Broward County, Florida.

10.     All conditions precedent to the filing of this action have been performed,
waived, or have been excused.

11.   Plaintiff has fully complied with Chapter 558, Florida Statutes.

12.   Despite due notice and ample opportunity, the Defendants failed to repair or otherwise resolve the claim, thereby necessitating that the Plaintiff resort to litigation to resolve the matters asserted in the Chapter 558 written notices.

## COUNT I
## BREACH OF CONTRACT
## (FRANKLIN BAY GENERAL CONTRACTORS, INC.)

13.   Plaintiff repeats the allegations contained in paragraphs 1 through 12 as if fully set forth herein.

14.   Plaintiff was the developer of the apartment complex known as Weston Place Apartment Homes.

15.   Plaintiff entered into a contract with Defendant, FRANKLIN, on June 28, 2008. Said contract is attached hereto and marked **Exhibit A** (the "contract").

16.   The contract between Plaintiff and Defendant, FRANKLIN, obligated Defendant, FRANKLIN, to pressure clean, seal, caulk and paint the exterior of the buildings in Manatee Bay.

17.   Under Paragraph 2 of the contract, Defendant, FRANKLIN, agreed to perform its work "in good and workmanlike manner."

18.   Defendant, FRANKLIN, breached the contract by failing to perform its obligations under the contract. The breach by Defendant, FRANKLIN, includes, but is not limited to, improper preparation of painting surface, improper application of painting materials and usage of defective materials, including defective paints.

3

19.    As a result of Defendant's, FRANKLIN, breach, the paint on the exterior of almost all of the apartment buildings has failed. The failures include, but are not limited to, excessive chalking, paint blistering and paint changing color from the original color of the paint as originally applied by Defendant, FRANKLIN. Likewise, the paint has changed color from the original color chosen by Plaintiff.

20.    Given Defendant's, FRANKLIN, breach, Plaintiff has suffered damages in that Plaintiff must repaint the buildings and pay a contractor for the repainting. Plaintiff has given Defendant, FRANKLIN, the opportunity to take corrective action; but to date, Defendant, FRANKLIN, has failed to avail itself of this opportunity.

21.    Plaintiff has been required to retain an attorney and has agreed to pay the attorney a reasonable fee for attorney's services. Plaintiff is entitled to recover attorney's fees from Defendant, FRANKLIN, pursuant to paragraph 18 of the attached contract marked **Exhibit A.**

WHEREFORE, the Plaintiff requests this Honorable Court to enter a judgment for damages against Defendant, FRANKLIN, for all actual, compensatory, consequential and incidental damages, plus interest (prejudgment and post-judgment), costs and attorney's fees pursuant to paragraph 18 of the contract marked **Exhibit A** and such other relief as this Court deems just and proper.

<u>**COUNT II**</u>
**<u>BREACH OF WARRANTY</u>**
**<u>(AGAINST THE GLIDDEN COMPANY d/b/a ICI Paints, AKZO NOBEL, LLC</u>**
**<u>and  PPG INDUSTRIES, INC. )</u>**

22.    Plaintiff repeats the allegations contained in paragraphs 1 through 12 as if

4

fully set forth herein.

23.     Defendant, FRANKLIN, executed a contract on June 28, 2008, with Plaintiff. Said contract is attached hereto as **Exhibit A** (the "contract").

24.     The contract between Plaintiff and Defendant, FRANKLIN, obligated Defendant, FRANKLIN, to pressure clean, seal, caulk and paint the exterior of the buildings in Weston Place Apartment Homes.

25.     Under Paragraph 8 of the contract, Defendant, FRANKLIN, agreed to guarantee Owner against any loss or damage due to defects in workmanship or materials furnished under the contract. In addition, Addendum C to the contract included a separate "7 Year Labor and Material Warranty" from the Defendant, GLIDDEN. See Addendum C to the contract which is separately marked as **Exhibit B** hereto.

26.     The paint on the exterior of the buildings has failed. Such failure includes, but is not limited to, excessive chalking of the paint, blistering of the paint and the substantial changing of the color of the paint due to defects in workmanship or material furnished under this contract.

27.     Plaintiff has notified Defendant, GLIDDEN, that Plaintiff is enforcing the terms of the warranty issued by GLIDDEN, however, Defendant, GLIDDEN, has refused to honor or abide by the terms of its warranty.

28.     Plaintiff has suffered damages as a result of the breach of said 7 Year Warranty by the Defendant, GLIDDEN, in that Plaintiff must repaint the buildings and pay a contractor for the repainting.

5

29.    Moreover, the Defendant, GLIDDEN, issued several supplemental warranties regarding the its paint and/or painting materials that were used by the Defendant, FRANKLIN, for use in the painting of the Plaintiff's apartment buildings.

30.    These supplemental warranties were signed by a representative of Defendant, GLIDDEN, on the following dates: August 18, 2008; October 20, 2008; October 20, 2008; November 12, 2008; and December 3, 2009. These warranties are attached hereto and marked Composite **Exhibit C.**

31.    Under each and every warranty issued by GLIDDEN, said Defendant, GLIDDEN, agreed to repaint any failed area within seven (7) years from the date of the execution of the warranty.

32.    Under the warranty issued by Defendant, GLIDDEN, the Defendant, GLIDDEN, agreed to cover materials (coatings) and labor for repainting of any failed area.

33.    The entire exterior areas of the buildings in the complex are "failed areas." The failure of the painted areas, include, but is not limited to, excessive chalking of the paint, blistering of the paint and the paint on those buildings, as supplied by Defendant, GLIDDEN, turning into a substantially different color than the color when the paint was first applied and the color is not the original color chosen by the Plaintiff.

34.    The failed areas on the affected buildings in the complex are directly caused by defective materials and paint provided by Defendant, GLIDDEN.

35.    Defendant, GLIDDEN, has breached the aforesaid warranties by failing to provide labor and materials for repainting of the failed areas in breach of the terms of each

6

such warranty.

36.    Plaintiff has notified Defendant, GLIDDEN, that Plaintiff is enforcing the terms of the warranty issued by Defendant, GLIDDEN; however, Defendant, GLIDDEN, has refused to honor or abide by the terms of the each warranty.

37.    Plaintiff has suffered damages as a result of Defendant's, GLIDDEN, refusal to satisfy the terms of its written warranties in that Plaintiff must repaint the buildings and pay a contractor for the repainting.

38.    Defendants, GLIDDEN, AKZO and PPG, are jointly and severally liable for the damages incurred by the Plaintiff by virtue of the acquisition, assignment, purchase, sale and/or assumption of the assets and liabilities of GLIDDEN.

39.    Plaintiff has been required to retain an attorney and has agreed to pay said attorney a reasonable fee for services rendered.

WHEREFORE, Plaintiff requests this Honorable Court to enter a judgment for damages against Defendants, GLIDDEN, AKZO and PPG, for all actual, compensatory, consequential and incidental damages, plus interest (prejudgment and post-judgment) and court costs and such other relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-Mail to Richard B. Doyle, Esquire, Loughren and Doyle, P.A., 506 Southeast 8th Street, Ft. Lauderdale, FL 33316; pleadings@loughren-doyle.com this $\underline{26^{th}}$ day of November, 2013.

7

SACHS SAX CAPLAN
Attorneys for Plaintiff
6111 Broken Sound Parkway, Suite 200
Boca Raton, Florida 33487
Telephone: (561) 994-4499
Facsimile: (561) 994-4985
Email: jkenwood@ssclawfirm.com

*/s/ Joel D. Kenwood*

By: _____

   Joel D. Kenwood
   Florida Bar No.: 254487

8

Subcontractor: <u>Franklin Bay General Contractors, Inc.</u>
Trade: <u>Exterior Painting</u>
Contract No. <u>WP - 022220</u>
Page No. <u>1 of 18</u>

CITY/STATE LICENSE: _____

OCCUPATIONAL LICENSE: _____

INSURANCE CERTIFICATE: _____

## CONSTRUCTION AGREEMENT

THIS AGREEMENT, made this _18th_ day of _June_____, 200 8 , between OLEN RESIDENTIAL REALTY CORP. d.b.a WESTON PLACE APARTMENT HOMES., (hereinafter referred to as "Owner")whose address is, <u>1062 CORAL RIDGE DRIVE, CORAL SPRINGS, FL 33071 ● PHONE (954) 340-4904 ● FAX (954) 344-4806</u> and FRANKLIN BAY GENERAL CONTRACTORS, INC. (hereinafter referred to as "Subcontractor") whose address is <u>4407 VINELAND ROAD, SUITE D-11, ORLANDO, FL 32811 ● PHONE (407) 650-0284 ● FAX (407) 650-5249</u>. Whereas Owner is carrying out the Exterior Painting of <u>WESTON PLACE APARTMENT HOMES</u> a <u>672</u> units multi-family apartment complex, consisting of (35 ) Apartment Buildings, (1) Leasing Center, (1) Clubhouse, (1) Maintenance Shop, (1) Dumpster Enclosure, (1) Car Wash Trellis, (1) Fountain, (2) Monument Signs, (26) Columns and all Gutters and Downspouts located at <u>18000 SOUTH POST ROAD, WESTON, FL 33331.</u>

Owner and Subcontractor further agree as follows:

1. CONTRACT PRICE. The total contract price to be paid for all work to be done under this Subcontract Agreement including all taxes and charges thereon of any nature whatsoever, shall be <u>TWO HUNDRED TWENTY THOUSAND EIGHTY THREE DOLLARS</u> and <u>08</u>/100 ($<u>220,083.08</u>).

2. WORK COVERED AND SUBCONTRACTOR'S PERFORMANCE STANDARD. Subcontractor agrees to perform in good and workmanlike manner, and to furnish all labor, materials, supplies, services, machinery, tools and other facilities of every description required for the prompt and efficient execution of the work as outlined herein. All materials shall be new unless otherwise specified by Owner. Subcontractor shall provide at its own cost all required permits, licenses and similar documents necessary or convenient to performance hereunder.

The work to be performed hereunder shall be the completion of <u>PRESSURE CLEANING, SEALING, CAULKING, EXTERIOR PAINTING AND ALL RELATED WORK</u> (the "Subcontract Work") as more completely shown on the plans and specifications dated as per Addendum A and all amendments thereto, applicable government laws, ordinances and regulations, including requirements of the United States Occupational Safety and Health Act, and special conditions as listed below:

3. PLANS, SPECIFICATIONS AND GOVERNMENTAL REQUIREMENTS. Subcontractor shall furnish all labor, materials and services reasonably required to complete the Subcontract Work in conformance with the Contract Documents, whether or not such labor, materials or services are specifically mentioned in the Plans or Specifications. The Plans and Specifications are intended to supplement each other, so that any work shown in either and not mentioned in the other are to be executed the same as if they were mentioned and set forth in both. In the event of any inconsistency between the plans and the specifications, then the specifications shall govern. In the event of any discrepancies between the plans and specifications on the one hand and this Agreement, including exhibits and any other documents incorporated herein by reference, this Agreement shall govern. Should there be any inconsistency between the plans and specifications on the one hand and this Agreement, including the exhibits, drawings and details mentioned herein, this Agreement shall govern. Should there be any inconsistency between the plans and the specifications, then the specifications shall govern. Should there be any discrepancies between this Agreement and the plans and/or specifications on the one hand and the ordinances, laws,

WESTON PLACE APARTMENT HOMES

Owner: _____
Subcontractor: _____

| | |
|---|---|
| Subcontractor: | Franklin Bay General Contractors, Inc. |
| Trade: | Exterior Painting |
| Contract No. | WP - D22220 |
| Page No. | 2 of 16 |

rules, regulations, specifications and requirements of the governmental agencies, then the ordinances, laws, rules, regulations, specifications and requirements of the governmental agencies shall govern. Owner assumes no liability for failure of this Agreement and/or the plans and/or specifications and requirements of any or all of the governmental agencies, and Subcontractor acknowledges that it is familiar with the same. The work to be performed and/or materials to be furnished are to be in accordance with the same provisions of the provisions of the Agreement and/or the plans and/or specifications.

4. **TIME FOR PERFORMANCE.** Subcontractor agrees to commence the work herein within seven (7) days of notice from Owner, and to perform said work in a prompt and diligent manner. Time is of the essence of this Agreement. Owner may, to ensure the uninterrupted progress of the project, change the time or order of exterior painting, in which case Subcontractor will proceed in accordance with such schedule as amended.

4.1 TIME FOR PERFORMANCE (SPECIFIC)

Subcontractor agrees to follow the Owner's direction of (4) four buildings at a time during the completion of all pressure cleaning, sealing, caulking and exterior painting, i.e. buildings 1 & 2 shall be fully pressure cleaned before starting pressure cleaning of adjacent buildings ( 3 & 4).

The Owner will inspect buildings within five (5) working days of notification. In order to maintain a good working schedule, progression of the work must continue beyond one zone at a time; therefore, pressure washing will be permitted in the next scheduled zone, while work of the previous zone is completed.

Zone One
Bldg. # 1        16020 South Post Road
Bldg. # 2        16040 South Post Road
Bldg. # 3        16060 South Post Road
Bldg. # 4        16080 South Post Road
Leasing Center   16000 South Post Road
Fountain
Monument Signs
Dumpster

Zone Two
Bldg. # 5        16100 South Post Road
Bldg. # 6        16120 South Post Road
Bldg. # 7        16140 South Post Road
Bldg. # 8        16160 South Post Road
Car Wash Trellis

Zone Three
Bldg. # 9        16180 South Post Road
Bldg. # 10       16200 South Post Road
Bldg. # 11       16220 South Post Road
Bldg. # 12       16240 South Post Road
Maintenance Shop

Zone Four
Bldg. # 13       16260 South Post Road
Bldg. # 14       16280 South Post Road
Bldg. # 15       16300 South Post Road
Bldg. # 16       16320 South Post Road

Zone Five
Bldg. # 17       16340 South Post Road
Bldg. # 18       16360 South Post Road
Bldg. # 19       16380 South Post Road
Bldg. # 20       16400 South Post Road

Zone Six
Bldg. # 21       16420 South Post Road
Bldg. # 22       16440 South Post Road

WESTON PLACE APARTMENT HOMES

Owner:
Subcontractor:

Subcontractor: __Franklin Bay General Contractors, Inc.__
Trade: __Exterior Painting__
Contract No. __WP - 022220__
Page No. __3 of 16__

Bldg. # 23    16460 South Post Road
~~Bldg. # 24    16480 South Post Road~~

Zone Seven
Bldg. # 25    16600 South Post Road
Bldg. # 26    16620 South Post Road
Bldg. # 27    16640 South Post Road
Bldg. # 28    16660 South Post Road

Zone Eight
Bldg. # 29    16680 South Post Road
Bldg. # 30    16600 South Post Road
Bldg. # 31    16620 South Post Road
Bldg. # 32    16640 South Post Road

Zone Nine
Bldg. # 33    16660 South Post Road
Bldg. # 34    16680 South Post Road
Bldg. # 35    16700 South Post Road
Clubhouse    16720 South Post Road

**5. INSPECTION OF JOB SITE.** Prior to commencement of performance, Subcontractor agrees to inspect the premises in their entirety, including all installations made and services performed, and in each instance Subcontractor agrees that by commencing such performance he accepts the then condition of the premises as being satisfactory and consonant with full performance hereunder. Owner agrees to make available to Subcontractor all relevant, available engineering studies and Subcontractor agrees to review all such studies as appropriate. If the condition of the premises prior to commencement of performance does not meet with the satisfaction of Subcontractor, it agrees to immediately give detailed notice of each fact in writing and a failure to do so will be deemed a breach by Subcontractor and the condition of the premises will not thereafter excuse full performance hereunder.

**6. INSPECTION OF WORK.** Work will be subject to inspection and approval by the Owner and all applicable governmental authorities. Subcontractor, at its own cost, shall perform such labor and install such materials as are necessary to pass inspection and satisfy the requirements of such agencies, and shall be responsible for seeing that such work is timely inspected by all appropriate agencies.

**7. CLEANLINESS.** Subcontractor shall maintain its work in a neat and orderly fashion and shall remove from the job site all surplus waste and debris resulting from the performance of its undertaking hereunder, and shall leave the job site in a broom-clean condition. In the event of Subcontractor's failure to do so, the Owner may cause the same to be done and charge the cost to the Subcontractor.

**8. DEFECTS IN WORKMANSHIP OR MATERIALS.** Subcontractor hereby guarantees Owner against any loss or damage due to defects in workmanship or materials furnished under this contract. Upon notification of defects from Owner, Subcontractor shall within 72 hours with due diligence, at his own expense, correct any defect in the work or materials. Upon failure of the Subcontractor to correct such defects Owner may, at Subcontractor's expense, furnish materials and/or labor to bring the work and materials up to the required standard. Owner shall submit to Subcontractor in writing a demand for payment of all costs incurred. These costs shall include all costs and attorney fees incurred by the Owner in connection with any litigation or other efforts which relate to the correction of any defect in materials or poor workmanship, including removal and replacement of defective materials furnished by the Subcontractor.

Subcontractor hereby agrees that for a period of one (1) year after the recording of the Notice of Completion for the last improvement contemplated by the General Contract, or for a period of one (1) year from the date of occupancy, whichever date is later, Subcontractor, upon notice from Owner, shall without delay and at its own cost cure and correct any defect in material or work performed under this Subcontract. Subcontractor shall bear all costs and expenses arising from such defects, including the repair or replacement of work or installation of Owner or any other Subcontractor damaged by such defect.

**9. INDEMNITY.** Subcontractor shall indemnify and hold Owner harmless against all claims for damages to persons or property arising out of Subcontractor's execution of the work covered by

WESTON PLACE APARTMENT HOMES

Owner _____
Subcontractor: _____

| Subcontractor: | Franklin Bay General Contractors, Inc. |
|---|---|
| Trade: | Exterior Painting |
| Contract No. | WP . 022220 |
| Page No. | 4 of 16 |

this Subcontract, and any and all costs, expenses, attorneys fees and liability incurred by Owner in defending against such claims, whether the same proceed to judgment or not, and Subcontractor, at its own expense, agrees upon written request from Owner, to defend any suit or action brought against Owner arising there from. All warranties from manufacturers or material men on materials used by Subcontractor shall be secured for the benefit of Owner and assigned and delivered to Owner prior to final payment.

10. **PROGRESS PAYMENTS.** Provided Subcontractor is not then in default, Subcontractor shall be entitled to receive progress payments subject to the attached Draw Schedule dated _Jun-18-08_. All progress payments shall be subject to a ten percent (10%) retention by Owner, which shall be paid to Subcontractor as a final payment forty-five (45) days after the entire project has been completed and after the Subcontractor has complied with all of the provisions of chapter 713 of the Florida Code Statutes.

As a condition to payment, Owner may require:

    A.   Material and labor lien releases from all persons and entities supplying material, labor or services to or for the work done by Subcontractor. Such releases to be on forms provided by Owner and subject to Owner's reasonable approval.

    B.   Inspection approvals by any applicable governmental authorities.

    C.   Evidence reasonably satisfactory to Owner, that any legitimate complaints involving Subcontractor's work have been corrected by Subcontractor.

    D.   All applicable insurance binders.

    Owner may withhold from any monies payable to Subcontractor a sum sufficient to pay in full all outstanding claims, obligations or liabilities of Subcontractor. All payments are received by Subcontractor in trust and as bailee for the sole and express use and purpose of paying all costs and charges for labor and/or materials performed and/or used in connection with the Subcontract Work if they have not been paid, and no title to such payments shall vest in Subcontractor until all such charges and costs have been fully paid and proper release secured therefore. Subcontractor shall promptly pay all valid bills and charges for his materials, labor or otherwise, and shall hold the property and Owner free and harmless from any liens for labor and/or material. Should any lien be filed against the property or should Owner receive notice of any valid unpaid bill or charge, Owner will have the right, at its option, of paying such bill or charge and deducting the amount from sums due Subcontractor. Any progress payments shall not be construed as an acceptance of any of Subcontractor's work.

11. **PAYMENTS ON BEHALF OF SUBCONTRACTOR.** Upon Subcontractor's default, Owner reserves the right to make payment on behalf of Subcontractor directly to persons or other entity supplying labor, materials or supplies, or to any labor union, health, welfare or pension funds covered by this Subcontract. In the alternative, Owner may make payment to Subcontractor in the form of a check made payable jointly to Subcontractor and such persons or entities. All amounts so paid shall be deemed an advance to Subcontractor on this Subcontract and shall not make Owner the employer of such labor.

12. **LABOR UNION AGREEMENT.** Subcontractor covenants that it is a party in good standing to an executed current agreement with all appropriate unions having work and territorial jurisdiction. Subcontractor further agrees all job site work which it subcontracts shall be subcontracted to a Subcontractor that is a party to an agreement as aforesaid.

13. **DEFAULT.** In addition to those instances of default otherwise set forth in this Agreement, Subcontractor shall be in default hereunder if:

    A.   Subcontractor fails to furnish sufficient workmen or material to perform at the time and pace prescribed by Owner, or fails to cooperate with Owner, or interferes with or damages the work of any other Subcontractor on the project, or;

    B.   A strike, work stoppage, picket line, or other labor disturbance at the construction site has occurred or is threatened by reason of a dispute directly

WESTON PLACE APARTMENT HOMES

Owner: _____

Subcontractor: _____

or indirectly involving Subcontractor, or;

C. Subcontractor fails or is about to fail to pay for any labor, material or services supplied in connection with the work covered by this Subcontract, or a mechanic's or material man's lien is recorded against any part of the project.

14. OWNER'S REMEDIES. When Subcontractor is in default, Owner may serve Subcontractor written notice thereof and require Subcontractor to cure such default within twenty-four (24) hours thereafter, or to satisfy Owner of its ability to do so within a time acceptable to Owner. If such default is not cured or Owner is not so satisfied as aforesaid, Owner may declare this Contract terminated. Owner may contract with other Subcontractors to correct such default and to complete the performance required under this Construction Agreement for the account of Subcontractor, and Owner may charge and obligate Subcontractor for the costs and expenses thereof and for all damages suffered by Owner. Any notice given hereunder is voluntary.

15. INSURANCE.

A. Before commencing the work and until completion and final acceptance of the work, Subcontractor shall procure & maintain, at its own expense, at least the following insurance coverage as determined by Owner:

(i) Worker's Compensation Insurance to cover statutory limits of the Worker's Compensation laws of the state of operations and Employer's Liability coverage in limits not less that $100,000 for each accident and $100,000 for each disease for each employee, with $500,000 disease policy limit.

(ii) *** *Not Applicable* ***
Owner's Protective Liability, on an occurrence basis naming the Owner, as additional insured. Such coverage will specifically insure liability arising from the operations of the Subcontract Work. The insurance required in this subparagraph shall have limits of liability not less than $1,000,000 combined single limit for Bodily Injury, Personal Injury and Property Damage Liability.

(iii) Comprehensive General Liability or Commercial Liability on an occurrence basis for hazards, including, but not limited to: (1)Premises-Operations; (2)Elevator and Escalators; (3)Independent Owners; (4)Products and Complete Operation including coverage for explosion, collapse and underground hazards (with Complete Operations coverage to remain in force for two (2) years following the date of acceptance of the Work by Owner); (5)Contractual Liability (either designating this Agreement or written "Blanket" designating all written and oral contracts related to the Work); (6)Personal and Bodily Injury (including death) Liability; and, (7)Incidental Malpractice coverage for first aid staffs. Such Comprehensive General Liability Insurance must be endorsed with a Broad Form CGL Endorsement and a Broad Form Property Damage Endorsement (including Completed Operations). The Owner will be named as additional insured. The Contractual Liability coverage must be endorsed so that all exclusions relating to water craft, railroad property, products and completed operations and explosion, collapse and underground hazards are deleted. The insurance required by this subparagraph shall have Coverage limits not less than $1,000,000 combined single limit for Bodily Injury Liability, Property Damage Liability and Personal Injury Liability each occurrence per aggregate.

(iv) Automobile Liability Insurance covering all owned, non-owned, and hired automobiles used in connection with the Subcontract Work with the minimum limits of $1,000,000 combined single limit for Bodily Injury Liability and Property Damage Liability, each person, each occurrence.

B. ALL INSURANCE POLICIES SHALL BE WRITTEN SO AS TO PROVIDE INSURANCE COVERAGE ON A PER "OCCURRENCE" BASIS RATHER THAN

Subcontractor: ___Franklin Bay General Contractors, Inc.___
Trade: ___Exterior Painting___
Contract No. ___WP - 022220___
Page No. ___6 of 18___

ON A "CLAIMS MADE" BASIS.

C.    *Owner shall be named as "Additional Insured" under these policies of insurance, and shall provide Owner with 2010, or equivalent attached to the certificate of insurance.*

D.    Before commencing work, Subcontractor shall have his insurance company or companies (as acceptable to Builder) execute a Certificate of Insurance indicating that the above insurance is in force, stating policy numbers, dates of expiration, and limits of liability thereunder, and further expressly providing that insurance will not be canceled, changed or expire until at least thirty (30) days after written notice of such cancellation, change, or expiration has been received by Owner. Failure to send such certificate shall not invalidate the requirements of Section 14.

E.    SUBCONTRACTOR SHALL NOT BE ENTITLED TO MOVE HIS EQUIPMENT OR FORCES ON TO THE SITE OR BEGIN PERFORMANCE OF THE WORK UNDER THIS AGREEMENT UNTIL PROPERLY EXECUTED CERTIFICATES OF INSURANCE ARE RECEIVED BY BUILDER.

F.    It is expressly agreed that the Subcontractor shall obtain Contractual Liability Coverage to insure Subcontractor's obligations under this Construction Agreement.

G.    In the event of a loss insured under this Section, Subcontractor shall be bound by any adjustment which shall be made between Owner and the insurance company or companies. Loss, if any, shall be made payable to or Owner, as their interest may appear, for the account of whom it may concern.

16.    PERFORMANCE BONDS.    *** Not Applicable ***
Owner may, at Owner's option, require Subcontractor to provide a performance bond in the amount of the total contract price. The cost of the premium for such bond, to the extent of the ordinary premium, shall be paid by Owner but any additional premium or charge which Subcontractor is required to pay to obtain such bond shall be at Subcontractor's expense.

17.    ASSIGNMENT.    This Agreement shall inure to the benefit of the Owner and to all successors, assigns or others claiming under or through them. No undertaking hereunder may be subcontracted by Subcontractor, nor may this Agreement be assigned in whole or in part by Subcontractor without the prior written consent of Owner.

18.    ATTORNEYS' FEES.    Subcontractor agrees to pay and reimburse Owner and all others having an interest therein for any and all reasonable attorneys' fees and court costs which may be paid or incurred, growing out of or caused by the Agreement or performance hereunder, whether in defense of any suits or proceedings against Subcontractor or any of it's workmen or suppliers of materials, or any other matter in connection therewith, or in the prosecution of any suit or suits against Subcontractor and/or material men or sureties.

19.    CHANGE ORDERS AND EXTRAS.    Owner may at any time prior to the project's completion require any change in the specifications without voiding this Construction Agreement. The total contract price as stated in Paragraph 1 shall be accordingly adjusted. No work done or materials furnished of any description, whether growing out of changes, omissions, additions or otherwise shall be considered as extra, not paid for as extra unless Owner shall have approved the same, including any increase in Contract Price relating thereto, in writing prior to the commencement of such work or the furnishing of such materials. All such extras as approved, if any, shall be done under and subject to all of the provisions of this Agreement, and payment for any such additional charges for extras shall be subject to the provisions of Paragraph 10 hereof. Any deviation from this paragraph shall not constitute a waiver of same and Owner shall have the right to enforce same thereafter.

20.    CHANGES - NOTICE.    Any notices required to be given by either party to the other, hereunder, shall be in writing and shall be deemed given, forty-eight (48) hours after mailing via standard overnight delivery, and addressed to the parties at the addresses shown below under their signatures (or to such other addresses as they may specify). Any notice delivered shall be deemed given on the date delivered.

21.    JURISDICTION.    This Agreement shall be deemed to have been entered into in Coral Springs, Florida.

WESTON PLACE APARTMENT HOMES

Owner: _____
Subcontractor: _____

| Subcontractor: | Franklin Bay General Contractors, Inc. |
| Trade: | Exterior Painting |
| Contract No. | WP - 022220 |
| Page No. | 7 of 16 |

22.  **SOLE AND ONLY AGREEMENT.** This instrument contains the sole and only Agreement of the parties relating to the Subcontract Work and correctly sets forth the rights, duties and obligations of each to the other in connection therewith, and as of its date. Any prior agreements, promises, negotiations, or representations not expressly set forth in this Agreement are of no force or effect. This Agreement may only be changed or amended by a writing signed by both parties.

23.  **"ADDENDUM A".** (See Attached)
Plans and Specifications, General, Scope of Work (specific), Construction Procedures and Conditions.

24.  **"ADDENDUM B".** (See Attached)
Code of Safe Practices and Safety Program for All Projects.

24.  **"ADDENDUM C".** (See Attached)
Proposal

IN WITNESS WHEREOF, the parties have executed this Agreement the day and year first written above.

OWNER:

OLEN RESIDENTIAL REALTY CORP. d.b.n.
WESTON PLACE APARTMENT HOMES

BY: _____
Danny Owens
Vice President
Florida Property Services

(954) 340-4904 Phone
(954) 344-4608 Fax

SUBCONTRACTOR:

FRANKLIN BAY GENERAL
CONTRACTORS, INC.

BY: _____

WESTON PLACE APARTMENT HOMES

| Owner: | |
| Subcontractor: | |

Subcontractor: <u>Franklin Bay General Contractors, Inc.</u>
Trade: <u>Exterior Painting</u>
Contract No. <u>WP - 022220</u>
Page No. <u>8 of 18</u>

## "Addendum A"

Construction Agreement between OLEN RESIDENTIAL REALTY CORP. d.b.a. WESTON PLACE APARTMENT HOMES (OWNER) and <u>FRANKLIN BAY GENERAL CONTRACTORS, INC.</u> (SUBCONTRACTOR); dated June 18, 2008

JOB: <u>WESTON PLACE APARTMENT HOMES – 18000 SOUTH POST ROAD, WESTON, FL 33331</u>

Subcontractor shall be responsible for but not limited to the following:

I   PLANS AND SPECIFICATIONS

A. Property Map.

II. GENERAL

2.01   SCOPE OF WORK

A. Subcontractor shall provide all labor, materials, equipment, incidentals and supervision necessary and required but not limited to furnish and install <u>A COMPLETE PRESSURE CLEANING, SEALING, CAULKING, EXTERIOR PAINTING AND ALL RELATED WORK PACKAGE</u> for (35) Apartment Buildings, (1) Clubhouse, (1) Leasing Center, (1) Maintenance Shop, (1) Dumpster Enclosure, (1) Car Wash Trellis, (1) Fountain, (2) Monument Signs, (26) Columns and all Gutters and Downspouts. Scope of work further described in Addendum A III. SCOPE OF WORK "SPECIFIC".

2.02   QUALITY AND SAFETY ASSURANCE

A. Use adequate numbers of skilled workmen who are thoroughly trained and experienced in the necessary crafts and who are completely familiar with the specified requirements and the methods needed for proper performance of the work of this Section.

B  Codes and Regulations:

1. In addition to complying with the specified requirements, comply with pertinent regulations of governmental agencies having jurisdiction. This work shall be done without additional cost to the Owner, except in the case of an Owner directed revision for work other than that which is contained in the Plans and Specifications.

2. In the event of conflict between or among specified requirements and pertinent regulations; the more stringent requirement will govern when so directed by the General Owner.

C. Subcontractor shall apply and pay for all business licenses.

D. Subcontractor shall provide to Owner, all necessary licenses as required by the county and/or city in which work is being performed.

E. Subcontractor shall pay for any and all applicable taxes.

F. Subcontractor shall coordinate all required inspections for work performed under this Contract. Any re-inspection fees shall be paid by the Subcontractor.

G. All defective work performed by Subcontractor will be repaired or replaced by Subcontractor within 72 hours. Owner to determine defective workmanship. Repair or replacement of work is Subcontractor's sole financial responsibility.

H. Subcontractor shall at all times respect the work of other crafts and take all necessary precautions to avoid damaging such work. If such work is damaged by Subcontractor; repairs shall be made at Subcontractor's expense.

I. Commencement of work shall constitute Subcontractor's acceptance of the preceding

WESTON PLACE APARTMENT HOMES

Owner:
Subcontractor:

Subcontractor:   Franklin Bay General Contractors, Inc.
Trade:   Exterior Painting
Contract No.   WP - 022220
Page No.   9 of 16

Subcontractors' work, if preceding Subcontractors' work is unacceptable, Subcontractor shall not proceed, and shall notify Owner.

J. Any questions pertaining to the plans and specifications noted in Section I, Plans and Specifications, shall be directed to the Owner.

K. Subcontractor shall provide for his own clean up pertaining to his trade and maintain a neat, safe and orderly job site daily with removal of all trash, containers and construction materials including building interiors, patios, landings, etc. Building interiors and "under roof" areas are to be broom swept daily after Subcontractor's work. All trash and construction materials will be placed by Subcontractor in designated trash dumpster locations on site. Clean-up acceptance will be at the sole discretion of Owner. Upon Owner's request, Subcontractor shall clean job site within 24 hours. Should Subcontractor fail to comply, Owner reserves the right to clean job site at Subcontractor's expense.

L. Subcontractor to provide and be responsible for all necessary safety equipment and devices as required by OSHA including but not limited to: hard hats, footwear, ladders, safety railing, safety support straps, first aid kits, etc.

M. No radio playing shall be allowed on job site.

N. No smoking is allowed in buildings.

2.03 SUBMITTALS:

A. Product Data: Within 30 calendar days after the Owner has received the Owner's Notice to Proceed, submit:

1. Shop drawings, show exact layout of work. If all components parts of the system are shown on the drawings and all work shall be performed in accordance with the project drawings and specifications, then provide a written certification making this statement in lieu of the shop drawings.

B. Subcontractor shall provide Owner with copies of material specifications. Owner will incorporate all material specifications to the contract in the form of "ADDENDUM Q"

III. SCOPE OF WORK (SPECIFIC)

A. It is the intent of this agreement to have the Subcontractor provide A COMPLETE PRESSURE CLEANING, SEALING, CAULKING AND EXTERIOR PAINTING AND ALL RELATED WORK PACKAGE. This Subcontractor shall provide all labor, tools, material, equipment, taxes, insurance, permits, and services required to complete this scope of work pursuant to the contract documents and all governing authorities having jurisdiction over the project including but not limited to the following:

1. Subcontractor shall provide finish coats that are compatible with prime paints used. Review other sections of specifications in which prime paints are to be provided to ensure compatibility of total coating system. Provide barrier coats if necessary over incompatible primers or remove and re-prime as required.

2. Subcontractor is to bring to the Owner's attention any discrepancies, conflicts etc. prior to the start of any work covered by this contract scope, notifying him of any discrepancies in the plans and/or specifications or problems with existing work in place. The Subcontractor is to ensure that all such discrepancies are resolved prior to the start of his work. By starting his work, the Subcontractor is acknowledging that he accepts the plans and specifications, as well as all existing work in place and as such, any errors in his application resulting from his failure to follow the procedures set forth above. This will result in the Subcontractor bearing the cost of any repairs required to complete his application.

3. Subcontractor is responsible for ensuring that any paint or stain applied is placed in accordance with the manufacturer's stated guidelines with special attention being paid to application requirements during extreme weather conditions, e.g., cold, humid, and wet weather, etc.

WESTON PLACE APARTMENT HOMES

Owner:
Subcontractor:

Subcontractor:    Franklin Bay General Contractors, Inc.
Trade:    Exterior Painting
Contract No.    WP - 922220
Page No.    10 of 16

4. Subcontractor will not water down or thin any paint or stain to be applied to any finish surfaces on this job beyond the amount approved by the material supplier. All paint and stain applied by this subcontractor is to be as it originally comes out of the can, displaying manufacturers packaging labels, unless otherwise specified.

5. Subcontractor acknowledges that the Owner maintains a right to have the materials and method of application provided by this installer tested at any time throughout the course of the work. In the event that his applications or materials are found to be unacceptable, then this subcontractor shall repair or replace his work to the Owner's satisfaction at no additional cost to Owner and pay for any re-testing that may be required.

6. In the event that this subcontractor, without notifying and gaining prior written approval from Owner, effects any changes in the materials that have been specified, he will be liable for all expenses incurred to repaint and re-strain as required by Owner, any areas where incorrect material was applied.

7. Subcontractor shall ensure that all paint applied by him is in accordance to ICI's material specifications and is applied in such a fashion that the surface receiving the paint shall be fully covered with a paint film that is of uniform finish, color and appearance, including edges, corners, crevices, welds and fasteners, to the satisfaction of Owner.

8. It is the responsibility of this subcontractor to ensure that all paint touch-up matches the paint originally installed. In the event that a problem occurs regarding the failure of the paint to match during the touch-up, this subcontractor will bear any costs incurred to correct the problem including the cost of repair to any related trades' installations. Due to the paint colors selected by Owner, some paint colors may take up to 60 days to fully cure and weather.

9. Subcontractor shall submit, in writing, the names of all proposed manufacturers and a complete list of all products intended for use, including identifying product names and catalog numbers.

10. After inspection and acceptance of surfaces to be painted, all paint surfaces are to be properly prepared to receive paint by this subcontractor to provide a uniform finish.

11. Exterior stucco to receive paints with full body 100% coverage using proper primer or pre-treat as necessary.

12. At all areas where gaps exist between similar or dissimilar materials, caulk with approved sealant.

13. Subcontractor shall not paint over efflorescence, dirt, dust, rust, chalk, scale, grease, oil, moisture or conditions otherwise detrimental to formation of a durable paint finish. Perform preparations and cleaning procedures in accordance with paint manufacturer instructions.

14. This subcontractor acknowledges that as part of his preparation process prior to the installation of exterior paint applications, he shall caulk, seal, spackle, bond, and/or putty and shall sand smooth all of these surfaces as required to close tight all corners, joints, nicks, tears, nail holes, spurs, knot holes, cracks and dents.

15. Touch-up and restore finish, to point where finish work is free of brush marks, streaks, run laps, holidays or any other unsatisfactory finish, to the satisfaction of Owner. Spot painting allowed only when touch-up spot will blend into surrounding finish invisible to normal viewing.

16. This subcontractor will correct any items on Owner's punch list.

17. Upon completion of painting work clean all splattered and over sprayed surfaces, by proper methods, using care not to damage finished surface.

18. At completion of the job, the subcontractor will provide Owner with (unopened and appropriately marked) one (1) five-gallon can for each type of paint used on this project at no additional expense to Owner.

WESTON PLACE APARTMENT HOMES

Owner:
Subcontractor:

Subcontractor: __Franklin Bay General Contractors, Inc.__
Trade: __Exterior Painting__
Contract No. __WP - 022220__
Page No. __11 of 16__

19. Subcontractor shall properly Prepare, Caulk, Patch and Paint the following specific areas:

19.1   All Apartment Building Exteriors (except pre-finished items) including trim.
19.2   All Horizontal and Vertical Stucco and Masonry Surfaces.
19.3   Gutters and Down Spouts.
19.4   Eyebrows
19.5   Wood Fascia
19.6   Exterior Utility (electrical, plumbing, telephone, HVAC) Boxes, Covers.
19.7   Conduit Piping.
19.8   Banding
19.9   Metal Flashing.
19.10  Balcony Walls and Ceilings.
19.11  Breaker Panels as required by Owner.
19.12  Clubhouse
19.13  Leasing Center
19.14  Maintenance Shop
19.15  Car Wash Area
19.16  Pool Area
19.17  Dumpster
19.18  Columns
19.19  Monument Signs
19.20  Fountain
19.21  Entrance / Perimeter Wall
19.22  Any other items which require field painting

## MATERIAL SPECIFICATIONS:

Specifications for 372 apartment units, consisting of (35) Apartment Buildings, (1) Clubhouse, (1) Leasing Center, (1) Maintenance Shop, (1) Dumpster Enclosure, (1) Car Wash Trellis, (1) Fountain, (2) Monument Signs, (28) Columns and all Gutters and Downspouts utilizing ICI Paints and in accordance to owner's detailed specifications listed below:

### A. Surface Preparation

#### 1.   General

1.1   Subcontractor shall thoroughly wash all surfaces to be painted. Washing to be completed under high pressure incorporating a solution of water and TSP to completely remove all dirt, dust, chalking, grime and loose flaking paint to avoid eye or skin irrigation.

1.2   Subcontractors shall not paint any surface that is not clean and dry.

1.3   Subcontractor shall ensure that all surfaces are free of any foreign material, which may adversely affect adhesion or appearance of applied coating.

#### 2.   Ferrous Metals

2.1   Subcontractor shall ensure that all previously painted surfaces are thoroughly cleaned free of dirt and/or other contaminates.

2.2   Subcontractor shall remove all loose or peeling paint by scraping, sanding and/or wire brushing.

2.3   Subcontractor shall remove all rust spots by sanding and wire brushing.

2.4   Subcontractor shall dull hard or glossy paints by sanding to insure maximum adhesion.

#### 3.   Wood (Wood Beams, Siding & Trellis)

3.1   Subcontractor shall fill nail holes and small cracks prior to painting.

WESTON PLACE APARTMENT HOMES

Owner: _____
Subcontractor: _____

3.2    Subcontractor shall wash with water and/or other solutions all dirt, chalk, mildew and other contaminates.

3.3    Subcontractor shall sand all loose or peeling paint to provide maximum adhesion.

3.4    Subcontractor shall dull hard or glossy paints by sanding to insure maximum adhesion.

3.5    Subcontractor shall caulk any openings that allow water intrusion with ICI Ultra Seal 45 year Latex Silicone Sealant # 21875, to prevent water or moisture from getting behind the paint film.

4.    *Galvanized Metal Gutters & Flashing.*

4.1    Subcontractor shall ensure that all galvanized metal gutters & flashing are thoroughly cleaned free of dirt and/or other contaminates.

4.2    Subcontractor shall ensure that all bare or new galvanized metal is solvent cleaned.

5.    *Stucco Surfaces / Textured Surfaces*

5.1    Subcontractor shall repair minor areas where stucco is damaged, cracked, or missing in accordance to industry standards.

5.2    Subcontractor shall remove all chalk, mud stains, mildew efflorescence and/or any other contaminants or stains by pressure washing and scrubbing, utilizing detergents or other chemicals as required to remove the stains or contaminants.
Inadequate cleaning of the surfaces might result in stains bleeding through the finish coat of paint and/or the failure of the topcoat to adhere properly.

5.3    Subcontractor shall test any areas where stains cannot be completely removed for tendency of stains to bleed through prior to painting the entire surface.

5.4    Subcontractor shall caulk any openings that allow water intrusion with ICI Ultra Seal 45 year Latex Silicone Sealant # 21875, to prevent water or moisture from getting behind the paint film.

B.  Exterior Painting and Finishing Schedule

1.  *Stucco*

1.1    Subcontractor shall apply a full coat of tinted prime to achieve 100% body coverage, utilizing Bond Prep Acrylic Primer # 3030.

1.2    Subcontractor shall apply finish coat(s) to achieve 100% body coverage, utilizing Dulux pro 100% Acrylic Flat Finish # 2200 (Spray & Back Roll).

2.  *Wood Doors, Wood Fascia, Drip Edge and Wood Louvers*

2.1    Subcontractor shall apply a full coat of tinted prime to achieve 100% body coverage, utilizing Prep & Prime Gripper # 3210.

2.2    Subcontractor shall apply finish coat(s) to achieve 100% body coverage, utilizing Dulux pro 100% Acrylic Satin Finish # 2402.

3.  *Nonferrous Metal; Electrical Boxes, Aluminum Roof Vents, Plumbing Stacks and All Other Applicable Items*

3.1    Subcontractor shall apply a full prime coat to achieve 100% body coverage, utilizing Bond Prep Acrylic Primer # 3030.

<u>WESTON PLACE APARTMENT HOMES</u>

Owner:
Subcontractor:

Subcontractor:   Franklin Bay General Contractors, Inc.
Trade:   Exterior Painting
Contract No.   WP - 022220
Page No.   13 of 18

3.2  Subcontractor shall apply finish coat(s) to achieve 100% body coverage, utilizing Dulux pro 100% Acrylic Satin Finish # 2402.

## 4.  Ferrous Metals: Meter Room Doors

4.1  Subcontractor shall apply a full prime coat to achieve 100% body coverage, utilizing Devoflex DTM Primer # 4020.

4.2  Subcontractor shall apply finish coat(s) to achieve 100% body coverage, utilizing Devflex HP WB Acrylic Semi Gloss Enamel # 4216.

## 5.  Caulking

5.1  Subcontractor shall caulk any openings that allow water intrusion with ICI Ultrahide 46 year Acrylic Silicone Sealant # 21075, to prevent water or moisture from getting behind the paint film.

5.1.1  Subcontractor shall remove all loose, hardened and/or deteriorated caulking presently installed.

5.1.2  Subcontractor shall tool joint in a professional manner to insure proper adhesion and workmanlike appearance.

5.2  Subcontractor shall detail all hairline cracks (less than 1/18") with Elastomeric Patching Compound textured brush grade.

5.2.1  Subcontractor shall force sealant into crack to insure adhesion to inner wall surface.

5.2.2  Subcontractor shall allow sealant to tack cure and then apply a detailed coat of Lastic textured brush-grade over repair.

5.2.3  Subcontractor shall bridge cracks approximately 1/16" to allow for thermal movement.

5.2.4  Subcontractor shall remove any loose or spalling stucco adjacent to crack.

5.3  Subcontractor shall patch existing stucco texture as closely as possible.

## C. Color Scheme

1.  Subcontractor shall complete all contracted exterior painting in accordance to Owner's approved color scheme.

| | | | |
|---|---|---|---|
| A-1 | 2200-0300 Interm | BLK 1 P54 YOX 3 P 5# | GRN 0 P 26 |
| A-2 | 2200-0400 | BLK 4 P 38 GRN 0 P 56 | LFY 3 P 54+ WHT 1 P 82 |
| B-1 | 2200-0400 Deep | BLK 0 P 42+ OXR 1 P 16 | YOX 11 P 54+ |
| B-2 | 2200-0400 Deep | BLK 0 P 30 OXR 2 P 31+ | LFY 6 P 65 |
| C-1 | 2200-0300 Interm | BLK 1 P 47+ YOX 6 P 11 | OXR 0 P 17+ |
| C-2 | 2200-0400 Deep | BLK 2 P 44+ YOX 6 P 52+ | OXR 01 P 31 |
| D-1 | 2200-0300 Interm | BLK 0 P 35 YOX 4 P 42+ | OXR 0 P 4 |
| D-2 | 2200-0400 Deep | BLK 2 P 29 YOX 5 P 15 | OXR 1 P 19+ |

WESTON PLACE APARTMENT HOMES

Owner:
Subcontractor:

Subcontractor: __Franklin Bay General Contractors, Inc.__
Trade: __Exterior Painting__
Contract No. __WP - 022220__
Page No. __14 of 15__

| | | | |
|---|---|---|---|
| Facial | 2200-0400 Deep | BLK 3 P 7 ~~YOX 3 P 30~~ | GRN 3 P 14 |
| Trim & Bands | 2200-0110 Wht TB | BLK 0 P 6 YOX 0 P 24 | DXR 9 P 2 |

### D. Warranties

1. Subcontractor shall warranty labor only, for labor related paint failures, and ICI Paints shall warranty all paint materials and sundry items related to paint failure, for seven (7) years against chipping, peeling, or flaking and excessive chalking, as a direct result of faulty workmanship and/or material failure, respectively. If paint failure is due to manufacture defect, the labor for such correction is not included in Subcontractor's labor warranty.

   Stucco: Dulux Pro 100% Acrylic Flat Finish # 2200
   Wood: Dulux Pro 100% Acrylic Satin Finish # 2402
   NonFerrous Dulux Pro 100% Acrylic Satin Finish # 2402
   Metals:
   Ferrous Metal: Devflex HP WB Acrylic Semi-Gloss Enamel # 4216

14. Debris: All debris to be placed in property dumpster.

15. ICI inspections shall be attached to all invoices.

16. Payments will only be made after each phase of work has been completed and has an approved inspection by Owner. Owner agrees to inspect buildings in a timely manner.

C. Owner shall approve all installation, shop drawings, and specifications.

D. Work is not to be commenced until authorized by Olen's Vice President of Florida Property Services.

## IV. CONSTRUCTION PROCEDURES AND CONDITIONS

A. Subcontractor shall work only in areas designated by the Owner to allow other Subcontractors to begin work as soon as possible and shall allow sufficient time, as determined by the Owner, between each phase of his work to allow for other phases of work to be properly completed.

B. Subcontractor will cooperate with other Subcontractors in the performance of their work as it relates to site and building plumbing, mechanical, electrical, telephone and cable television construction.

C. All equipment and/or material delivered to the job site will be stored at a location to be designated by Owner. Equipment/material is stored at Subcontractor's sole and absolute risk.

D. Subcontractor shall maintain an average schedule of one (1) complete buildings per week for each phase of operation. Weather related delays will be documented; any delays caused by documented inclement weather will be considered an extension of time.

E. Subcontractor shall provide his own hoisting of men and material.

F. Subcontractor shall provide his own staging.

G. Owner shall provide, at no cost to Subcontractor, the following temporary facilities: Sanitation and location to obtain water.

H. Saturday shall be a mandatory workday if behind schedule only.

I. Subcontractor agrees to attend all weekly job site meetings while performing work included in this Subcontract. Subcontractor agrees to accept any schedule presented at meeting of which he does not attend.

J. Subcontractor agrees to be bound by the performance times as indicated in the construction

---

**WESTON PLACE APARTMENT HOMES**

Owner: _____
Subcontractor: _____

| Subcontractor: | Franklin Bay General Contractors, Inc. |
| Trade: | Exterior Painting |
| Contract No. | WP - 022220 |
| Page No. | 18 of 18 |

schedule and other performance durations changed from time to time by Owner, as Owner
~~determines~~ ~~as~~ ~~necessary.~~ ~~Owner~~ ~~will~~ ~~alter~~ ~~above~~ ~~schedule~~ ~~by~~ ~~issuing~~ ~~notice~~ ~~to~~
Subcontractor by one or more of the following written means:  (1) Updated Construction
Schedule; (2) letter; (3) memo; (4) job meetings (verified by written minutes which are
posted in the Field Office bulletin board); (5) other means as mutually agreed upon.
Duration of each operation will not be shortened without mutual consent.

K.  Quantities and other information contained in the Schedule "B" of Values shall be used for
the progress payment purpose only and shall not be construed as work description or as a
limitation of quantities of labor and/or materials or scope of work required for the
completion of this and shall include all items and labor required to complete the portion of
the project it pertains to, as described in the Construction Documents.

L.1.  Locate Utilities *** Not Applicable ***

48 hours prior to construction, the Subcontractor shall contact the Owner, UNCLE,
FPL, Cable TV, Southern Bell (Fiber Optics), and all other necessary parties in order
to locate existing underground utilities. All coordination shall be the Subcontractor's
responsibility. Any damage caused to underground utilities shall be the expense of
the Subcontractor.

2.  Verify Utilities *** Not Applicable ***

Subcontractor shall be responsible for locating and verifying all utilities prior to
beginning construction. Any and all conflicts with existing utilities shall be reported
to the Owner. This work by the Subcontractor shall be considered incidental to the
contract and no additional compensation shall be allowed.

3.  Safeguard Utilities

Subcontractor shall take the necessary precautions to safeguard all existing
structures and utilities. The location of existing utilities shown on these plans are
approximate only and are based on survey and as-built information. Additional
utilities may exist which are not shown on these plans.  Subcontractor is solely
responsible for damage he may create to existing utilities (overhead or underground
and roadways) and such damage will be repaired at the Subcontractor's expense.

L.  THE JOB SITE SUPERINTENDENT AND HIS ASSISTANT HAVE NO AUTHORITY TO
APPROVE EXTRA WORK ABOVE THE SCOPE OF WORK IN RELATION TO THIS
CONSTRUCTION AGREEMENT AND OLEN DEVELOPMENT CORP. WILL NOT BE
RESPONSIBLE FOR PAYMENT OF SUCH WORK.

WESTON PLACE APARTMENT HOMES

| Owner: | |
| Subcontractor: | |

| Subcontractor: | Franklin Bay General Contractors, Inc. |
|---|---|
| Trade: | Exterior Painting |
| Contract No. | WP - 022220 |
| Page No. | 16 of 18 |

## "Addendum B"

### Code of Safe Practices
### and
### Safety Program for All Projects

All Subcontractors shall adhere to the following safety requirements. This list shall not be construed as final or complete, but shall be used as a tool to aid you and your workmen in developing and maintaining your own safety programs and procedures

1. All Subcontractors shall have their foreman attend a mandatory Monday morning safety meeting.

2. All Subcontractors shall have a weekly safety meeting with their own workmen. NOTE: This meeting is separate from item No. 1.

3. All Subcontractors shall provide a OSHA approved first aid kit in a readily accessible location for the use of their workmen.

4. All Subcontractors shall adhere to all OSHA and other related safety codes.

5. All Subcontractors' workmen shall wear Franklin Bay t-shirts and any other appropriate clothing for their type of business at all times.

6. Subcontractor's employees shall report any unsafe working conditions to their immediate supervisor who in turn shall notify an Olen Development Corp employee so that this condition can be corrected.

7. Any Subcontractor, and/or his employee, who fails to conduct business under any of the above codes or requirements, shall be subject to immediate removal from the job site and any and all required corrective work will be at the Subcontractor's sole expense.

8. Pursuant to the contract, all Subcontractors shall keep their work in a neat and orderly manner and shall maintain the work place in a broom swept condition free from all work debris and break debris.

9. There shall be no alcoholic beverages or controlled substances consumed by any Subcontractor or his employees at any time.

10. There shall be no radios allowed on the job site.

The intent of this Addendum is not to be a burden, but to make our work place safer and more profitable for all of us.

OWNER:

OLEN RESIDENTIAL REALTY CORP., d.b.a.
WESTON PLACE APARTMENT HOMES

BY:

Danny Dyene
Vice President
Florida Property Services

(954) 340-4894 Phone
(954) 344-4808 Fax

SUBCONTRACTOR:

FRANKLIN BAY GENERAL
CONTRACTORS, INC.

BY:

WESTON PLACE APARTMENT HOMES

| | Owner: | |
|---|---|---|
| | Subcontractor: | |



# WESTON PLACE
## APARTMENT HOMES

954/389-1961 • fax 954/389-8176
westonplace@olenproperties.com • www.olenproperties.com
16000-16720 South Post Road, Weston, Florida 33331

- 2 Story Building
- 3 Story Building

South Post Road

Weston Road

Addendum "A"
Contract issued to Stinnliss Day for
Xanex for Painting at Weston Place
Plans & Specifications
Property Map
Page 1 of 1

# Franklin Bay  **PROPOSAL**

**GENERAL CONTRACTORS, INC.**

PROPOSAL #08-0989

March 4, 2008

Submitted By: Jack Stevens



PROPOSAL SUBMITTED TO:
Danny Owens
Olen Residential
1062 Coral Ridge Drive
Coral Springs, FL 33071

PROJECT LOCATION:
Weston Place Apartments
16000 South Post Rd.
Weston, FL 33331

Architect: NA      Engineer: NA      Date of Plans: NA

We propose to furnish all labor and materials to complete the following scope of work in accordance with the plans and specifications provided by the owner and in accordance with all local code requirements. All material is guaranteed to be as specified. All work to be completed in a professional, workmanlike manner according to standard construction practices. Any alteration or deviation from specifications or scope of work will be executed only upon written orders, and will become an extra charge over and above this proposal. Prices contained in this proposal are based on one deployment, unless otherwise stated. This proposal is valid for thirty days. THIS PROPOSAL IS BASED ON A VISUAL, NON-DESTRUCTIVE INVESTIGATION; OTHER DAMAGES MAY EXIST.

PROPOSAL FOR EXTERIOR COATING APPLICATION

SCOPE OF WORK:

* The following exterior coating system will be applied to 38 residential buildings (373 units), the office/clubhouse building, and the maintenance building.

* In preparation for coating applications, all previously painted exterior surfaces shall be thoroughly pressure cleaned, using chlorine and tri-sodium phosphate as required, to remove dirt and debris, and any loose, peeling, or flaking paint. Roofs are excluded from pressure cleaning.

* Previously painted metals will be cleaned and sanded, as needed, to remove dirt, rust, oils, and other contaminants. Glossy metal surfaces will be abraded to allow for proper adhesion of new coatings.

* M.A.B.® Acrylic Urethane Sealant will be applied around window trim and door jambs, at all butt-joint locations, at intersections of dissimilar surfaces, and to all masonry cracks. M.A.B.® Acra-Lastic brush-grade and knife-grade patch will be applied to masonry surfaces as needed to match the existing texture as close as possible. Sealant will not be applied to any decking surfaces.

* The cant bead on stairwells, and caulking on architectural banding, will be removed, if cracked or loose; cleaned if applicable, and replaced with M.A.B.® Acrylic Latex Sealant.

Addendum "C"
Contract issued to Franklin Bay for
Exterior Painting at Weston Place
Franklin Bay Proposal
ICI Exterior Painting Specifications
Page 4 of 9

GENERAL CGC1504925 • ROOFING CCC1327209 • MECHANICAL CMC056971

4407 VINELAND ROAD • SUITE D-11 • ORLANDO, FLORIDA 32811
OFFICE (407) 580-0284 • (888) 650-0284 TOLL FREE • FAX (407) 650-6249

* All bare wood to be coated will receive an application of M.A.B.® Lok-Tite Latex Primer. All bare metal to be coated will receive an application of M.A.B.® Rust-O-Lastic Anti-Corrosive Primer; all previously painted metals will be spot primed as needed, to allow for proper adhesion of coatings. Missing areas of paint on handrails will be primed with Insl-x SXS 110 STIX Solvent Based Bonding Primer.

* All exposed stucco and masonry surfaces to be coated will receive an application of M.A.B.® Lok-Tite Latex Surface Conditioner.

* One finish coating will be applied: stucco and masonry surfaces shall receive one finish coat of M.A.B.® Sea Shore Latex Paint; fascia and wood surfaces shall receive one finish coat of M.A.B.® Sea Shore Acrylic Trim Enamel; handrails and metal surfaces will receive one finish coat of M.A.B.® Rust-O-Lastic Alkyd Enamel Finish Coating; mechanical room doors shall receive one finish coat of M.A.B.® Sea Shore Acrylic Trim Enamel

**PROPOSAL PRICE:**

$220,083.09 *(Two Hundred Twenty-Thousand, Eighty-Three Dollars and Nine Cents)*

**EXCLUSIONS AND CLARIFICATIONS:**

* All work stated herein shall be completed in accordance with standard M.A.B.® Master Repaint Specifications.
* This proposal does not include caulking, sealing or painting of any concrete patio floors.
* Color selections for finish products to be completed prior to commencement of contract. The proposal price listed above presumes that the new colors selected will be similar in color and tone to the existing colors; significant color changes may require an additional charge.
* Staging Area Requirements: A block of approximately six parking spaces located on the property, at a location convenient for management and residents.
* Contractor to provide a five year workmanship warranty, and the manufacturer's material warranty applicable to products selected.
* Owner to remove one screen panel at end of each balcony/patio location to allow contractor access. Owner to reinstall screen once contractor has completed the balcony/patio coating application.
* Painting of balcony/patio railings, stair railings, and stair stringers are excluded.
* Pressure cleaning roofs is excluded.
* All structural, stucco, and window repairs are excluded.
* Owner to cut back plant material throughout the property prior to commencement, to allow access to buildings.
* Contractor will coat exposed wall surfaces only. Walls covered by vines will be painted only to the extent reasonably possible.
* Painting of light poles is excluded.
* Permitting fees, if required, will be billed at cost, plus ten percent.
* Any zoning and/or building department color approvals will be the responsibility of the owner.

Addendum "C"
Contract Issued to Franklin Bay for
Exterior Painting at Weston Place
Franklin Bay Proposal
ICI Exterior Painting Specifications
Page 2 of 9



# Exterior Painting Specification
## For
### Weston Place Apartments
### 16000 South Post Road
### Westin, Florida 33331

Prepared For:
# Danny Owens

## Please fax to Danny Owens, Operations
## 954-344-6968.
### Cell: 561-644-5105

By:

John (JT) Thompson
Property Services Manager
S.E. Florida
ICI Paints
561-309-6747

Addendum "C"
Contract Issued to Franklin Bay for
Exterior Painting at Weston Place
Franklin Bay Proposal
ICI Exterior Painting Specifications
Page 3 of 9



RECEIVED
7-25-08

Addendum "C"
Contract Issued to Franklin Bay for
Exterior Painting at Weston Place
Franklin Bay Proposal
ICI Exterior Painting Specifications
Page 4 of 9

## Exterior Painting Specifications

## 1.    SCOPE

### 1.1    General

The work required consists of all preparation, painting, finishing work and related items necessary to complete work described in the specifications and listed in the Painting Schedule herein.

### 1.2    Scope of Work

Without restricting the volume or generality of the above, the work to be performed at Weston Place Apartments shall include, but is not limited to the following:

a.    Pressure washing all exposed exterior surfaces to receive paint 3500 PSI,

b.    Caulking of all exposed cracks, voids around window openings, and doors,

c.    Painting of all stucco & wood surfaces including: maintenance shop, roof vents & plumbing stacks, maintenance, service, and roll-up garage doors, metal drip edge & fascia, electrical boxes, conduit, gutters & down spouts, dryer vents, patio walls & ceilings, mail box centers, stucco bands, all site & building signs, privacy wall columns, planter walls & columns, decorative wood pop-outs, previously painted concrete walkways, pool house, decorative wood panels, dumpster enclosures, and fire equipment.

d.    Painting of any other exposed substrate, not included in the above, which is presently coated with field applied paint or stain,

## 2.    SUBSTRATES NOT TO BE PAINTED

2.1    Surfaces not to be painted at Weston Place Apartments shall be left completely free of droppings and accidentally applied materials resulting from work required under this specification. In general, surfaces such as aluminum, chromium, copper, lead, stainless steel, and plastics shall not be painted.

## 3.    MATERIALS

### 3.1    Specified Materials

a.    All materials are to be supplied by the ICI Dulux Paint Store.

b.    All paints shall be delivered to Weston Place Apartments in the original and unopened containers, plainly marked with proper designation of the product and color.

c.    The paint shall be used and applied per the label and data sheet instructions and the paint shall not be modified or extended other than provided for in these instructions. The correct surface preparations and condition of surface shall be rigidly adhered to. Data sheets may be obtained from the local ICI Dulux Paint representative.


Feb-25-08

2

Addendum "C"
Contract issued to Franklin Bay for
Exterior Painting at Weston Place
Franklin Bay Proposal
ICI Exterior Painting Specifications
Page 5 of 9

**Weston Place Apartments**

d.   All coating materials at Weston Place Apartments shall be subject to inspection by Olen Properties or his designate.

## 4.   MATERIAL, EQUIPMENT AND LABOR

4.1   The painting contractor shall furnish all labor, tools, equipment, scaffolding, and/or other structures and supervision required for the cartage, unloading, storage, surface preparation, application, and cleanup of the paint and allied products covered by this Specification.

## 5.   MINIMUM SPECIFICATIONS

5.1   If instruction contained in the Specification, bid documents, or the Painting Schedule are at variance with the paint manufacturer's instructions or the applicable standards and codes listed, surfaces shall be prepared and paint applied to suit manufacturers' published data sheets and instructions.

## 6.   SAFETY

6.1   All pertinent safety regulations, both owners and OSHA's shall be adhered to rigidly.  In addition all safety precautions noted on the manufacturer's Product Data Sheets, Product Labels and Material Safety Data Sheets (MSDS) are available from the ICI Dulux Paint Stores.

## 7.   RESOLUTION OF CONFLICTS

7.1   The contractor shall be responsible for requesting prompt clarification when instructions are lacking, conflicts occurring in the specification and/or paint manufacturer's literature, or the procedure specified is not clearly understood.

## 8.   COORDINATION OF WORK

8.1   The contractor shall be responsible for coordination of his work with other crafts and contractors working at Weston Place Apartments.

## 9.   JOB SITE VISITATION

9.1   The contractor shall be responsible for visiting Weston Place Apartments and familiarizing himself with the job and working conditions.

## 10.   SURFACE PREPARATION

10.1   General All surfaces to be painted shall be thoroughly washed under high pressure incorporating a solution of water and TSP to completely remove all dirt, dust, chalking, grime, and loose flaking paint. to avoid eye or skin irritation. Thoroughly rinse all residue possible from the cleaning solution.

   b.   Surfaces shall be clean, dry, and adequately protected from dampness prior to painting.
   c.   Surfaces. shall be. free of any foreign material, which may adversely affect adhesion or appearance of applied coating.

10.1   Ferrous Metal

Previously Painted Surfaces

   a.   Should be thoroughly cleaned free of dirt and/or other contaminates.

Feb-27-08

3

Addendum "C"
Contract Issued to Franklin Bay for
Exterior Painting at Weston Place
Franklin Bay Proposal
ICI Exterior Painting Specifications
Page 6 of 9

**Weston Place Apartments**

b. All loose or peeling paint should be removed by scraping, sanding, and/or wire brushing.

c. All rust spots should be removed by sanding and wire brushing.

d. Hard or glossy paints should be dulled by sanding to insure maximum adhesion.

### 10.2 Wood (Wood Beams, Siding & Trellis):

a. Any wood that is warped, cracked, water damaged, or delaminating should be repaired or replaced. Nail holes and small cracks should be filled prior to painting.

b. All dirt, chalk, mildew, and other contaminates should be removed by washing with water and/or other solutions.

c. All loose or peeling paint should be sanded to provide maximum adhesion.

d. Hard or glossy paints should be sanded to dull the gloss and provide maximum adhesion.

e. Any openings which permit the entrance of water should be caulked with ICI Ultra Seal 45 year Latex Silicone Sealant #21875, to prevent water from getting behind the paint film.

### 10.3 Galvanized Metal Gutters & Flashing

a. Should be thoroughly cleaned free of dirt, chalk, mildew, and other contaminates.

b. Bare or new galvanized metal should be solvent cleaned.

### 10.4 Stucco Surfaces / Textured Surfaces

a. All areas where stucco is damaged, cracked, or missing should be repaired per industry standards.

b. All vines and other plants attached to the stucco should be removed.

c. All chalk, mud stains, mildew, efflorescence, and any other contaminants or stains should be removed by pressure washing and scrubbing, utilizing detergents or other chemicals as required to remove the stains or contaminates. Failure to completely clean the surface could result in stains bleeding through the finish coat of paint and/or failure of the topcoat to adhere properly. Any areas where stains cannot be completely removed should be tested for tendency of stains to bleed through the newly applied coating prior to painting the entire surface.

d. All openings where water could enter should be caulked with ICI Ultra Seal #21875 45 year Latex Silicone Sealant to prevent water or moisture from getting behind paint film.

## 11. COATING APPLICATION

### 11.1 Workmanship, General

a. Only skilled mechanics shall be employed. Application may be by brush, roller, or spray.



4

Addendum "C"
Contract issued to Franklin Bay for
Exterior Painting at Weston Place
Franklin Bay Proposal
ICI Exterior Painting Specifications
Page 7 of 7

**Weston Place Apartments**

b.   The contractor shall protect his work at all times and shall protect all adjacent areas by suitable covering or other method during progress of his work. He shall remove all paint spots from concrete and other surfaces. He shall remove from Weston Place Apartments all rubbish and accumulated materials of whatever nature not caused by others and shall leave his work area in a clean, orderly and acceptable condition.

c.   Remove and/or protect hardware, accessories, factory finished work and similar items. Upon completion of each area, the contractor shall carefully replace all removed items.

d.   All materials should be applied under adequate illumination, evenly spread and flowed on smoothly to avoid runs, sags, holidays, brush marks, air bubbles, and excessive roller stipple.

E    Coverage and hide shall be complete. When color, stain, dirt, or undercoats show through final coat of paint, the surface shall be covered by additional coats until the paint film is of uniform finish, color, appearance, and coverage, at no additional cost to Weston Place Apartments.

f.   All coatings shall be applied in a workmanlike manner without brush marks or other defects.

g.   Drying time between coats shall be per label instructions.

h.   Thinning shall be done only if necessary for the workability of the material and then only in accordance with label instructions using only the recommended solvents.

i.   No coating should be applied when the <u>SURFACE TEMPERATURE</u> is below 50 F (35 F Dulux Professional) or above 100 F

## 12.   COLOR SCHEDULE

12.1   To be selected by Olen Properties.

## 13.   INSPECTION

13.1   After surface preparation is completed on each building, it shall be inspected and approved by the Olen Properties and The ICI Glidden Representative.

13.2   After prime coat is applied, it shall be inspected and approved before applying finish coat.

13.3   All work during application is subject to inspection by Olen Properties and The ICI Glidden Representative.

13.4   When painting is completed, an inspection will be made to determine if specifications were followed prior to final approval.

13.5   Any questions concerning these specifications should be clarified prior to commencing job.

13.6   Any changes to these specifications would require the written approval of the Olen Properties or his designate.

## 14.   PERMITS AND INSURANCE



5

## Weston Place Apartments

14.1    The contractor shall obtain, at his own expense, all permits, licenses, and inspections and shall comply with all laws, codes, and ordinances promulgated by authorities having jurisdiction which may bear on the work.

14.2    The contractor agrees to maintain, at his own expense, insurance policies in such an amount and payable in such a manner as will protect the customer and contractor, including Workman's Compensation, in statutory amounts and Public Liability Insurance. The contractor is to take all necessary and reasonable safeguards to protect the public, and all parties during the course of work.

14.3    The contractor shall indemnify and save the customer and all his agents and employees from all suits, actions or claims of any characters, name or description brought for or on account of any injuries or damages received or sustained by any person or persons or property on the account of neglect of fault of the contractor, his agents or employees in the execution of said contract.

14.4    Lien Waivers required before final draw.

14.5    Certificate of Insurance, naming the owner or his designate CO-insured, copy provided at start of work.

## 15.    Painting and Finishing Schedule (Exterior)

### Stucco

A.    Full Prime Coat – Bond-Prep Acrylic Primer #3030

B.    1 Finish Coat – Dulux Pro 100% Acrylic Flat Finish #2200
                    (Spray & Back-Roll)

### Wood ): Wood Doors, Wood Fascia, Drip-Edge, and Wood Louvers.

A.    Full Prime Coat – Bond-Prep Acrylic Primer #3030

B.    1 Finish Coat(s) – Dulux Pro100% Acrylic Satin Finish #2402.

### Nonferrous Metal: (Electrical Boxes, Aluminum, Roof Vents & Plumbing Stacks, etc):

A.    Full Prime Coat – Bond-Prep 100% Acrylic Primer #3030

B.    1 Finish Coat(s) – Dulux Pro100% Acrylic Satin Finish #2402

### Ferrous Metal: (Entrance, Maintenance, & Service Doors,):

A.    Full Prime Coat – Devflex DTM Primer #402D

B.    1 Finish Coat(s) – Devflex HP WB Acrylic Semi-Gloss Enamel #4216

Addendum "C"
Contract issued to Franklin Bay for
Exterior Painting at Weston Place
Franklin Bay Proposal
ICI Exterior Painting Specifications
Page B of 9                                    6



Weston Place Apartments

Addendum "C"
Contract issued to Franklin Bay for
Exterior Painting at Weston Place
Franklin Bay Proposal
ICI Exterior Painting Specifications
Page 9 of 9

Caulk:

~~A.    21875   Ultrahide 45 Yr Acrylic Silicone.~~

Elastomeric Patch will be used for correction of all cracks.

**Warranty**

* ICI Paints will provide *7 Year Labor and Material Warranty* at successful completion of the project.

If there are any questions concerning these specifications, please contact J. T. Thompson.

J. T. Thompson,  Property Services Mgr.

Office/ Cell:    (561)-309-6747

John_E_Thompson@ici.com



RECEIVED
Feb 25-08

7



## Exterior Painting Specification
### For:

**Weston Place Apartments**
**16000 South Post Road**
**Weston, Florida 33331**

Prepared For:
# Danny Owens

Please fax to **Danny Owens**, Operations
**954-344-6968.**
Cell: **561-644-5105**

By:

John (JT) Thompson
Property Services Manager
S.E. Florida
ICI Paints
561-209-6747

Addendum "C"
Contract Issued to Franklin Bay for
Exterior Painting at Weston Place
Franklin Bay Proposal
ICI Exterior Painting Specifications
Page 3 of 4




Addendum "C"
Contract Issued to Franklin Bay for
Exterior Painting at Weston Place'
Franklin Bay Proposal
ICI Exterior Painting/Specifications
Page __ of __

<u>Weston Place Apartments</u>

## Exterior Painting Specifications

### 1.    SCOPE

#### 1.1    General

The work required consists of all preparation, painting, finishing work and related items necessary to complete work described in the specifications and listed in the Painting Schedule herein.

#### 1.2    Scope of Work

Without restricting the volume or generality of the above, the work to be performed at Weston Place Apartments shall include, but is not limited to the following:

a.    Pressure washing all exposed exterior surfaces to receive paint 3500 PSI,

b.    Caulking of all exposed cracks, voids around window openings, and doors,

c.    Painting of all stucco & wood surfaces including; maintenance shop, roof vents & plumbing stacks, maintenance, service, and roll-up garage doors, metal drip edge & fascia, electrical boxes, conduit, gutters & down spouts, dryer vents, patio walls & ceilings, mail box centers, stucco bands, all site & building signs, privacy wall columns, planter walls & columns, decorative wood pop-outs, previously painted concrete walkways, pool house, decorative wood panels, dumpster enclosures, and fire equipment.

d.    Painting of any other exposed substrate, not included in the above, which is presently coated with field applied paint or stain.

### 2.    SUBSTRATES NOT TO BE PAINTED

2.1    Surfaces not to be painted at Weston Place Apartments shall be left completely free of droppings and accidentally applied materials resulting from work required under this specification. In general, surfaces such as aluminum, chromium, copper, lead, stainless steel, and plastics shall not be painted.

### 3.    MATERIALS

#### 3.1    Specified Materials

a.    All materials are to be supplied by the ICI Dulux Paint Store.

b.    All paints shall be delivered to Weston Place Apartments in the original and unopened containers, plainly marked with proper designation of the product and color.

c.    The paint shall be used and applied per the label and data sheet instructions and the paint shall not be modified or extended other than provided for in these instructions. The correct surface preparations and conditions of surface shall be rigidly adhered to. Data sheets may be obtained from the local ICI Dulux Paint representative.



2

Addendum "\_"
Contract issued to Franklin Bay for
Exterior Painting at Weston Place
Weston Place Apartments      Franklin Bay Proposal
ICI Exterior Painting Specifications
Page 5 of 9

    c.   All coating materials at Weston Place Apartments shall be subject to inspection
    by Stan Properties or his designate.

## 4. MATERIAL, EQUIPMENT AND LABOR

   4.1   The painting contractor shall furnish all labor, tools, equipment, scaffolding, and/or other structures and supervision required for the cartage, unloading, storage, surface preparation, application, and cleanup of the paint and allied products covered by this Specification.

## 5. MINIMUM SPECIFICATIONS

   5.1   If instruction contained in the Specification, bid documents, or the Painting Schedule are at variance with the paint manufacturer's instructions or the applicable standards and codes listed, surfaces shall be prepared and paint applied to suit manufacturers' published data sheets and instructions.

## 6. SAFETY

   6.1   All pertinent safety regulations, both owners and OSHA's shall be adhered to rigidly. In addition all safety precautions noted on the manufacturer's Product Data Sheets, Product Labels and Material Safety Data Sheets (MSDS) are available from the ICI Dulux Paint Stores.

## 7. RESOLUTION OF CONFLICTS

   7.1   The contractor shall be responsible for requesting prompt clarification when instructions are lacking, conflicts occurring in the specification and/or paint manufacturer's literature, or the procedure specified is not clearly understood.

## 8. COORDINATION OF WORK

   8.1   The contractor shall be responsible for coordination of his work with other crafts and contractors working at Weston Place Apartments.

## 9. JOB SITE VISITATION

   9.1   The contractor shall be responsible for visiting Weston Place Apartments and familiarizing himself with the job and working conditions.

## 10. SURFACE PREPARATION

   10.1   General All surfaces to be painted shall be thoroughly washed under high pressure incorporating a solution of water and TSP to completely remove all dirt, dust, chalking, grime, and loose flaking paint to avoid eye or skin irritation. Thoroughly rinse all residue possible from the cleaning solution.

      b.   Surfaces shall be clean, dry, and adequately protected from dampness prior to painting.

      c.   Surfaces shall be free of any foreign material, which may adversely affect adhesion or appearance of applied coating.

   10.1   Ferrous Metal

      Previously Painted Surfaces



      a.   Should be thoroughly cleaned free of dirt and/or other contaminates.

Case 6:13-bk-08905-CCJ    Doc 30-1    Filed 08/18/14    Page 38 of 46

Addendum "C"
Contract issued to Franklin Bay for
Exterior Painting at Weston Place

Weston Place Apartments

Franklin Bay Proposal
ICI Exterior Painting Specifications
Page 16 of 32

b.   All loose or peeling paint should be removed by scraping, sanding, and/or wire brushing.

c.   All rust spots should be removed by sanding and wire brushing.

d.   Hard or glossy paints should be dulled by sanding to insure maximum adhesion.

### 10.2   Wood (Wood Beams, Siding & Trellis):

a.   Any wood that is warped, cracked, water damaged, or delaminating should be repaired or replaced.  Nail holes and small cracks should be filled prior to painting.

b.   All dirt, chalk, mildew, and other contaminates should be removed by washing with water and/or other solutions.

c.   All loose or peeling paint should be sanded to provide maximum adhesion.

d.   Hard or glossy paints should be sanded to dull the gloss and provide maximum adhesion.

e.   Any openings which permit the entrance of water should be caulked with ICI Ultra Seal 45 year Latex-Silicone Sealant #21875, to prevent water from getting behind the paint film.

### 10.3   Galvanized Metal Gutters & Flashing

a.   Should be thoroughly cleaned free of dirt, chalk, mildew, and other contaminates.

b.   Bare or new galvanized metal should be solvent cleaned.

### 10.4   Stucco Surfaces / Textured Surfaces

a.   All areas where stucco is damaged, cracked, or missing should be repaired per industry standards.

b.   All vines and other plants attached to the stucco should be removed.

c.   All chalk, mud stains, mildew, efflorescence, and any other contaminants or stains should be removed by pressure washing and scrubbing, utilizing detergents or other chemicals as required to remove the stains or contaminates. Failure to completely clean the surface could result in stains bleeding through the finish coat of paint and/or failure of the topcoat to adhere properly.  Any areas where stains cannot be completely removed should be tested for tendency of stains to bleed through the newly applied coating prior to painting the entire surface.

d.   All openings where water could enter should be caulked with ICI Ultra Seal #21875 45 year Latex Silicone Sealant to prevent water or moisture from getting behind paint film.

## 11.   COATING APPLICATION

### 11.1   Workmanship, General

a.   Only skilled mechanics shall be employed.  Application may be by brush, roller, or spray.



4

Addendum "C"
Contract Issued to Franklin Bay for
Exterior Painting at Weston Place
Franklin Bay Proposal
ICI Exterior Painting Specifications
Page ___ of ___

**Weston Place Apartments**

b.  The contractor shall protect his work at all times and shall protect all adjacent areas by suitable covering or other method during progress of his work. He shall remove all paint spots from concrete and other surfaces. He shall remove from Weston Place Apartments all rubbish and accumulated materials, of whatever nature not caused by others and shall leave his work area in a clean, orderly and acceptable condition.

c.  Remove and/or protect hardware, accessories, factory finished work and similar items. Upon completion of each area, the contractor shall carefully replace all removed items.

d.  All materials should be applied under adequate illumination, evenly spread and flowed on smoothly to avoid runs, sags, holidays, brush marks, air bubbles, and excessive roller supple.

E   Coverage and hide shall be complete. When color, stain, dirt, or undercoats show through final coat of paint, the surface shall be covered by additional coats until the paint film is of uniform finish, color, appearance, and coverage, at no additional cost to Weston Place Apartments.

f.  All coatings shall be applied in a workmanlike manner without brush marks or other defects.

g.  Drying time between coats shall be per label instructions.

h.  Thinning shall be done only if necessary for the workability of the material and then only in accordance with label instructions using only the recommended solvents.

i.  No coating should be applied when the SURFACE TEMPERATURE is below 50° F (35 F Dulux Professional) or above 100 F

## 12.  COLOR SCHEDULE

12.1  To be selected by Olen Properties.

## 13.  INSPECTION

13.1  After surface preparation is completed on each building, it shall be inspected and approved by the Olen Properties and The ICI Glidden Representative.

13.2  After prime coat is applied, it shall be inspected and approved before applying finish coat.

13.3  All work during application is subject to inspection by Olen Properties and The ICI Glidden Representative.

13.4  When painting is completed, an inspection will be made to determine if specifications were followed prior to final approval.

13.5  Any questions concerning these specifications should be clarified prior to commencing job.

13.6  Any changes to these specifications would require the written approval of the Olen Properties or his designate.

## 14.  PERMITS AND INSURANCE

5

RECEIVED

## Weston Place Apartments

14.1    The contractor shall obtain, at his own expense, all permits, licenses, and inspections and shall comply with all laws, codes, and ordinances promulgated by authorities having jurisdiction which may bear on the work.

14.2    The contractor agrees to maintain, at his own expense, insurance policies in such an amount and payable in such a manner as will protect the customer and contractor, including Workmen's Compensation, in statutory amounts and Public Liability Insurance. The contractor is to take all necessary and reasonable safeguards to protect the public and all parties during the course of work.

14.3    The contractor shall indemnify and save the customer and all his agents and employees' from all suits, actions or claims of any character, name or description brought for or on account of any injuries or damages received or sustained by any person or persons or property on the account of neglect or fault of the contractor, his agents or employees in the execution of said contract.

14.4    Lien Waivers required before final draw.

14.5    Certificate of Insurance, naming the owner or his designate CO-insured, copy provided at start of work.

## 15.    Painting and Finishing Schedule (Exterior)

### Stucco

A.    Full Prime Coat – Bond-Prep Acrylic Primer #3930

B.    1 Finish Coat – Dulux Pro 100% Acrylic Flat Finish  #2209
       (Spray & Back-Roll)

### Wood ): Wood Doors, Wood Fascia, Drip-Edge, and Wood Louvers.

A.    Full Prime Coat – Bond-Prep Acrylic Primer #3930

B.    1 Finish Coat(s) – Dulux Pro100% Acrylic Satin Finish #2402

### Nonferrous Metal: (Electrical Boxes, Aluminum, Roof Vents & Plumbing Stacks, etc):

A.    Full Prime Coat – Bond-Prep 100% Acrylic Primer #3030

B.    1 Finish Coat(s) – Dulux Pro100% Acrylic Satin Finish  #2402

### Ferrous Metal: (Entrance, Maintenance, & Service Doors,):

A.    Full Prime Coat – Devflex DTM Primer #4020

B.    1 Finish Coat(s) – Devflex HP WB Acrylic Semi-Gloss Enamel #4216

Addendum "C"
Contract issued to Franklin Bay for
Exterior Painting at Weston Place
Franklin Bay Proposal
ICI Exterior Painting Specifications
Page  5  of  9



Weston Place Apartments

Addendum "C"
Contract issued to Franklin Bay for
Exterior Painting at Weston Place
Franklin Bay Proposed
ICI Exterior Painting Specifications
Page ___ of ___

Caulk:

A.    24876—Lifeshild-45-Yr-Acrylic-Silicone.

Elastomeric Patch will be used for correction of all cracks.

## Warranty

c.    ICI Paints will provide *7 Year Labor and Material Warranty* at successful completion of the project.

If there are any questions concerning these specifications, please contact J. T. Thompson.

J. T. Thompson, Property Services Mgr.

Office/ Cell:    (561)-309-6747

John_E_Thompson@ici.com

7





Exhibit C



NA-GR-00004

SEVEN (7) YEAR LIMITED EXTERIOR FINISHES MATERIAL AND SEVEN (7) YEAR LABOR WARRANTY

**Effective Date:** September 25, 2007
**Warranty Period:** Seven (7) Year Material & Seven (7) Year Labor
**Owner:**
**Project:**
**Applicator:**
**Substrate(s):** A) Prev-Painted Stucco; B) prev. Painted Wood Trim; C) Non-Ferrous Metal

**Product(s)/Application:** As-Re/manufactures (data) and product datasheet

**Product(s):** A) One (1) coat coat Prep & Prime; B) One (1) coat coat Top 'N-Prime; C) One (1) coat coat Top 'N-Prime; D) Two (2) coat coat Weathershed; One (1) coat Prep 'N-Prime

[Body text is too degraded to transcribe reliably]

**ICI PAINTS**
By: _____
ICI Paints Representative – John Thompson

Date: _____

RECEIVED



ICI Paints

NA08-00007

SEVEN (7) YEAR LIMITED EXTERIOR FINISHES MATERIAL AND SEVEN (7) YEAR LABOR WARRANTY

| | |
|---|---|
| Beginning Date: | October 15, 2007 |
| Warranty Period: | Seven (7) Years Material & Seven (7) Years Labor |
| Owner: | Olen Properties, 18800 [illegible] road, Weston, FL 33331 [illegible] |
| Project: | Weston Palm Apartments building [illegible] 18800 Post road, Weston, FL 33331 |
| Applicator: | [illegible] |
| Substrate(s): | A) Prev. Painted Stucco B) Prev. Painted Wood Trim C) Non-Ferrous Metal |
| Preparation/Application: | As Per manufactures labels and product datasheet |

| Product(s): | A) | B) | C) |
|---|---|---|---|
| | One (1) coat 6030 Prep & Prime | One (1) coat 6210 Prep & Prime | One (1) coat 4020 Devflex |
| | One (1) coat 2200 Dulux Professional | One (1) coat 2200 Dulux Professional | One (1) coat 4216 Devflex |

The Glidden Company d/b/a ICI Paints ("ICI Paints") does hereby warrant (the "Warranty") the property owner set forth above ("Owner"), that its Product(s)/System(s) set forth above ("Coatings") have been manufactured without defect. ICI Paints further warrants that the Coatings, when properly applied, maintained and used in strict accordance with all specifications, instructions, chemical resistance tables and/or written directions issued by ICI Paints and as set forth in ICI Paints' instructions contained on its product labels and data sheets, will not peel, crack, or blister for a period of Seven (7) years following application as a result of a defect in the Coatings.
ICI Paints' liability under the terms of this Warranty is limited to supplying sufficient Coatings for seven (7) years and labor for Seven (7) years to repaint the failed area(s). This warranty period shall not be extended by repainting; however, the remaining warranty period will remain in effect and be applicable to any repainted area(s).

ICI Paints assumes no obligation to select or approve the selection of the applicator or accept the applicator's work. Additionally, any site visit by ICI Paints does not constitute an inspection, approval, supervision, or acceptance of surface preparation, application, or building integrity.

Any repair or repainting of any failed area(s) covered by this Warranty by any person or entity prior to ICI Paints' inspection shall invalidate this Warranty. Repainting, including remedial painting, shall be performed by using standard finishing practices and coatings (not necessarily the original products specified). In all instances ICI Paints will be the sole judge as to whether a partial or complete repainting of the failed area(s) is required to fulfill its obligation under this Warranty. ICI Paints reserves the right to select or approve the products and painting contractor to be used for the repainting of any failed area(s).

This Warranty does not cover failure of the Coatings or portions thereof caused by error in application or misuse of the Coatings, defective substrate, patches or fillers not specifically recommended by ICI Paints, Coatings not applied within six (6) months of delivery to Owner or Owner's applicator(s), acts of God, rain, fire, hail, hurricane, tornado, earthquake, acts of war or explosion(s), prior paint system or construction defects, structural defects, physical or mechanical damage to the Coatings, vandalism, applicator's negligence, including but not limited to, inadequate surface preparation and/or improper application, inadequate or improper maintenance or cleaning, standing water or moisture in the substrate, pollution or abnormal weather conditions or changes in the exposure environment, or any other condition which is beyond the control of ICI Paints.

This Warranty is conditioned upon full payment of all ICI Paints' Coatings which are subject to the Warranty herein.

Claims under this Warranty must be directed to ICI Paints Technical Services at 15885 West Sprague Road Strongsville, Ohio 44136, with a copy to ICI Paints Legal Department at the same address, in writing during the warranty period and within sixty (60) days after Owner or Owner's applicator(s) or representative(s) has actual or constructive knowledge of a breach of warranty hereunder. Failure to give notice within the specified time shall release and discharge ICI Paints from any and all obligations under this Warranty. It is agreed that time periods referred to herein are of the essence to the Warranty.

THIS WARRANTY IS GIVEN AS THE EXCLUSIVE WARRANTY. NO OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE MADE. ICI PAINTS SHALL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES EVEN IF ADVISED OF SUCH POSSIBILITY, AND ICI PAINTS HEREBY DISCLAIMS ALL LIABILITY FOR NEGLIGENCE OR STRICT PRODUCT LIABILITY, WHETHER UNDER RESTATEMENT OF TORTS, UNDER THE COMMON LAW, OR OTHERWISE.

This Warranty contains the entire agreement of the parties regarding the subject matter contained herein and supersedes all prior verbal or written agreements, representations, and/or understandings regarding the same, including without limitation, any warranties that may be set out in product literature, labels or product containers. If any provision of this Warranty is found to be invalid or void by a court of competent jurisdiction, then that provision shall be stricken and the remaining provisions of this Warranty shall be in full force and effect to the maximum extent allowed by law.

The validity, construction and performance of this Warranty shall be governed and interpreted in accordance with the substantive and procedural laws of the State of Ohio and the parties hereby irrevocably consent to the exclusive jurisdiction of the federal or state courts located in Cuyahoga County, Ohio, to hear and resolve any formal legal action between the parties related to this Warranty. Further, this Warranty is not transferable without ICI Paints' written consent, which must be signed by an officer of ICI Paints, and may not be modified or enlarged in scope by any other employee, representative or agent of ICI Paints. Failure of ICI Paints or Owner to exercise any right hereunder on one occasion shall not waive the right to exercise the same on another occasion. Neither course of performance, course of dealing, or usage of trade shall be used to interpret, construe, qualify, modify, explain or supplement any of the terms of this Warranty.

ICI PAINTS

By: ______________________ Date: 10/20/08
ICI Paints Representative – John Tillinghast

RECEIVED
Oct [illegible]

Page 3

ICI Paints

[illegible]

## SEVEN (7) YEAR LIMITED EXTERIOR FINISHES MATERIAL AND SEVEN (7) YEAR LABOR WARRANTY

| | |
|---|---|
| Beginning Date: | November 03, 2008 |
| Warranty Years: | Seven (7) Years |
| Owner: | Olen Properties, 16000 South Post Road, Weston, FL 33331 |
| Project: | Buildings [illegible], 16500, 16520, 16540, 16560, 16580, 16600, 16620, 16640, 16660, 16680, 16700, 16720, 16000 South Post Road, Weston, FL 33331 |
| Applicator: | Franklin Bay General Contractors, 4407 Vineland Road, Orlando, FL 32811 |
| Substrate(s): | A) Prev. Painted Stucco B) Prev. Painted Wooden Trim C) Prev. Non-Ferrous Metal Preprimed |
| Preparation/Application: | Per manufactures labels and product data sheets |
| Product(s): | |

| A) Prev. Painted Stucco | B) Prev. Painted Wooden Trim | C) Prev. Non-Ferrous Metal Preprimed |
|---|---|---|
| One (1) coat 3030 Prep & Prime | One (1) coat [illegible] Prep & Prime | One (1) coat 4020 DevFlex |
| One (1) coats 2000 Dulux Professional | One (1) coats 2000 Dulux Professional | One (1) coats 4216 DevFlex |

The Glidden Company d/b/a ICI Paints ("ICI Paints") does hereby warrant (this "Warranty") the property owner set forth above ("Owner"), that its Product(s)/System(s) set forth above ("Coatings") have been manufactured without defect. ICI Paints further warrants that the Coatings, when properly applied, maintained and used in strict accordance with all specifications, instructions, chemical resistance tables and/or written directions issued by ICI Paints and as set forth in ICI Paints' instructions contained on its product labels and data sheets, will not peel, crack, or blister for a period of Five years following application as a result of a defect in the Coatings. ICI Paints' liability under the terms of this Warranty is limited to supplying sufficient Coatings for Seven (7) years and labor for Seven (7) years to repaint the failed area(s). This warranty period shall not be extended by repainting; however, the remaining warranty period will remain in effect and be applicable to any repainted area(s).

ICI Paints assumes no obligation to select or approve the selection of the applicator or accept the applicator's work. Additionally, any site visit by ICI Paints does not constitute an inspection, approval, supervision, or acceptance of surface preparation, application, or building integrity.

Any repair or repainting of any failed area(s) covered by this warranty by any person or entity prior to ICI Paints' inspection shall invalidate this Warranty. Repainting, including remedial painting, shall be performed by using standard finishing practices and coatings (not necessarily the original products specified). In all instances ICI Paints shall be the sole judge as to whether a partial or complete repainting of the failed area(s) is required to fulfill its obligation under this Warranty. ICI Paints reserves the right to select or approve the products and painting contractor to be used for the repainting of any failed area(s).

This Warranty does not cover failure of the Coatings or portions thereof caused by error in application or misuse of the Coatings, defective substrates, patches or fillers not specifically recommended by ICI Paints, Coatings not applied within six (6) months of delivery to Owner or Owner's contractor(s), acts of God, (e.g., fire, hail, hurricane, tornado, earthquake), acts of war or explosion(s), prior paint system or construction defects, structural defects, physical or mechanical damage to the Coatings, vandalism, applicator's negligence, including but not limited to, inadequate surface preparation and/or improper application, inadequate or improper maintenance or cleaning, standing water or moisture in the substrate, pollution or abnormal weather conditions or changes in the exposure environment, or any other condition which is beyond the control of ICI Paints.

This Warranty is conditioned upon full payment of all ICI Paints' Coatings which are subject to the warranty herein.

Claims under this Warranty must be directed to ICI Paints, 16805 West Sprague Road Strongsville, Ohio 44136, with a copy to ICI Paints Legal Department at the same address, in writing during the warranty period and within sixty (60) days after Owner or Owner's contractor(s) or representative(s) has actual or constructive knowledge of a breach of warranty hereunder. Failure to give notice within the specified time shall release and discharge ICI Paints from any and all obligations under this Warranty. It is agreed that time periods referred to herein are of the essence to the Warranty.

THIS WARRANTY IS GIVEN AS THE EXCLUSIVE WARRANTY. NO OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE MADE. ICI PAINTS SHALL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES EVEN IF ADVISED OF SUCH POSSIBILITY, AND ICI PAINTS HEREBY DISCLAIMS ALL LIABILITY FOR NEGLIGENCE OR STRICT PRODUCT LIABILITY, WHETHER UNDER RESTATEMENT OF TORTS, UNDER THE COMMON LAW, OR OTHERWISE.

This Warranty contains the entire agreement of the parties regarding the subject matter contained herein and supersedes all prior verbal or written agreements, representations, and/or understandings regarding the same, including without limitation, any warranties that may be set out in product literature, labels or product containers. If any provision of this Warranty is found to be invalid or void by a court of competent jurisdiction then that provision shall be stricken and the remaining provisions of the Warranty shall be in full force and effect to the maximum extent allowed by law.

The validity, construction and performance of this Warranty shall be governed and interpreted in accordance with the substantive and procedural laws of the State of Ohio and the parties hereby irrevocably consent to the exclusive jurisdiction of the federal or state courts located in Cuyahoga County, Ohio, to hear and resolve any formal legal action between the parties related to this Warranty. Further, this Warranty is not transferable without ICI Paints' written consent, which must be signed by an officer of ICI Paints, and may not be modified or enlarged in scope by any other employee, representative or agent of ICI Paints. Failure of ICI Paints or Owner to exercise any right hereunder on one occasion shall not waive the right to exercise the same on another occasion. Neither course of performance, course of dealing or usage of trade shall be used to interpret, construe, qualify, modify, explain or supplement any of the terms of this Warranty.

THE PARTIES STATE THAT THEY HAVE READ AND FULLY UNDERSTAND THE TERMS AND CONDITIONS OF THIS WARRANTY and the persons signing this Warranty are duly authorized by their respective parties to execute the same.

ICI PAINTS

By: ______________________ Date: 12/03/08

ICI Paints Representative — John Thompson
