IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM BEACH
COUNTY, FLORIDA

CASE NO.: 50 2013 CA 005882 XXXX MB
DIVISION: AD

ORRC ENCUMBRANCE CORP. a/k/a
MANATEE BAY APARTMENT CORP.
a Florida corporation,

       Plaintiff,

v.

FRANKLIN BAY GENERAL
CONTRACTORS, INC., a Florida
corporation; THE GLIDDEN COMPANY,
a foreign corporation, d/b/a ICI PAINTS;
AKZO NOBEL PAINTS, LLC, a foreign
corporation; and PPG INDUSTRIES, INC.,

       Defendants.

_____/

## SECOND AMENDED COMPLAINT

      Plaintiff, ORRC ENCUMBRANCE CORP. a/k/a. MANATEE BAY APARTMENTS CORP.

(hereinafter "ORRC"), by and through the undersigned attorneys hereby files a Second

Amended Complaint, and sues Defendants, FRANKLIN BAY GENERAL CONTRACTORS,

INC. (hereinafter "FRANKLIN BAY"); THE GLIDDEN COMPANY d/b/a ICI PAINTS

(hereinafter "GLIDDEN"); AKZO NOBEL PAINTS, LLC (hereinafter "AKZO"); and  PPG

INDUSTRIES, INC. (hereinafter "PPG"), and alleges:

## GENERAL ALLEGATIONS

    1.    This is an action for money damages in excess of Fifteen Thousand Dollars

($15,000.00), exclusive of interest, costs and attorney's fees.

    2.    The claims giving rise to this action occurred in Palm Beach County, Florida.

3.      The Plaintiff, ORRC, is a Florida corporation, located and doing business in Palm Beach County, Florida.

4.      Defendant, FRANKLIN BAY, is a Florida corporation doing business in Palm Beach County, Florida, as a general contractor and as a painting contractor.

5.      Defendant, GLIDDEN, is a foreign corporation which at all times material hereto conducted business in Palm Beach County, Florida.

6.      Upon information and belief, the Defendant, THE GLIDDEN COMPANY, was conducting business under the name "ICI Paints". THE GLIDDEN COMPANY was purchased by AKZO NOBEL PAINTS, LLC. AKZO NOBEL PAINTS, LLC was then purchased by PPG INDUSTRIES, INC.

7.      Defendants, GLIDDEN, AZKO and PPG, are subject to the long arm jurisdiction in Florida given that these Defendants maintained sufficient minimum business contacts in the State of Florida by providing and selling painting material throughout the State of Florida and issuing warranties to Florida companies and other entities for the painting materials sold within the State of Florida.

8.      Defendants, GLIDDEN, AKZO and PPG, are jointly and severally liable for the actions and wrongdoings of GLIDDEN by virtue of the acquisition, assignment, purchase, sale and/or assumption of the assets and liabilities of GLIDDEN.

9.      Venue is proper in Palm Beach County, Florida, pursuant to Fla. Stat. 47.051, because the causes of action alleged herein accrued in Palm Beach County, Florida, and the apartment buildings, which are the subjects of this Second Amended Complaint, are located in Palm Beach County, Florida.

10.    All conditions precedent to the filing of this action have been performed, waived, or have been excused.

11.    Plaintiff has fully complied with Chapter 558, Florida Statutes.

12.    Despite due notice and ample opportunity, the Defendants failed to repair or otherwise resolve the claim, thereby necessitating that the Plaintiff resort to litigation to resolve the matters asserted in the written Chapter 558 notices.

### COUNT I
### BREACH OF CONTRACT
### (FRANKLIN BAY GENERAL CONTRACTORS, INC.)

13.    Plaintiff repeats the allegation contained in paragraphs 1 through 12 as if fully set forth herein.

14.    Plaintiff was the developer of the apartment complex known as Manatee Bay Apartment Homes.

15.    Plaintiff entered into a contract with Defendant, FRANKLIN BAY, on July 23, 2007. Said contract is attached hereto and marked **Exhibit A.**

16.    The contract between Plaintiff and Defendant, FRANKLIN BAY, obligated Defendant, FRANKLIN BAY, to pressure clean, seal, caulk and paint the exterior of the buildings in Manatee Bay.

17.    Under Paragraph 2 of the contract, Defendant, FRANKLIN BAY, agreed to perform the work "in good and workmanlike manner."

18.    Defendant, FRANKLIN BAY, breached the contract by failing to perform its obligations under the contract. The breach by Defendant, FRANKLIN BAY, includes, but is not limited to, improper preparation of painting surface, improper application of painting

materials and usage of defective materials, including defective paints.

19.    As a result of Defendant's, FRANKLIN BAY, breach, the paint on the exterior of almost all of the apartment buildings has failed. The failure includes, but is not limited to, excessive chalking causing the paint to change color from the original color of the paint as originally applied by Defendant, FRANKLIN BAY. Likewise, the paint has changed color from the original color chosen by Plaintiff.

20.    Given Defendant's, FRANKLIN BAY, breach, Plaintiff has suffered damages in that Plaintiff must repaint the buildings and pay a contractor for the repainting. Plaintiff has given Defendant, FRANKLIN BAY, the opportunity to take corrective action, but to date, Defendant, FRANKLIN BAY, has failed to avail itself of this opportunity.

21.    Plaintiff has been required to retain an attorney and has agreed to pay the attorney a reasonable fee for attorney's services. Plaintiff is entitled to recover attorney's fees from Defendant, FRANKLIN BAY, under Paragraph 18 of the attached contract.

WHEREFORE, the Plaintiff respectfully requests that this Court enter judgment for damages against Defendant, FRANKLIN BAY for all actual, compensatory, consequential and incidental damages, plus interest (prejudgment and post-judgment), costs, attorney's fees pursuant to paragraph 18 of the contract with the Defendant, FRANKLIN BAY, and such further relief as this Court deems just and proper.

## COUNT II
### BREACH OF EXPRESS WARRANTY
### (AGAINST THE GLIDDEN COMPANY d/b/a ICI PAINTS, AKZO NOBEL, LLC and PPG INDUSTRIES, INC.)

22.    Plaintiff repeats the allegation contained in paragraphs 1 through 12 as if

fully set forth herein.

23.    Defendant, FRANKLIN BAY, executed a contract on July 23, 2007 with Plaintiff. Said contract is attached hereto as **Exhibit A.**

24.    The contract between Plaintiff and Defendant, FRANKLIN BAY, obligated Defendant, FRANKLIN BAY, to pressure clean, seal, caulk and painting of the exterior of the buildings in Manatee Bay.

25.    Under Paragraph 8 of the contract, Defendant, FRANKLIN BAY, agreed to guarantee Owner against any loss or damage due to defects in workmanship or materials furnished under the contract. In addition, Addendum C to the contract included a separate "7 Year Limited Materials and Labor Warranty" from the Defendant, GLIDDEN d/b/a ICI Paints dated June 6, 2007. Also, Defendant, GLIDDEN d/b/a ICI Paints, issues an additional warranty to Plaintiff dated January 25, 2008. See **Exhibit C.** In addition, page 7 of **Exhibit B** confirms the aforesaid 7 year warranty. See Addendum C to the contract which is separately marked as **Exhibit B** hereto.

26.    The paint on the exterior of the buildings has failed. Such failure includes, but is not limited to, excessive chalking of the paint and the substantial changing of the color of the paint due to defects in workmanship or material furnished under this contract.

27.    Defendant, GLIDDEN, breached its obligations under **Exhibit B** by failing and refusing to honor and abide by the terms of said 7 year Material and Labor Warranty.

28.    Under the warranty issued by Defendant, GLIDDEN, to Plaintiff, Defendant, GLIDDEN, agreed to cover materials (coatings) and labor for repainting of any failed area.

29.    The entire exterior areas of the buildings in the complex are "failed areas." The

failures of the painted area, includes, but is not limited to, excessive chalking of the paint and the paint on those buildings, as supplied by Defendant, GLIDDEN, turning into a substantially different color than the color when the paint was first applied and the color is not the original color chosen by the Plaintiff.

30.     The failed areas on the affected buildings in the complex are directly caused by defective materials and paint provided by Defendant, GLIDDEN.

31.     Defendant, GLIDDEN, has breached the warranty by failing to provide labor and materials for repainting of the failed areas within the seven (7) year warranty period.

32.     Plaintiff has notified Defendant, GLIDDEN, that Plaintiff is enforcing the terms of the warranty issued by Defendant, GLIDDEN; however, Defendant, GLIDDEN, has refused to uphold the terms of the warranty.

33.     As a direct, proximate and forseeable result of the breach of said 7 year warranty by GLIDDEN, the Plaintiff has suffered substantial damages in that the Plaintiff must repaint the buildings and pay a contractor for the repainting.

34.     Defendants, GLIDDEN, AKZO and PPG, are jointly and severally liable for the breaches and wrongdoings of GLIDDEN by virtue of the acquisition, assignment, transfer, purchase, sale and/or assumption of the assets and liabilities of GLIDDEN.

35.     Plaintiff has been required to retain an attorney and has agreed to pay the attorney a reasonable fee for services rendered.

WHEREFORE, the Plaintiff respectfully requests that this Court enter judgment for damages against Defendants, GLIDDEN, AZKO and PPG for all actual, compensatory, consequential and incidental damages, plus interest (prejudgment and post-judgment), and

court costs and such further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via E-Mail to Richard B. Doyle, Esquire, Loughren and Doyle, P.A., 506 Southeast 8th Street,

Ft. Lauderdale, FL 33316; pleadings@loughren-doyle.com this ___ day of November, 2013.

> SACHS SAX CAPLAN
> Attorneys for Plaintiff
> 6111 Broken Sound Parkway, Suite 200
> Boca Raton, Florida 33487
> Telephone: (561) 994-4499
> Facsimile: (561) 994-4985
> Email: jkenwood@ssclawfirm.com
>
> /s/ Joel D. Kenwood
>
> By: _____
>     Joel D. Kenwood
>     Florida Bar No.: 254487

Subcontractor: __Franklin Bay General Contractors, Inc.__
Trade: __Exterior Painting__
Contract No. __MB - 022220__
Page No. __1 of 18__

CITY/STATE LICENSE:  _____

~~OCCUPATIONAL LICENSE:~~ _____

INSURANCE CERTIFICATE: _____

## CONSTRUCTION AGREEMENT

THIS AGREEMENT, made this _23rd_ day of _July_ _____, 2007, between ORRC ENCUMBRANCE CORP., (hereinafter referred to as "Owner") whose address is, 1062 CORAL RIDGE DRIVE, CORAL SPRINGS, FL 33071 • PHONE (954) 340-4904 • FAX (954) 344-4608 and FRANKLIN BAY GENERAL CONTRACTORS, INC. (hereinafter referred to as "Subcontractor") whose address is 4407 VINELAND ROAD, SUITE D-11, ORLANDO, FL 32811 • PHONE (407) 660-0264 • FAX (407) 660-8249, Whereas Owner is carrying out the Exterior Painting of MANATEE BAY APARTMENT HOMES a 180 units multi-family apartment complex, consisting of (16 ) Apartment Buildings, (1) Leasing Center, (1) Mailbox center, (1) Clubhouse, (1) Pool / Spa Area, (1) Dumpster Enclosure, (4) Columns, (4) Gazebo Picnic Area, (1) Perimeter Wall, all Planter Walls, all Patio Privacy Walls, all Gutters and Downspouts and all Decorative Wood Pop-Outs located at 1632 NORTH FEDERAL HIGHWAY, BOYNTON BEACH, FL 33426.

Owner and Subcontractor further agree as follows:

1. **CONTRACT PRICE.** The total contract price to be paid for all work to be done under this Subcontract Agreement including all taxes and charges thereon of any nature whatsoever, shall be ONE HUNDRED THOUSAND FIVE HUNDRED NINE DOLLARS and 00/100 ($100,509.00).

2. **WORK COVERED AND SUBCONTRACTOR'S PERFORMANCE STANDARD.** Subcontractor agrees to perform in good and workmanlike manner, and to furnish all labor, materials, supplies, services, machinery, tools and other facilities of every description required for the prompt and efficient execution of the work as outlined herein. All materials shall be new unless otherwise specified by Owner. Subcontractor shall provide at its own cost all required permits, licenses and similar documents necessary or convenient to performance hereunder.

The work to be performed hereunder shall be the completion of PRESSURE CLEANING, SEALING, CAULKING, EXTERIOR PAINTING AND ALL RELATED WORK (the "Subcontract Work") as more completely shown on the plans and specifications dated as per Addendum A and all amendments thereto, applicable government laws, ordinances and regulations, including requirements of the United States Occupational Safety and Health Act, and special conditions as listed below:

3. **PLANS, SPECIFICATIONS AND GOVERNMENTAL REQUIREMENTS.** Subcontractor shall furnish all labor, materials and services reasonably required to complete the Subcontract Work in conformance with the Contract Documents, whether or not such labor, materials or services are specifically mentioned in the Plans or Specifications. The Plans and Specifications are intended to supplement each other, so that any work shown in either and not mentioned in the other are to be executed the same as if they were mentioned and set forth in both. In the event of any inconsistency between the plans and the specifications, then the specifications shall govern. In the event of any discrepancies between the plans and specifications on the one hand and this Agreement, including exhibits and any other documents incorporated herein by reference, this Agreement shall govern. Should there be any inconsistency between the plans and specifications on the one hand and this Agreement, including the exhibits, drawings and details mentioned herein, this Agreement shall govern. Should there be any inconsistency between the plans and the specifications, then the specifications shall govern. Should there be any discrepancies between

MANATEE BAY APARTMENT HOMES

Owner: _____

Subcontractor: _____

Exhibit A

| Subcontractor: | Franklin Bay General Contractors, Inc. |
| Trade: | Exterior Painting |
| Contract No. | MB - 022220 |
| Page No. | 2 of 18 |

this Agreement and the plans and/or specifications on the one hand and the ordinances, laws, rules, regulations, specifications and requirements of the governmental agencies, then the ordinances, laws, rules, regulations, specifications and requirements of the governmental agencies shall govern. Owner assumes no liability for failure of this Agreement and/or the plans and/or specifications and requirements of any or all of the governmental agencies, and Subcontractor acknowledges that it is familiar with the same. The work to be performed and/or materials to be furnished are to be in accordance with the same irrespective of the provisions of the Agreement and/or the plans and/or specifications.

4.  **TIME FOR PERFORMANCE.** Subcontractor agrees to commence the work herein within seven (7) days of notice from Owner, and to perform said work in a prompt and diligent manner. Time is of the essence of this Agreement. Owner may, to ensure the uninterrupted progress of the project, change the time or order of exterior painting, in which case Subcontractor will proceed in accordance with such schedule as amended.

4.1 TIME FOR PERFORMANCE (SPECIFIC)

Subcontractor agrees to follow the Owner's direction of four buildings at a time during the completion of all pressure cleaning, sealing, caulking and exterior painting. I.e. Clubhouse and Bldg. 1 shall be fully pressure cleaned before starting pressure cleaning of adjacent buildings ( 2 & Trash Compactor).

The Owner will inspect buildings within five (5) working days of notification. In order to maintain a good working schedule, progression of the work must continue beyond one zone at a time; therefore, pressure washing will be permitted in the next scheduled zone, while work of the previous zone is completed.

Zone One
Leasing Center                  1632 North Federal Highway
Bldg. # 1                       633 – 644 Manatee Bay Drive
Bldg. # 2                       609 – 620 Manatee Bay Drive
Dumpster                        Between Buildings 2 & 3
Monument Signs, Columns and Perimeter Wall

Zone Two
Bldg. # 3                       621 – 632 Manatee Bay Drive
Bldg. # 4                       645 – 656 Manatee Bay Drive
Bldg. # 5                       657 – 668 Manatee Bay Drive
Storage                         Between Buildings 5 & 6
Bldg. # 6                       671 – 682 Manatee Bay Drive

Zone Three
Bldg. # 7                       683 – 694 Manatee Bay Drive
Bldg. # 8                       695 – 704 Manatee Bay Drive
Clubhouse                       Between Buildings 8 & 9
Pool & Spa                      Between Buildings 8 & 9
Bldg. # 9                       707 – 718 Manatee Bay Drive
Bldg. # 10                      739 – 750 Manatee Bay Drive

Zone Four
Bldg. # 11                      751 – 762 Manatee Bay Drive
Bldg. # 12                      779 – 790 Manatee Bay Drive
Bldg. # 13                      771 – 778 Manatee Bay Drive
Bldg. # 14                      763 – 770 Manatee Bay Drive

Zone Five
Bldg. # 15                      727 – 738 Manatee Bay Drive
Bldg. # 16                      719 – 726 Manatee Bay Drive
Gazebo                          Adjacent to Building 16

5.  **INSPECTION OF JOB SITE.** Prior to commencement of performance, Subcontractor agrees to inspect the premises in their entirety, including all installations made and services performed, and in each instance Subcontractor agrees that by commencing such performance he accepts the then condition of the premises as being satisfactory and consonant with full performance hereunder. Owner agrees to make available to Subcontractor all relevant, available

MANATEE BAY APARTMENT HOMES

Owner:

Subcontractor:

Subcontractor:     Franklin Bay General Contractors, Inc.
Trade:                                                        Exterior Painting
Contract No.                                                 MB - D22220
Page No.                                                          3 of 16

engineering studies and Subcontractor agrees to review all such studies as appropriate. If the condition of the premises prior to commencement of performance does not meet with the satisfaction of Subcontractor, it agrees to immediately give detailed notice of such fact in writing and a failure to do so will be deemed a breach by Subcontractor and the condition of the premises will not thereafter excuse full performance hereunder.

6. **INSPECTION OF WORK.** Work will be subject to inspection and approval by the Owner and all applicable governmental authorities. Subcontractor, at its own cost, shall perform such labor and install such materials as are necessary to pass inspection and satisfy the requirements of such agencies, and shall be responsible for seeing that such work is timely inspected by all appropriate agencies.

7. **CLEANLINESS.** Subcontractor shall maintain its work in a neat and orderly fashion and shall remove from the job site all surplus waste and debris resulting from the performance of its undertaking hereunder, and shall leave the job site in a broom-clean condition. In the event of Subcontractor's failure to do so, the Owner may cause the same to be done and charge the cost to the Subcontractor.

8. **DEFECTS IN WORKMANSHIP OR MATERIALS.** Subcontractor hereby guarantees Owner against any loss or damage due to defects in workmanship or materials furnished under this contract. Upon notification of defects from Owner, Subcontractor shall within 72 hours with due diligence, at his own expense, correct any defect in the work or materials. Upon failure of the Subcontractor to correct such defects Owner may, at Subcontractor's expense, furnish materials and/or labor to bring the work and materials up to the required standard. Owner shall submit to Subcontractor in writing a demand for payment of all costs incurred. These costs shall include all costs and attorney fees incurred by the Owner in connection with any litigation or other efforts which relate to the correction of any defect in materials or poor workmanship, including removal and replacement of defective materials furnished by the Subcontractor.

Subcontractor hereby agrees that for a period of one (1) year after the recording of the Notice of Completion for the last improvement contemplated by the General Contract, or for a period of one (1) year from the date of occupancy, whichever date is later, Subcontractor, upon notice from Owner, shall without delay and at its own cost cure and correct any defect in material or work performed under this Subcontract. Subcontractor shall bear all costs and expenses arising from such defects, including the repair or replacement of work or installation of Owner or any other Subcontractor damaged by such defect.

9. **INDEMNITY.** Subcontractor shall indemnify and hold Owner harmless against all claims for damages to persons or property arising out of Subcontractor's execution of the work covered by this Subcontract, and any and all costs, expenses, attorneys fees and liability incurred by Owner in defending against such claims, whether the same proceed to judgment or not, and Subcontractor, at its own expense, agrees upon written request from Owner, to defend any suit or action brought against Owner arising there from. All warranties from manufacturers or material men on materials used by Subcontractor shall be secured for the benefit of Owner and assigned and delivered to Owner prior to final payment.

10. **PROGRESS PAYMENTS.** Provided Subcontractor is not then in default, Subcontractor shall be entitled to receive progress payments subject to the attached Draw Schedule dated _Jul.-28-07_. All progress payments shall be subject to a ten percent (10%) retention by Owner, which shall be paid to Subcontractor as a final payment forty-five (45) days after the entire project has been completed and after the Subcontractor has complied with all of the provisions of chapter 713 of the Florida Code Statutes.

As a condition to payment, Owner may require:

    A.    Material and labor lien releases from all persons and entities supplying material, labor or services to or for the work done by Subcontractor. Such releases to be on forms provided by Owner and subject to Owner's reasonable approval.

    B.    Inspection approvals by any applicable governmental authorities.

    C.    Evidence reasonably satisfactory to Owner, that any legitimate complaints involving Subcontractor's work have been corrected by Subcontractor.

MANATEE BAY APARTMENT HOMES

Owner:

Subcontractor:

Case 6:13-bk-08905-CCJ    Doc 30-2    Filed 08/18/14    Page 11 of 48

Subcontractor: ___Franklin Bay General Contractors, Inc.___
Trade: ___Exterior Painting___
Contract No. ___MB - 022220___
Page No. ___4 of 16___

D.    All applicable insurance binders.

Owner may withhold from any monies payable to Subcontractor a sum sufficient to pay in full all outstanding claims, obligations or liabilities of Subcontractor. All payments are received by Subcontractor in trust and as bailee for the sole and express use and purpose of paying all costs and charges for labor and/or materials performed and/or used in connection with the Subcontract Work if they have not been paid, and no title to such payments shall vest in Subcontractor until all such charges and costs have been fully paid and proper release secured therefore. Subcontractor shall promptly pay all valid bills and charges for his materials, labor or otherwise, and shall hold the property and Owner free and harmless from any liens for labor and/or material. Should any lien be filed against the property or should Owner receive notice of any valid unpaid bill or charge, Owner will have the right, at its option, of paying such bill or charge and deducting the amount from sums due Subcontractor. Any progress payments shall not be construed as an acceptance of any of Subcontractor's work.

11. PAYMENTS ON BEHALF OF SUBCONTRACTOR.  Upon Subcontractor's default, Owner reserves the right to make payment on behalf of Subcontractor directly to persons or other entity supplying labor, materials or supplies, or to any labor union, health, welfare or pension funds covered by this Subcontract. In the alternative, Owner may make payment to Subcontractor in the form of a check made payable jointly to Subcontractor and such persons or entities. All amounts so paid shall be deemed an advance to Subcontractor on this Subcontract and shall not make Owner the employer of such labor.

12. LABOR UNION AGREEMENT.  Subcontractor covenants that it is a party in good standing to an executed current agreement with all appropriate unions having work and territorial jurisdiction.  Subcontractor further agrees all job site work which it subcontracts shall be subcontracted to a Subcontractor that is a party to an agreement as aforesaid.

13.    DEFAULT.  In addition to those instances of default otherwise set forth in this Agreement, Subcontractor shall be in default hereunder if:

A.    Subcontractor fails to furnish sufficient workmen or material to perform at the time and pace prescribed by Owner, or fails to cooperate with Owner, or interferes with or damages the work of any other Subcontractor on the project, or;

B.    A strike, work stoppage, picket line, or other labor disturbance at the construction site has occurred or is threatened by reason of a dispute directly or indirectly involving Subcontractor, or;

C.    Subcontractor fails or is about to fail to pay for any labor, material or services supplied in connection with the work covered by this Subcontract, or a mechanic's or material man's lien is recorded against any part of the project.

14.    OWNER'S REMEDIES.  When Subcontractor is in default, Owner may serve Subcontractor written notice thereof and require Subcontractor to cure such default within twenty-four (24) hours thereafter, or to satisfy Owner of its ability to do so within a time acceptable to Owner. If such default is not cured or Owner is not so satisfied as aforesaid, Owner may declare this Contract terminated. Owner may contract with other Subcontractors to correct such default and to complete the performance required under this Construction Agreement for the account of Subcontractor, and Owner may charge and obligate Subcontractor for the costs and expenses thereof and for all damages suffered by Owner. Any notice given hereunder is voluntary.

15.  INSURANCE.

A.  Before commencing the work and until completion and final acceptance of the work, Subcontractor shall procure & maintain, at its own expense, at least the following insurance coverage as determined by Owner:

(1)  Worker's Compensation insurance to cover statutory limits of the Worker's Compensation laws of the state of operations and Employer's Liability coverage in limits not less that $100,000 for each accident and

MANATEE BAY APARTMENT HOMES

Owner: _____
Subcontractor: _____

| | |
|---|---|
| Subcontractor: | Franklin Bay General Contractors, Inc. |
| Trade: | Exterior Painting |
| Contract No. | MB - 022220 |
| Page No. | 5 of 18 |

$100,000 for each disease for each employee, with $500,000 disease policy limit.

(ii)  *** Not Applicable ***
Owner's Protective Liability, on an occurrence basis naming the Owner, as additional insured. Such coverage will specifically insure liability arising from the operations of the Subcontract Work. The insurance required in this subparagraph shall have limits of liability not less than $1,000,000 combined single limit for Bodily Injury, Personal Injury and Property Damage Liability.

(iii)  Comprehensive General Liability or Commercial Liability on an occurrence basis for hazards, including, but not limited to: (1)Premises-Operations; (2)Elevator and Escalators; (3)Independent Owners; (4)Products and Complete Operation including coverage for explosion, collapse and underground hazards (with Complete Operations coverage to remain in force for two (2) years following the date of acceptance of the Work by Owner); (5)Contractual Liability (either designating this Agreement or written "Blanket" designating all written and oral contracts related to the work); (6)Personal and Bodily Injury (including death) Liability; and, (7)Incidental Malpractice coverage for first aid staffs. Such Comprehensive General Liability insurance must be endorsed with a Broad Form CGL Endorsement and a Broad Form Property Damage Endorsement (including Completed Operations). The Owner will be named as additional insured. The Contractual Liability coverage must be endorsed so that all exclusions relating to water craft, railroad property, products and completed operations and explosion, collapse and underground hazards are deleted. The insurance required by this subparagraph shall have Coverage limits not less than $1,000,000 combined single limit for Bodily Injury Liability, Property Damage Liability and Personal Injury Liability each occurrence per aggregate.

(iv)  Automobile Liability Insurance covering all owned, non-owned, and hired automobiles used in connection with the Subcontract Work with the minimum limits of $1,000,000 combined single limit for Bodily Injury Liability and Property Damage Liability, each person, each occurrence.

B.  ALL INSURANCE POLICIES SHALL BE WRITTEN SO AS TO PROVIDE INSURANCE COVERAGE ON A PER "OCCURRENCE" BASIS RATHER THAN ON A "CLAIMS MADE" BASIS.

C.  *Owner shall be named as "Additional Insured" under these policies of Insurance, and shall provide Owner with 2010, or equivalent attached to the certificate of Insurance.*

D.  Before commencing work, Subcontractor shall have his insurance company or companies (as acceptable to Builder) execute a Certificate of Insurance indicating that the above insurance is in force, stating policy numbers, dates of expiration, and limits of liability thereunder, and further expressly providing that insurance will not be canceled, changed or expire until at least thirty (30) days after written notice of such cancellation, change, or expiration has been received by Owner. Failure to send such certificate shall not invalidate the requirements of Section 14.

E.  SUBCONTRACTOR SHALL NOT BE ENTITLED TO MOVE HIS EQUIPMENT OR FORCES ON TO THE SITE OR BEGIN PERFORMANCE OF THE WORK UNDER THIS AGREEMENT UNTIL PROPERLY EXECUTED CERTIFICATES OF INSURANCE ARE RECEIVED BY BUILDER.

F.  It is expressly agreed that the Subcontractor shall obtain Contractual Liability Coverage to insure Subcontractor's obligations under this Construction Agreement.

G.  In the event of a loss insured under this Section, Subcontractor shall be bound

MANATEE BAY APARTMENT HOMES

Owner:

Subcontractor:

| Subcontractor: | Franklin Bay General Contractors, Inc. |
| Trade: | Exterior Painting |
| Contract No. | MB - 022220 |
| Page No. | 6 of 18 |

by any adjustment which shall be made between Owner and the insurance company or companies. Loss, if any, shall be made payable to or Owner, as their interest may appear, for the account of whom it may concern.

16. **PERFORMANCE BONDS.** *** Not Applicable ***
Owner may, at Owner's option, require Subcontractor to provide a performance bond in the amount of the total contract price. The cost of the premium for such bond, to the extent of the ordinary premium, shall be paid by Owner but any additional premium or charge which Subcontractor is required to pay to obtain such bond shall be at Subcontractor's expense.

17. **ASSIGNMENT.** This Agreement shall inure to the benefit of the Owner and to all successors, assigns or others claiming under or through them. No undertaking hereunder may be subcontracted by Subcontractor, nor may this Agreement be assigned in whole or in part by Subcontractor without the prior written consent of Owner.

18. **ATTORNEYS' FEES.** Subcontractor agrees to pay and reimburse Owner and all others having an interest therein for any and all reasonable attorneys' fees and court costs which may be paid or incurred, growing out of or caused by the Agreement or performance hereunder, whether in defense of any suits or proceedings against Subcontractor or any of it's workmen or suppliers of materials, or any other matter in connection therewith, or in the prosecution of any suit or suits against Subcontractor and/or material men or sureties.

19. **CHANGE ORDERS AND EXTRAS.** Owner may at any time prior to the project's completion require any change in the specifications without voiding this Construction Agreement. The total contract price as stated in Paragraph 1 shall be accordingly adjusted. No work done or materials furnished of any description, whether growing out of changes, omissions, additions or otherwise shall be considered as extra, not paid for as extra unless Owner shall have approved the same, including any increase in Contract Price relating thereto, in writing prior to the commencement of such work or the furnishing of such materials. All such extras as approved, if any, shall be done under and subject to all of the provisions of this Agreement, and payment for any such additional charges for extras shall be subject to the provisions of Paragraph 10 hereof. Any deviation from this paragraph shall not constitute a waiver of same and Owner shall have the right to enforce same thereafter.

20. **CHANGES - NOTICE.** Any notices required to be given by either party to the other, hereunder, shall be in writing and shall be deemed given, forty-eight (48) hours after mailing via standard overnight delivery, and addressed to the parties at the addresses shown below under their signatures (or to such other addresses as they may specify). Any notice delivered shall be deemed given on the date delivered.

21. **JURISDICTION.** This Agreement shall be deemed to have been entered into in Coral Springs, Florida.

22. **SOLE AND ONLY AGREEMENT.** This instrument contains the sole and only Agreement of the parties relating to the Subcontract Work and correctly sets forth the rights, duties and obligations of each to the other in connection therewith, and as of its date. Any prior agreements, promises, negotiations, or representations not expressly set forth in this Agreement are of no force or effect. This Agreement may only be changed or amended by a writing signed by both parties.

23. "ADDENDUM A". (See Attached)

24. "ADDENDUM B". (See Attached)

MANATEE BAY APARTMENT HOMES

Owner:

Subcontractor:

Subcontractor: __Franklin Bay General Contractors, Inc.__
Trade: __Exterior Painting__
Contract No. __MB - 022220__
Page No. __7 of 16__

IN WITNESS WHEREOF, the parties have executed this Agreement the day and year first

written above.

OWNER:

ORRC ENCUMBRANCE CORP.

BY:

Danny Owens
Vice President
Florida Property Services

(954) 340-4904 Phone
(954) 344-4606 Fax

SUBCONTRACTOR:

FRANKLIN BAY GENERAL
CONTRACTORS, INC.

BY:

MANATEE BAY APARTMENT HOMES

Owner:

Subcontractor:

Subcontractor:   Franklin Bay General Contractors, Inc.
Trade:                          Exterior Painting
Contract No.                       MB - 022220
Page No.                              8 of 16

## "Addendum A"

Construction Agreement between ORRC ENCUMBRANCE CORP. (OWNER) and FRANKLIN
BAY GENERAL CONTRACTORS, INC. (SUBCONTRACTOR); dated

JOB: MANATEE BAY APARTMENT HOMES, 1632 NORTH FEDERAL HIGHWAY, BOYNTON
BEACH, FL 33435.

Subcontractor shall be responsible for but not limited to the following:

I    PLANS AND SPECIFICATIONS

A. Plans entitled "Site Plan" by Parker Yannette Design Group, 900 US Highway One, Suite
104, Jupiter, FL 38477

| ARCHITECTURAL:<br>SHEET | DESCRIPTION | LATEST<br>REVISION |
|---|---|---|
| SP-1 | Site Plan | 01/18/99 |
| SP-2 | Site Plan | 01/18/99 |

B. Property Map.

II. GENERAL

2.01   SCOPE OF WORK

A. Subcontractor shall provide all labor, materials, equipment, incidentals and
supervision necessary and required but not limited to furnish and install   A
COMPLETE PRESSURE CLEANING, SEALING, CAULKING, EXTERIOR PAINTING
AND ALL RELATED WORK PACKAGE for 180 Apartment Units, consisting of (16 )
Apartment Buildings, (1) Leasing Center, (1) Mailbox center, (1) Clubhouse, (1) Pool
/ Spa Area, (1) Dumpster Enclosure, (2) Monument Signs, (4) Columns, (1) Gazebo
Picnic Area, (1) Perimeter Wall, all Planter Walls, all Patio Privacy Walls, all Gutters
and Downspouts and all Decorative Wood Pop-Outs. Scope of work further described
in Addendum A III. SCOPE OF WORK "SPECIFIC".

2.02   QUALITY AND SAFETY ASSURANCE

A. Use adequate numbers of skilled workmen who are thoroughly trained and
experienced in the necessary crafts and who are completely familiar with the
specified requirements and the methods needed for proper performance of the work
of this Section.

B   Codes and Regulations:

1. In addition to complying with the specified requirements, comply with pertinent
regulations of governmental agencies having jurisdiction. This work shall be
done without additional cost to the Owner, except in the case of an Owner
directed revision for work other than that which is contained in the Plans and
Specifications.
2. In the event of conflict between or among specified requirements and pertinent
regulations, the more stringent requirement will govern when so directed by the
General Owner.

C. Subcontractor shall apply and pay for all business licenses.

D. Subcontractor shall provide to Owner, all necessary licenses as required by the
county and/or city in which work is being performed.

E. Subcontractor shall pay for any and all applicable taxes.

F. Subcontractor shall coordinate all required inspections for work performed under this

MANATEE BAY APARTMENT HOMES

Owner:
Subcontractor:

Contract. Any re-inspection fees shall be paid by the Subcontractor.

G. All defective work performed by Subcontractor will be repaired or replaced by Subcontractor within 72 hours. Owner to determine defective workmanship. Repair or replacement of work is Subcontractor's sole financial responsibility.

H. Subcontractor shall at all times respect the work of other crafts and take all necessary precautions to avoid damaging such work. If such work is damaged by Subcontractor, repairs shall be made at Subcontractor's expense.

I. Commencement of work shall constitute Subcontractor's acceptance of the preceding Subcontractors' work. If preceding Subcontractors' work is unacceptable, Subcontractor shall not proceed, and shall notify Owner.

J. Any questions pertaining to the plans and specifications noted in Section I, Plans and Specifications, shall be directed to the Owner.

K. Subcontractor shall provide for his own clean up pertaining to his trade and maintain a neat, safe and orderly job site daily with removal of all trash, containers and construction materials including building interiors, patios, landings, etc. Building interiors and "under roof" areas are to be broom swept daily after Subcontractor's work. All trash and construction materials will be placed by Subcontractor in designated trash dumpster locations on site. Clean up acceptance will be at the sole discretion of Owner. Upon Owner's request, Subcontractor shall clean job site within 24 hours. Should Subcontractor fail to comply, Owner reserves the right to clean job site at Subcontractor's expense.

L. Subcontractor to provide and be responsible for all necessary safety equipment and devices as required by OSHA including but not limited to: hard hats, footwear, ladders, safety railing, safety support straps, first aid kits, etc.

M. No radio playing shall be allowed on job site.

N. No smoking is allowed in buildings.

2.03 **SUBMITTALS**:

A. Product Data: Within 30 calendar days after the Owner has received the Owner's Notice to Proceed, submit:

1. Shop drawings, show exact layout of work. If all components parts of the system are shown on the drawings and all work shall be performed in accordance with the project drawings and specifications, then provide a written certification making this statement in lieu of the shop drawings.

B. Subcontractor shall provide Owner with copies of material specifications. Owner will incorporate all material specifications to the contract in the form of "ADDENDUM C"

III. **SCOPE OF WORK (SPECIFIC)**

A. It is the intent of this agreement to have the Subcontractor provide <u>A COMPLETE PRESSURE CLEANING, SEALING, CAULKING AND EXTERIOR PAINTING AND ALL RELATED WORK PACKAGE.</u> This Subcontractor shall provide all labor, tools, material, equipment, taxes, insurance, permits, and services required to complete this scope of work pursuant to the contract documents and all governing authorities having jurisdiction over the project including but not limited to the following:

1. Subcontractor shall provide finish coats that are compatible with prime paints used. Review other sections of specifications in which prime paints are to be provided to ensure compatibility of total coating system. Provide barrier coats if necessary over incompatible primers or remove and re-prime as required.

2. Subcontractor is to bring to the Owner's attention any discrepancies, conflicts etc. prior to the start of any work covered by this contract scope, notifying him of any discrepancies in the plans and/or specifications or problems with existing work in place.

MANATEE BAY APARTMENT HOMES

Owner:

Subcontractor:

Subcontractor: <u>Franklin Bay General Contractors, Inc.</u>
Trade: <u>Exterior Painting</u>
Contract No. <u>MB - 022220</u>
Page No. <u>10 of 16</u>

The Subcontractor is to ensure that all such discrepancies are resolved prior to the start of his work. By starting his work, the Subcontractor is acknowledging that he accepts the plans and specifications, as well as all existing work in place and as such, any errors in his application resulting from his failure to follow the procedures set forth above. This will result in the Subcontractor bearing the cost of any repairs required to complete his application.

3. Subcontractor is responsible for ensuring that any paint or stain applied is placed in accordance with the manufacturer's stated guidelines with special attention being paid to application requirements during extreme weather conditions, e.g., cold, humid, and wet weather, etc.

4. Subcontractor will not water down or thin any paint or stain to be applied to any finish surfaces on this job beyond the amount approved by the material supplier. All paint and stain applied by this subcontractor is to be as it originally comes out of the can, displaying manufacturers packaging labels, unless otherwise specified.

5. Subcontractor acknowledges that the Owner maintains a right to have the materials and method of application provided by this installer tested at any time throughout the course of the work. In the event that his applications or materials are found to be unacceptable, then this subcontractor shall repair or replace his work to the Owner's satisfaction at no additional cost to Owner and pay for any re-testing that may be required.

6. In the event that this subcontractor, without notifying and gaining prior written approval from Owner, effects any changes in the materials that have been specified, he will be liable for all expenses incurred to repaint and re-strain as required by Owner, any areas where incorrect material was applied.

7. Subcontractor shall ensure that all paint applied by him is in accordance to ICI's material specifications and is applied in such a fashion that the surface receiving the paint shall be fully covered with a paint film that is of uniform finish, color and appearance, including edges, corners, crevices, welds and fasteners, to the satisfaction of Owner

8. It is the responsibility of this subcontractor to ensure that all paint touch-up matches the paint originally installed, in the event that a problem occurs regarding the failure of the paint to match during the touch-up, this subcontractor will bear any costs incurred to correct the problem including the cost of repair to any related trades' installations. Due to the paint colors selected by Owner, some paint colors may take up to 60 days to fully cure and weather.

9. Subcontractor shall submit, in writing, the names of all proposed manufacturers and a complete list of all products intended for use, including identifying product names and catalog numbers.

10. After inspection and acceptance of surfaces to be painted, all paint surfaces are to be properly prepared to receive paint by this subcontractor to provide a uniform finish.

11. Exterior stucco to receive paints with full body 100% coverage using proper primer or pre-treat as necessary.

12. Caulk stucco bands are to receive a coating of water proofing sealer with proper primer or pre-treat as required by manufacturer specifications. Exterior caulking to be compatible with the sealer.

13. At all areas where gaps exist between similar or dissimilar materials, caulk with approved sealant.

14. Subcontractor shall not paint over efflorescence, dirt, dust, rust, chalk, scaia, grease, oil, moisture or conditions otherwise detrimental to formation of a durable paint finish. Perform preparations and cleaning procedures in accordance with paint manufacturer instructions.

15. This subcontractor acknowledges that as part of his preparation process prior to the installation of exterior paint applications, he shall caulk, seal, spackle, bond, and/or

MANATEE BAY APARTMENT HOMES

Owner:
Subcontractor:

putty and shall sand smooth all of these surfaces as required to close tight all corners, joints, nicks, tears, nail holes, spurs, knot holes, cracks and dents.

16. Touch-up and restore finish, to point where finish work is free of brush marks, streaks, run laps, holidays or any other unsatisfactory finish, to the satisfaction of Owner. Spot painting allowed only when touch-up spot will blend into surrounding finish invisible to normal viewing

17. This subcontractor will correct any items on Owner's punch list.

18. Upon completion of painting work clean all splattered and over sprayed surfaces, by proper methods, using care not to damage finished surface.

19. At completion of the job, the subcontractor will provide Owner with (unopened and appropriately marked) one (1) five-gallon can for each type of paint used on this project at no additional expense to Owner.

20. Subcontractor shall properly Prepare, Caulk, Patch and Paint the following specific areas:

    20.1   All Apartment Building Exteriors (except pre-finished items) including trim.
    20.2   All Horizontal and Vertical Stucco and Masonry Surfaces.
    20.3   Gutters and Down Spouts.
    20.6   Eyebrows
    20.7   Wood Fascia
    20.8   Decorative and Wood Pop-Outs
    20.9   Exterior Utility (electrical, plumbing, telephone, HVAC) Boxes, Covers.
    20.10  Conduit Piping.
    20.11  Banding
    20.13  Metal Flashing.
    20.14  Balcony Walls and Ceilings.
    20.15  Breaker Panels as required by Owner.
    20.16  Any other items which require field painting.
    20.17  Clubhouse
    20.19  Dumpster
    20.20  Gazebo
    20.21  Leasing Center
    20.22  Mailbox Center
    20.23  Maintenance Building
    20.24  Patio Privacy Walls
    20.25  Planter Walls
    20.26  Pool Area
    20.27  Monument Signs, Columns, etc.
    20.28  Entrance / Perimeter Wall

### MATERIAL SPECIFICATIONS:

Specifications for 180 apartment units, (16) Apartment Buildings, (1) Leasing Center, (1) Mailbox center, (1) Clubhouse, (1) Pool / Spa Area, (1) Dumpster Enclosure, (2) Monument Signs, (4) Columns, (1) Gazebo Picnic Area, (1) Perimeter Wall, all Planter Walls, all Patio Privacy Walls, all Gutters and Downspouts and all Decorative Wood Pop-Outs, utilizing |C| Paints and in accordance to owner's detailed specifications listed below:

#### A. Surface Preparation

1. *General*

    1.1   Subcontractor shall thoroughly wash all surfaces to be painted. Washing to be completed under high pressure incorporating a solution of water and TSP to completely remove all dirt, dust, chalking, grime and loose flaking paint to avoid eye or skin irritation.

    1.2   Subcontractors shall not paint any surface that is not clean and dry.

MANATEE BAY APARTMENT HOMES

Owner:
Subcontractor:

Subcontractor:     Franklin Bay General Contractors, Inc.
Trade:     Exterior Painting
Contract No.     MB - 022220
Page No.     12 of 16

1.3   Subcontractor shall ensure that all surfaces are free of any foreign material, which may adversely affect adhesion or appearance of applied coating.

## 2.   Ferrous Metals

2.1   Subcontractor shall ensure that all previously painted surfaces are thoroughly cleaned free of dirt and/or other contaminates.

2.2   Subcontractor shall remove all loose or peeling paint by scraping, sanding and/or wire brushing.

2.3   Subcontractor shall remove all rust spots by sanding and wire brushing.

2.4   Subcontractor shall dull hard or glossy paints by sanding to insure maximum adhesion.

## 3.   Wood (Wood Beams, Siding & Trellis)

3.1   Subcontractor shall fill nail holes and small cracks prior to painting.

3.2   Subcontractor shall wash with water and/or other solutions all dirt, chalk, mildew and other contaminates.

3.3   Subcontractor shall sand all loose or peeling paint to provide maximum adhesion.

3.4   Subcontractor shall dull hard or glossy paints by sanding to insure maximum adhesion.

3.5   Subcontractor shall caulk any openings that allow water intrusion with ICI Ultra Seal 45 year Latex Silicone Sealant # 21875, to prevent water or moisture from getting behind the paint film.

## 4.   Galvanized Metal Gutters & Flashing

4.1   Subcontractor shall ensure that all galvanized metal gutters & flashing are thoroughly cleaned free of dirt and/or other contaminates.

4.2   Subcontractor shall ensure that all bare or new galvanized metal is solvent cleaned.

## 5.   Stucco Surfaces / Textured Surfaces

5.1   Subcontractor shall repair minor areas of stucco where cracked, in accordance to industry standards.

5.2   Subcontractor shall remove all chalk, mud stains, mildew efflorescence and/or any other contaminants or stains by pressure washing and scrubbing, utilizing detergents or other chemicals as required to remove the stains or contaminants.
Inadequate cleaning of the surfaces might result in stains bleeding through the finish coat of paint and/or the failure of the topcoat to adhere properly.

5.3   Subcontractor shall test any areas where stains cannot be completely removed for tendency of stains to bleed through prior to painting the entire surface.

5.4   Subcontractor shall caulk any openings that allow water intrusion with ICI Ultra Seal 45 year Latex Silicone Sealant # 21875, to prevent water or moisture from getting behind the paint film.

## B. Exterior Painting and Finishing Schedule

## 1.   Stucco

1.1   Subcontractor shall apply a full coat of tinted prime to achieve 100% body coverage, utilizing Bond Prep Acrylic Primer # 3030.

MANATEE BAY APARTMENT HOMES

Owner:

Subcontractor:

Subcontractor: _Franklin Bay General Contractors, Inc._
Trade: _Exterior Painting_
Contract No. _MB - 022220_
Page No. _13 of 16_

  1.2  Subcontractor shall apply finish coat(s) to achieve 100% body coverage, utilizing Dulux pro 100% Acrylic Flat Finish # 2200 (Spray & Back Roll).

2. _Wood Doors, Wood Fascia, Drip Edge and Wood Louvers_

  2.1  Subcontractor shall apply a full coat of tinted prime to achieve 100% body coverage, utilizing Prep & Prime Gripper # 3210.

  2.2  Subcontractor shall apply finish coat(s) to achieve 100% body coverage, utilizing Dulux pro 100% Acrylic Satin Finish # 2402.

3. _Nonferrous Metal; Electrical Boxes, Aluminum Roof Vents, Plumbing Stacks and All Other Applicable Items_

  3.1  Subcontractor shall apply a full prime coat to achieve 100% body coverage, utilizing Bond Prep Acrylic Primer # 3030.

  3.2  Subcontractor shall apply finish coat(s) to achieve 100% body coverage, utilizing Dulux pro 100% Acrylic Satin Finish # 2402.

4. _Ferrous Metals; Meter Room Doors_

  4.1  Subcontractor shall apply a full prime coat to achieve 100% body coverage, utilizing Devflex DTM Primer # 4020.

  4.2  Subcontractor shall apply finish coat(s) to achieve 100% body coverage, utilizing Devflex HP WB Acrylic Semi-Gloss Enamel # 4216.

5. _Caulking_

  5.1  Subcontractor shall caulk any openings that allow water intrusion with ICI Ultrahide 40 year Acrylic Silicone Sealant # 21875, to prevent water or moisture from getting behind the paint film.

    5.1.1  Subcontractor shall remove all loose, hardened and/or deteriorated caulking presently installed.

    5.1.2  Subcontractor shall tool joint in a professional manner to insure proper adhesion and workmanlike appearance.

  5.2  Subcontractor shall detail all hairline cracks (less than 1/16") with Elastomeric Patching Compound textured brush grade.

    5.2.1  Subcontractor shall force sealant into crack to insure adhesion to inner wall surface.

    5.2.2  Subcontractor shall allow sealant to tack cure and then apply a detailed coat of Lastic textured brush-grade over repair.

    5.2.3  Subcontractor shall bridge cracks approximately 1/16" to allow for thermal movement.

    5.2.4  Subcontractor shall remove any loose or spalling stucco adjacent to crack.

  5.3  Subcontractor shall patch existing stucco texture as closely as possible.

C. Color Scheme

  1.  Subcontractor shall complete all contracted exterior painting in accordance to Owner's approved color scheme.

| | | | |
|---|---|---|---|
| A-1 | 2200-0300 Interm | BLK 1 P54 | GRN 0 P 26 |
| | | YOX 3 P 5+ | |
| A-2 | 2200-0400 | BLK 4 P 38 | LFY 3  P 54+ |
| | | GRN 0 P 36 | WHT 1 P 32 |

MANATEE BAY APARTMENT HOMES

Owner:
Subcontractor:

Subcontractor: __Franklin Bay General Contractors, Inc.__
Trade: __Exterior Painting__
Contract No. __MB - 022220__
Page No. __14 of 16__

| B-1 | 2200-0400 Deep | BLK 0 P 42+<br>OXR 1 P 18 | YOX 11 P 54+ |
| B-2 | 2200-0400 Deep | BLK 0 P 30<br>OXR 2 P 91+ | LFY 6 P 55 |
| C-1 | 2200-0300 Interm | BLK 1 P 47+<br>YOX 5 P 11 | OXR 0 P 17+ |
| C-2 | 2200-0400 Deep | BLK 2 P 44+<br>YOX 6 P 52+ | OXR 01 P 31 |
| D-1 | 2200-0300 Interm | BLK 0 P 35<br>YOX 4 P 42+ | OXR 0 P 4 |
| D-2 | 2200-0400 Deep | BLK 2 P 29<br>YOX 5 P 15 | OXR 1 P 19+ |
| Facial | 2200-0400 Deep | BLK 0 P 23+<br>YOX 5 P 30 | OXR 1 P 35 |
| Trim &<br>Bands | 2200-0110 Wht TB | BLK 0 P 8<br>YOX 0 P 24 | OXR 0 P 2 |

**D. Warranties**

1.  Subcontractor shall warranty labor only, for labor related paint failures, and ICI Paints shall warranty all paint materials and sundry Items related to paint failure, for seven (7) years against chipping, peeling, or flaking and excessive chalking, as a direct result of faulty workmanship and/or material failure, respectively. If paint failure is due to manufacture defect, the labor for such correction is not included in Subcontractor's labor warranty.

    Stucco:        Dulux Pro 100% Acrylic Flat Finish # 2200
    Wood:          Dulux Pro 100% Acrylic Satin Finish # 2403
    NonFerrous     Dulux Pro 100% Acrylic Satin Finish # 2402
    Metals:
    Ferrous Metal:  Devflex HP WB Acrylic Semi-Gloss Enamel # 4218

14. Debris: All leftover construction debris is to be placed Into dumpsters provided by others.

15. ICI Inspections shall be attached to all Invoices.

18. Payments will only be made after each phase of work has been completed and has an approved Inspection by Owner. Owner agrees to inspect buildings in a timely manner.

G.  Owner shall approve all installation, shop drawings, and specifications.

D.  Work is not to be commenced until authorized by Olen's Vice President of Florida Property Services.

**IV. CONSTRUCTION PROCEDURES AND CONDITIONS**

A.  Subcontractor shall work only in areas designated by the Owner to allow other Subcontractors to begin work as soon as possible and shall allow sufficient time, as determined by the Owner, between each phase of his work to allow for other phases of work to be properly completed.

B.  Subcontractor will cooperate with other Subcontractors In the performance of their work as it relates to site and building plumbing, mechanical, electrical, telephone and cable television construction.

C.  All equipment and/or material delivered to the job site will be stored at a location to be designated by Owner. Equipment/material is stored at Subcontractor's sole and absolute risk.

MANATEE BAY APARTMENT HOMES

Owner:
Subcontractor:

Subcontractor: <u>Franklin Bay General Contractors, Inc.</u>
Trade: <u>Exterior Painting</u>
Contract No. <u>MB - 022220</u>
Page No. <u>15 of 16</u>

D. Subcontractor shall maintain an average schedule of one (1) complete buildings per week for each phase of operation. Weather related delays will be documented; any delays caused by documented inclement weather will be considered an extension of time.

E. Subcontractor shall provide his own hoisting of men and material.

F. Subcontractor shall provide his own staging.

G. Owner shall provide, at no cost to Subcontractor, the following temporary facilities: Sanitation and location to obtain water.

I. Saturday shall be a mandatory workday if behind schedule only.

J. Subcontractor agrees to attend all weekly job site meetings while performing work included in this Subcontract. Subcontractor agrees to accept any schedule presented at meeting of which he does not attend.

K. Subcontractor agrees to be bound by the performance times as indicated in the construction schedule and other performance durations changed from time to time by Owner, as Owner determines as necessary. Owner will alter above schedule by issuing notice to Subcontractor by one or more of the following written means: (1) updated Construction Schedule; (2) letter; (3) memo; (4) job meetings (verified by written minutes which are posted in the Field Office bulletin board); (5) other means as mutually agreed upon. Duration of each operation will not be shortened without mutual consent.

L. Quantities and other information contained in the Schedule "B" of Values shall be used for the progress payment purpose only and shall not be construed as work description or as a limitation of quantities of labor and/or materials or scope of work required for the completion of this and shall include all items and labor required to complete the portion of the project it pertains to, as described in the Construction Documents.

M.1. Locate Utilities

48 hours prior to construction, the Subcontractor shall contact the Owner, UNCLE, FPL, Cable TV, Southern Bell (Fiber Optics), and all other necessary parties in order to locate existing underground utilities. All coordination shall be the Subcontractor's responsibility. Any damage caused to underground utilities shall be the expense of the Subcontractor.

2. Verify Utilities

Subcontractor shall be responsible for locating and verifying all utilities prior to beginning construction. Any and all conflicts with existing utilities shall be reported to the Owner. This work by the Subcontractor shall be considered incidental to the contract and no additional compensation shall be allowed.

3. Safeguard Utilities

Subcontractor shall take the necessary precautions to safeguard all existing structures and utilities. The location of existing utilities shown on these plans are approximate only and are based on survey and as-built information. Additional utilities may exist which are not shown on these plans. Subcontractor is solely responsible for damage he may create to existing utilities (overhead or underground and roadways) and such damage will be repaired at the Subcontractor's expense.

M. THE JOB SITE SUPERINTENDENT AND HIS ASSISTANT HAVE NO AUTHORITY TO APPROVE EXTRA WORK ABOVE THE SCOPE OF WORK IN RELATION TO THIS CONSTRUCTION AGREEMENT AND OLEN DEVELOPMENT CORP. WILL NOT BE RESPONSIBLE FOR PAYMENT OF SUCH WORK.

MANATEE BAY APARTMENT HOMES

Owner:
Subcontractor:

| | |
|---|---|
| Subcontractor: | Franklin Bay General Contractors, Inc. |
| Trade: | Exterior Painting |
| Contract No. | MB - 022220 |
| Page No. | 18 of 18 |

---

"Addendum B"

## Code of Safe Practices
### and
### Safety Program for All Projects

All Subcontractors shall adhere to the following safety requirements. This list shall not be construed as final or complete, but shall be used as a tool to aid you and your workmen in developing and maintaining your own safety programs and procedures

1. All Subcontractors shall have their foreman attend a mandatory Monday morning safety meeting.

2. All Subcontractors shall have a weekly safety meeting with their own workmen. NOTE: This meeting is separate from Item No. 1.

3. All Subcontractors shall provide a OSHA approved first aid kit in a readily accessible location for the use of their workmen.

4. All Subcontractors shall adhere to all OSHA and other related safety codes.

5. All Subcontractors' workmen shall wear Franklin Bay t-shirts and any other appropriate clothing for their type of business at all times.

6. Subcontractor's employees shall report any unsafe working conditions to their immediate supervisor who in turn shall notify an Olen Development Corp employee so that this condition can be corrected.

7. Any Subcontractor, and/or his employee, who fails to conduct business under any of the above codes or requirements, shall be subject to immediate removal from the job site and any and all required corrective work will be at the Subcontractor's sole expense.

8. Pursuant to the contract, all Subcontractors shall keep their work in a neat and orderly manner and shall maintain the work place in a broom swept condition free from all work debris and break debris.

9. There shall be no alcoholic beverages or controlled substances consumed by any Subcontractor or his employees at any time.

10. There shall be no radios allowed on the job site.

The intent of this Addendum is not to be a burden, but to make our work place safer and more profitable for all of us.

OWNER:                                    SUBCONTRACTOR:

ORRC EN CUMBRANCE CORP.                   FRANKLIN BAY GENERAL
                                          CONTRACTORS, INC.

BY:  _____             BY: _____
     Danny Owens
     Vice President
     Florida Property Services

     (954) 340-4904 Phone
     (954) 344-4608 Fax


MANATEE BAY APARTMENT HOMES

                                          Owner: _____
                                          Subcontractor: _____



**SCHEDULE "B"**

SUBCONTRACTOR'S APPLICATION FOR PAYMENT



Progress Payment Request      Date:                      App. No.      Project:      ADAM'S MONT APARTMENT HOMES

Date:

SUBCONTRACTOR:      FRANKENHEIM GENERAL CONTRACTORS, INC.

Contract Time:

Application is made for progress payment as shown below in connection with the Contract.

In the NET AMOUNT OF $

SUMMARY OF BILLINGS

1.   Original Contract Amount                                     $      100,000.00
2.   Approved Change Orders                                      $           0.00
3.   Current Contract Amount (Ln + 2)                            $      100,000.00
4.   Total Completed to Date                                     $           0.00
5.   Less Retainage                                              $           0.00
6.   Total Earned Less Retainage (L4-3)                          $           0.00
7.   Less Previously Approved & Paid                             $           0.00
8.   Current Application for Pmt (L6-7)                          $           0.00
9.   Total Retainage Held to Date                                $           0.00
10.  Previous Balance of Retainage                              $           0.00
11.  Current Required for Retainage                             $           0.00
12.  Retainage Balance in Balance (L11)                         $           0.00
13.  Less Joint Check Amount                                    $           0.00
14.  Less Administration/Deductions, Etc.                       $           0.00
15.  Net Payment to Subcontractor                               $           0.00
16.  Contract Balance to Complete (L3-12)                       $      100,000.00

SUBCONTRACTOR      CONSTRUCTION
                   CONSTRUCTION
                   CONSTRUCTION
                   ACCOUNTING
                   ACCOUNTING

BY
DATE

SCHEDULE OF VALUES

SUBCONTRACTOR:

CONTRACT FOR:

MANATEE BAY APARTMENT HOMES

TRAYLOR BAY GENERAL CONTRACTORS, INC.

PRESSURE CLEANING, SEALING, CAULKING, PAINTING/PAINTING AND ALL RELATED WORK

APPLICATION NO:
APPLICATION DATE:

Page 2 of 4

| ITEM NO. | DESCRIPTION OF WORK | ORIGINAL CONTRACT AMOUNT | ADJUSTMENTS (DCO'S) | REVISED CONTRACT AMOUNT | PREVIOUS APPLICATIONS | WORK IN PLACE | TOTAL COMPLETED TO DATE ($ID) | % | BALANCE TO FINISH (C/D) | RETAINAGE HELD | PREVIOUS RETAINAGE TO WORKERS | RETAINAGE THIS APPLICATION | TOTAL RETAINAGE HELD ($ID) | RETAINAGE BALANCE DUE (I+J) | COST CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BUILDING #14/#15 — 273 Manatee Bay Drive INTERIOR PAINTING UNITS AT $295.00 | 4,567.00 | 0.00 | 4,567.00 | 0.00 | | 0.00 | 0% | 4,567.00 | | 0.00 | 0.00 | | 0.00 | 822220 |
| | PRESSURE CLEAN AND PAINT EXTERIOR OF UNIT BLDG IN ACCORDANCE TO OWNERS SPECIFIC DIRECTION. | 4,567.00 | 0.00 | 4,567.00 | 0.00 | | 0.00 | 0% | 4,567.00 | | 0.00 | 0.00 | | 0.00 | 822220 |
| | BUILDING #16/#17 — 268 Manatee Bay Drive EXTERIOR PAINTING 12 UNITS AT $596.09 | 8,732.00 | 0.00 | 8,730.00 | 0.00 | | 0.00 | 0% | 8,730.00 | | 0.00 | 0.00 | | 0.00 | 822220 |
| | PRESSURE CLEAN AND PAINT EXTERIOR OF UNIT BLDG IN ACCORDANCE TO OWNERS SPECIFIC DIRECTION. | 8,730.00 | 0.00 | 8,730.00 | 0.00 | | 0.00 | 0% | 8,730.00 | | 0.00 | 0.00 | | 0.00 | 822220 |
| | BUILDING #18/#19 — 728 Manatee Bay Drive EXTERIOR PAINTING 8 UNITS AT $596.09 | 4,767.00 | 0.00 | 4,767.00 | 0.00 | | 0.00 | 0% | 4,767.00 | | 0.00 | 0.00 | | 0.00 | 822220 |
| | PRESSURE CLEAN AND PAINT EXTERIOR OF UNIT BLDG IN ACCORDANCE TO OWNERS SPECIFIC DIRECTION. | 4,767.00 | 0.00 | 4,767.00 | 0.00 | | 0.00 | 0% | 4,767.00 | | 0.00 | 0.00 | | 0.00 | 822220 |
| | LOADING CRITICAL INTERIOR Federal Highway | INCLUDED | 0.32 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | | 0.00 | 0.00 | | 0.00 | 822220 |
| | PRESSURE CLEAN AND PAINT EXTERIOR OR LOADING CRITICAL IN ACCORDANCE TO OWNERS SPECIFIC DIRECTION. | INCLUDED | 0.32 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | | 0.00 | 0.00 | | 0.00 | 822220 |
| | CLUBHOUSE, POOL & SPA Between Building 2 & 3 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | | 0.00 | 0.00 | | 0.00 | 822220 |
| | PRESSURE CLEAN AND PAINT EXTERIOR OF CLUB HOUSE IN ACCORDANCE TO OWNERS SPECIFIC DIRECTION. | INCLUDED | 0.24 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | | 0.00 | 0.00 | | 0.00 | 822220 |
| | MAINTENANCE Between Building 2 & 3 | INCLUDED | 0.00 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | | 0.00 | 0.00 | | 0.00 | 822220 |
| | PRESSURE CLEAN AND PAINT EXTERIOR OF MAINTENANCE BLDG. IN ACCORDANCE TO OWNERS SPECIFIC DIRECTION. | INCLUDED | 0.00 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | | 0.00 | 0.00 | | 0.00 | 822220 |

page 1 of 4



# Franklin Bay
## GENERAL CONTRACTORS, INC.

# PROPOSAL

**PROPOSAL #07-0753**

April 16, 2007

Submitted By: Jack Stevens

**PROPOSAL SUBMITTED TO:**
Danny Owens
Olen Properties
1062 Coral Ridge Dr.
Coral Springs, FL 33071

**PROJECT LOCATION:**
Manatee Bay Apartments
1832 N. Federal Highway
Boynton Beach, FL 33435

Architect: NA      Engineer: NA      Date of Plans: NA

We propose to furnish all labor and materials to complete the following scope of work in accordance with the plans and specifications provided by the owner and in accordance with all local code requirements. All material is guaranteed to be as specified. All work to be completed in a professional, workmanlike manner according to standard construction practices. Any alteration or deviation from specifications or scope of work will be executed only upon written orders, and will become an extra charge over and above this proposal. Prices contained in this proposal are based on one deployment, unless otherwise stated. This proposal is valid for thirty days. THIS PROPOSAL IS BASED ON A VISUAL, NON-DESTRUCTIVE INVESTIGATION; OTHER DAMAGES MAY EXIST.

PROPOSAL FOR EXTERIOR COATING APPLICATION – PHASE I ONLY

SCOPE OF WORK:

- The following exterior coating system will be applied to 180 residential units, one office/clubhouse building, the trash compactor areas, one perimeter wall/fencing, and all previously painted sandblasted raised-letter signage. Parking lot light poles are factory finished and are not included the base bid.

- In preparation for coating applications, all previously painted exterior surfaces shall be thoroughly pressure cleaned, using chlorine and tri-sodium phosphate as required, to remove dirt and debris, and any loose, peeling, or flaking paint.

- Previously painted metals will be cleaned and sanded, as needed, to remove dirt, rust, oils and other contaminants. Glossy metal surfaces will be abraded to allow for proper adhesion of new coatings.

- Acrylic Urethane Sealant will be applied around window trim and door jambs, at all butt-joint locations, at intersections of dissimilar surfaces, and to all masonry cracks. A brush-grade and knife-grade patch will be applied to masonry surfaces as needed to match the existing texture as close as possible. Sealant will not be applied to any decking surfaces.

- All bare wood to be coated will receive an application of ICI Devflex 4020PF Primer. All bare metal to be coated will receive an application of Devflex 4020PF Primer; all previously painted metals will be spot primed as needed, to allow for proper adhesion of coatings.

POST OFFICE BOX 560371 • ORLANDO, FLORIDA 32856-0371
OFFICE (407) 650-0284 • FAX (407) 650-8249



RECEIVED
Jul-18-07

- All exposed masonry surfaces to be coated will receive an application of ICI Prep & Prime Masonry Bonding Primer Sealer.
- One finish coating will be applied: Masonry and wood surfaces shall receive one finish coat of Dulux Professional 100% Acrylic, flat finish; Metal surfaces will receive one finish coat of Devflex 4020PF Finish Coating.
- The existing railings are factory finished aluminum, and are not included in the base repaint proposal.
- Phase II of the property is not included in this proposal.

**PROPOSAL PRICE:**
$100,509.00 (One Hundred Thousand, Five Hundred Nine Dollars) (180 units at $558.38 per unit)

**EXCLUSIONS AND CLARIFICATIONS:**
- All work stated herein shall be completed in accordance with the Olen Properties / ICI Master Repaint Specifications provided.
- This proposal does not include caulking, sealing or painting of any concrete decks, concrete floors, or breezeway decks.
- Color selections for finish products to be completed prior to commencement of contract. The proposal price listed above presumes that the new colors selected will be similar in color and tone to the existing colors; significant color changes may require an additional charge.
- Staging Area Requirements:  A block of approximately six parking spaces located on the property, at a location convenient for management and residents.
- Contractor to provide a five year workmanship warranty, and the manufacturer's material warranty applicable to products selected.
- Owner to remove one screen panel at end of each balcony/patio location to allow contractor access.  Owner to reinstall screen once contractor has completed the balcony/patio coating application.
- Balcony/patio railings are excluded.
- Stair railings and stair stringers are excluded.
- Owner to cut back plant material throughout the property prior to commencement, to allow access to buildings.
- Contractor will coat exposed wall surfaces only. Walls covered by vines will be painted only to the extent reasonably possible.
- Painting of doors is excluded.
- Painting of parking lot light poles is excluded.

**Authorization to Proceed:** The undersigned hereby states that she/he is an authorized representative of the owner of the project stated above, and has the authority to execute this contract.  By executing this contract, the undersigned authorizes The Franklin Bay Company, Inc. to proceed with the work stated in this proposal, and further agrees to net 30 terms of payment.

_____          _____          _____
Authorized Representative (signature)      Authorized Representative (name)     Date


RECEIVED
Jul-18-07



P.01

## Quantum Lakes Apartments & Manatee Bay Apartments
### Paint Schedule

### Painting and Finishing Schedule (Exterior)

All Stucco Surfaces: Mail Box Center, Planter Walls, Patio Privacy Walls, Pool house, Maintenance Shop, Dumpster Enclosures, Decorative Wood Pop-Outs, Stucco Columns at West & North of Property.

#### Stucco

A.   Full Prime Coat –  Bond-Prep Acrylic Primer #3030

B.   1 Finish Coat – Dulux Pro 100% Acrylic Flat Finish #2200
   (Spray & Back-Roll)

#### Wood : Wood Doors, Wood Fascia, Drip-Edge, and Wood Louvers.

A.   Full Prime Coat – Prep & Prime Gripper #3210

B.   1 Finish Coat(s) – Dulux Pro100% Acrylic Satin Finish #2402

#### Nonferrous Metal: (Electrical Boxes, Aluminum, Roof Vents & Plumbing Stacks, etc):

A.   Full Prime Coat – Bond-Prep 100% Acrylic Primer #3030

B.   1 Finish Coat(s) – Dulux Pro100% Acrylic Satin Finish  #2402

#### Ferrous Metal: (Entrance, Maintenance, & Service Doors,):

A.   Full Prime Coat – Devflex DTM Primer #4020

B.   1 Finish Coat(s) – Devflex HP WB Acrylic Semi-Gloss Enamel #4216

| EXHIBIT B |
| --- |

Addendum "C"
Contract No. QLV I – 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting
1 of 17

JUN-04-2007 11:55 PM                                                    P.03



# PREP & PRIME™ BOND-PREP
## Interior/Exterior Water-Based Pigmented Masonry Bonding Primer Sealer
### 3030-1200

## Product Description

A premium-quality-waterborne acrylic pigmented bonding primer specifically designed to seal and condition masonry surfaces. May be used on interior and exterior concrete, stucco, precast concrete, plaster, and previously painted masonry or metal surfaces. Excellent for previously painted surfaces that are worn and chalky. May be used under alkyd, latex, acrylic, or elastomeric smooth and textured finishes. Features excellent penetration and adhesion over chalky surfaces. Not recommended over exterior wood surfaces. **Highly alkali resistant. May be applied to new concrete or masonry surfaces with a pH up to 13.0 and prior to a 30 day cure.**

## Features

- Adhesion over chalky surfaces
- Excellent penetration
- Seals and strengthens masonry surfaces
- Promotes adhesion
- Surface conditioner
- Alkali resistant
- Good hiding
- Low odor
- Low VOC

## Composition

- Acrylic Resin
- Titanium Dioxide and Extender Pigments
- Not manufactured with lead or mercury containing materials.

## Specifications

**Color:**
White (tintable, limit 2 oz/gal)

**Finish:**
Flat

**Clean-up Solvent:**
Soap and water

**Density:**
11.1 lbs/gal (1.33 kg/L)

**VOC:**
0.90 lbs/gal (108 g/L)

**Solids:**
Volume - 36% ± 1%
Weight - 62% ± 1%

**Practical Coverage:**
Apply at 350-450 sq ft/gal (9-11 m²/L). Actual coverage may vary depending on substrate and application method.

**Flash Point:**
None

**Dry Time 77°F (25°C) & 50% RH:**
To touch - 1 hour
To recoat - 4 hours

**Shelf Life:**
1 year minimum - unopened



Addendum "C"
Contract No. QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting
2 of 17

P.94

## General Surface Preparation

All surfaces must be sound, dry, clean and free of oil, grease, dirt, mildew, form release agents, curing compounds, loose and flaking paint and other foreign substances.

**NEW SURFACES: Concrete, Masonry and Plaster** - Cure at least three days before painting, poured in place concrete must cure for at least seven days. pH must be 10.0 or lower. Roughen slick poured or precast concrete and remove sealers by chemical cleaning or abrasive method such as sandsweeping. Rinse thoroughly with water and allow to dry. Remove loose aggregate. Prime with this product. Fill block with PREP & PRIME BLOCK FILLER 8010 or PREP & PRIMER GRIPPER BLOCKSURFACER 3100 water-based primer sealer or BLOXFIL® 4000 acrylic block filler.

**PREVIOUSLY PAINTED SURFACES:** Wash to remove contaminants. Rinse thoroughly with water and allow to dry. Dull glossy areas by light sanding. Remove sanding dust. Remove loose or peeling paint back to sound surface by high pressure water washing (minimum 2000 psi). Scrub heavy chalk areas and overhead areas such as eaves with soap and water. Remove all mildew by washing with a solution of 18 oz (478 mL) liquid household bleach and two oz (59 mL) non-ammoniated liquid detergent per gallon (3.785 L) of water. Rinse surfaces clean with water and allow to dry for 24 hours. Prime with this product.

**WARNING!** If you scrape, sand or remove old paint from any surface, you may release lead dust. LEAD IS TOXIC. EXPOSURE TO LEAD DUST CAN CAUSE SERIOUS ILLNESS, SUCH AS BRAIN DAMAGE, ESPECIALLY IN CHILDREN. PREGNANT WOMEN SHOULD ALSO AVOID EXPOSURE. Wear a NIOSH-approved respirator to control lead exposure. Carefully clean up with a wet mop or HEPA vacuum. Before you start, find out how to protect yourself and your family by contacting the U.S. EPA/Lead Information Hotline at 1-800-424-LEAD (5323) or log on to www.epa.gov/lead.

## Directions For Use

**TINTING:** May be tinted with up to two oz/gal of ICI Colorants.

**SPREADING RATE:** Apply at 350-450 sq ft/gal (9-11 m²/L). Actual coverage may vary depending on substrate and application method. For best hiding, tint primers towards finish coat color. Certain shades of yellow, orange, pink and red may require multiple coats.

**APPLICATION:** Mix thoroughly before use. May be applied by brush, roller or spray. No thinning required. To work material in more effectively,

brushing is the preferred method of application over chalky substrates. For spray application, use a .015-.017" tip. Adjust pressure as needed. Do not apply when the surface or air temperature is below 50°F (10°C).

**DRYING TIME:** At 77°F (25°C) and 50% R.H., dries to touch in one hour and to recoat in four hours. Low temperature, high humidity, thick films or poor ventilation will increase these times.

**CLEAN-UP:** Clean immediately with warm, soapy water.

## Precautions

WARNING! CAUSES EYE, SKIN AND RESPIRATORY TRACT IRRITATION. CONTAINS CRYSTALLINE SILICA WHICH CAN CAUSE LUNG CANCER AND OTHER LUNG DAMAGE IF INHALED. POTENTIAL CANCER HAZARD. CONTAINS FORMALDEHYDE WHICH HAS BEEN SHOWN TO CAUSE UPPER RESPIRATORY TRACT CANCER AND ALLERGIC RESPIRATORY REACTION, MAY CAUSE ALLERGIC SKIN REACTION. MAY BE HARMFUL IF SWALLOWED. WHEN TINTED, CONTAINS ETHYLENE GLYCOL, WHICH CAN CAUSE SEVERE KIDNEY DAMAGE WHEN INGESTED, AND HAS BEEN SHOWN TO CAUSE BIRTH DEFECTS IN LABORATORY ANIMALS. USE ONLY WITH ADEQUATE VENTILATION! KEEP OUT OF THE REACH OF CHILDREN. For emergency information call (800) 545-2643. For additional safety information, refer to the Material Safety Data Sheet for this product. If sanding is done, wear a dust mask to avoid breathing of sanding dust. Do not breathe vapors or spray mist. If you experience eye watering, headaches, or dizziness, leave the area. If properly used, a respirator may offer additional protection. Obtain professional advice before using. Close container after each use. FIRST AID: In case of skin contact, wash off quickly with plenty of soap and water, remove contaminated clothing. For eye contact, flush immediately with large amounts of water, for at least 15 minutes. Obtain emergency medical treatment. If swallowed, obtain medical treatment immediately. If inhalation causes physical discomfort, remove to fresh air. If discomfort persists or any breathing difficulty occurs, get medical help. KEEP FROM FREEZING. Note: These warnings encompass the product series. Prior to use, read and follow product-specific MSDS and label information.

## Shipping

**FREIGHT CLASSIFICATION:**
Paint, Freezable

**FLASH POINT:**
None

**PACKAGING:**
1 gallon (3.785 L)
5 gallons (18.925 L)

Addendum "C"

Contract No, QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting

*3 of 17*



**ICI Paints**

ICI Paints, 925 Euclid Ave., Cleveland, Ohio 44115 1-800-984-5444 www.icipaintstores.com

Page form 5058-1/00   No. 048858

LIMITATION OF LIABILITY: To the best of our knowledge, the technical data contained herein are true and accurate at the date of issuance but are subject to change without prior notice. We guarantee our product to conform to the specifications contained herein. WE MAKE NO OTHER WARRANTY OR GUARANTEE OF ANY KIND, EXPRESSED OR IMPLIED, INCLUDING MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE. Liability, if any, is limited to replacement of the product or refund of the purchase price. LABOR OR COST OF LABOR AND OTHER CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED.



**DULUX PROFESSIONAL**
Exterior 100% Acrylic
Flat Finish
2200-XXXX

## Product Description

Our premium quality professional exterior 100% acrylic flat finish specially formulated to provide exceptional weathering resistance, low temperature application and quick curing, resulting in good resistance to early moisture exposure. Dulux Professional uses the latest advances in 100% acrylic latex waterborne technology which allows professionals to extend the painting season with confidence. Ideal for use on properly prepared wood siding, trim and sash, shakes, shingles, masonry, weathered aluminum siding, weathered vinyl siding, metal and sound painted surfaces.

## Features

- Durable and tough
- Fade and chalk resistant
- Gives a mildew resistant coating
- Moisture resistant
- Excellent adhesion
- Resists blistering, peeling and flaking
- Easy application
- Low temperature application - to 35°F
- Low odor
- Quick drying and recoat
- Performance alternate for Federal Paint Specifications TT-P-19D and TT-P-96D

## Composition

- 100% Acrylic Resin
- Titanium Dioxide and Extender Pigments
- Not manufactured with lead or mercury containing materials.



## Specifications

**Color:**
White, ready-mix & custom colors

**Finish:**
Flat

**Clean-up Solvent:**
Soap and water

**Density:**
11.3 lbs/gal (1.35 kg/L)

**VOC:**
Maximum 100 g/L (0.83 lbs./gal.)

**Solids:**
Volume - 37% ± 1%
Weight - 54% ± 1%

**Practical Coverage:**
Apply at 300-400 sq ft/gal (7-10 m²/L). Actual coverage may vary depending on substrate and application method.

**Flash Point:**
None

| Dry Time: | 77°F (25°C)/50%RH | 35°F (2°C) |
|---|---|---|
| To touch | 30-60 minutes | 3-6 hours |
| To recoat | 2-3 hours | 24 hours |

**Shelf Life:**
1 year minimum - unopened



Addendum "C"
Contract No. QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting
4 of 17

## General Surface Preparation

All surfaces must be sound, dry, clean and free of oil, grease, dirt, mildew, form release agents, curing compounds, loose and flaking paint and other foreign substances.

**NEW SURFACES: Wood** - Spot primes pine knots with acrylic primer Dulux Professional 2000. Prime entire surface with acrylic primer Dulux Professional 2000. Caulk with Decra-Seal. **Preprimed and Unprimed Hardboard** - Prime entire surface and all edges with acrylic primer Dulux Professional 2000 or alkyd primer 2110. Caulk with Decra-Seal. **Steel** - Prime with waterborne metal primer 4020 or solventborne metal primer 4160 or 4100. **Galvanized Metal and Aluminum** - Prime with acrylic primer Dulux Professional 2000. **Concrete and Masonry** - Cure at least 30 days before painting. pH must be 10.0 or lower. Roughen unusually slick poured or precast concrete by acid etching or sandsweeping. Follow acid manufacturer's application and safety instructions. Rinse thoroughly with water and allow to dry. Remove loose aggregate. Prime with this product or acrylic primer Dulux Professional 2000. Fill masonry block with latex block filler 3010 or 4000.

**PREVIOUSLY PAINTED SURFACES:** Wash to remove contaminants. Rinse thoroughly with water and allow to dry.

Dull glossy areas by light sanding. Remove sanding dust. Remove loose paint. Sand heavy chalk areas and overhead areas such as eaves with soap and water. Remove all mildew by washing with a solution of 16 oz (473 mL) liquid household bleach and two oz (59 mL) non-ammoniated liquid detergent per gallon (3.785 L) of water. Rinse surfaces clean with water and allow to dry for 24 hours. Prime bare areas with primer specified under NEW SURFACES. **Weathered Aluminum and Vinyl Siding** - Remove dirt and chalk. Prime with this product. If chalk remains after cleaning, prime with acrylic primer Dulux Professional 2000. Do not repaint vinyl siding with colors darker than the original color; the siding may warp.

**NOTE:** Blistering and peeling of exterior house paints down to bare wood is usually caused by moisture behind the paint film. Moisture pressure forces the paint away from the surface. Sources of excess moisture in the wood must be eliminated prior to repainting to obtain normal service life of these paints. Old, unsound multiple coat paint systems may be subject to peeling when repainted due to the added weight and stress created by the paint layers. In such cases, all old paint layers must be removed back to the bare wood before repainting.

## Directions For Use

**TINTING:** Tint the appropriate base with ICI Colorants.

**SPREADING RATE:** Apply at 300-400 sq ft/gal (7-10 m²/L). Actual coverage may vary depending on substrate and application method. For best hiding, tint primers towards finish coat color. Certain shades of yellow, orange, pink and red may require multiple coats.

**APPLICATION:** Mix thoroughly before use. May be applied by brush, roller or spray. No thinning required. For spray application, use a .015-.017" tip. Adjust pressure as needed. Establish that air, surface and material temperatures are above 35°F (2°C) and at least

5°F above the dew point prior to painting. Do not apply if rain, snow or lower temperatures are expected within two to three hours. On large expanses of metal, temperatures must be 50°F (10°C) or higher. Check temperature requirements on any accompanying caution sheet.

**DRYING TIME:** At 77°F (25°C) and 50% R.H., dries to touch in 30-60 minutes and to recoat in two to three hours. At 35°F (2°C), dries to touch in three to six hours and to recoat in 24 hours. High humidity, thick films or poor ventilation will increase these times.

**CLEAN-UP:** Clean immediately with warm, soapy water.

## Precautions

**WARNING!** CAUSES EYE BURNS. CAUSES SKIN AND RESPIRATORY TRACT IRRITATION. HARMFUL IF SWALLOWED. CONTAINS ETHYLENE GLYCOL WHICH CAN CAUSE SEVERE KIDNEY DAMAGE WHEN INGESTED AND HAS BEEN SHOWN TO CAUSE BIRTH DEFECTS IN LABORATORY ANIMALS. OVEREXPOSURE MAY CAUSE LIVER, KIDNEY, BLOOD DAMAGE. USE ONLY WITH ADEQUATE VENTILATION. KEEP OUT OF THE REACH OF CHILDREN. NOTICE: This product contains solvents. Reports have associated repeated and prolonged occupational overexposure to solvents with permanent brain and nervous system damage. Intentional misuse by deliberately concentrating and inhaling the contents may be harmful or fatal. For emergency information call (800) 545-2643. For additional safety information, refer to the Material Safety Data Sheet for this product. If sanding is done, wear a dust mask to avoid breathing of sanding dust. Do not breathe vapors or spray mist. If you experience eye watering, headaches, or dizziness, leave the area. If properly used, a respirator may offer additional protection. Obtain professional advice before using. Close container after each use. FIRST AID: In case of skin contact, wash off quickly with plenty of soap and water, remove contaminated clothing. For eye contact flush immediately with large amounts of water, for at least 15 minutes. Obtain emergency medical treatment. If swallowed, obtain medical treatment immediately. If inhalation causes physical discomfort, remove to fresh air. If discomfort persists or any breathing difficulty occurs, get medical help. KEEP FROM FREEZING. Note: These warnings encompass the product series. Prior to use, read and follow product-specific MSDS and label information.

## Shipping

**FREIGHT CLASSIFICATION:**
Paint, Freezable

**FLASH POINT:**
None

**PACKAGING:**
1 gallon (3.785 L)
5 gallons (18.925 L)

 **Paints**

LIMITATION OF LIABILITY To the best of our knowledge, the technical data contained herein are true and accurate at the date of issuance but are subject to change without prior notice. We guarantee our product to conform to the specifications contained herein. WE MAKE NO OTHER WARRANTY OR GUARANTEE OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE. Liability, if any, is limited to replacement of the product or refund of the purchase price. LABOR OR COST OF LABOR AND OTHER CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED.

ICI Paints, 925 Euclid Ave., Cleveland, Ohio 44115   1-800-984-5444   www.icipaintstores.com
Page Two: 2390 - 8/01   No. 6123-4800

Addendum "C"
Contract No. QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting
5 of 17

P. 06

 **Paints**

## PREP & PRIME™
## GRIPPER MULTI-PURPOSE
## Interior/Exterior Water-Based
## Primer Sealer
3210-1200

**Paints**

### Product Description

Our premium quality water-based acrylic multi-purpose bonding primer, fast drying, primer sealer and stain killer for use on all wood, masonry or previously painted surfaces. Suitable for interior or exterior applications. Provides excellent adhesion to a variety of surfaces including drywall, wood, cured plaster, masonry or galvanized metal and aluminum. An excellent stain killer for water stains, lipstick, smoke, ink, crayons and knots or sap streaks, Resists nail head and tannin staining over woods such as redwood or cedar. Resists checking and cracking when used over bare exterior plywood, T-1-11, Douglas fir or yellow pine. **Highly alkali resistant. May be applied to new concrete or masonry surfaces with a pH up to 13.0 and prior to a 30 day cure.**

**9 | FINISHES PAINTING (09900)**

### Features

* Interior/exterior usage
* Blocks stains
* High hiding
* Excellent sealing
* Excellent adhesion and hide
* Low odor
* Quick drying and recoat
* Easy application
* Moisture and alkali resistant up to 13.0 pH
* Good stain resistance over cedar and redwood
* Multiple surface usage
* Low VOC
* Performance alternate for Federal Paint Specification TT-P-650D

### Composition

* Waterborne Acrylic Resin
* Titanium Dioxide and Extender Pigments
* Not manufactured with lead or mercury containing materials.

**Paints**

### Specifications

**Color:**
White (tintable, limit 2 oz/gal)

**Finish:**
Flat

**Clean-up Solvent:**
Soap and water

**Density:**
11.2 lbs/gal (1.34 kg/L)

**VOC:**
0.95 lbs/gal (114 g/L)

**Solids:**
Volume - 48% ± 1%
Weight - 61% ± 1%

**Practical Coverage:**
Apply at 300-450 sq ft/gal (7-11 m²/L). Actual coverage may vary depending on substrate and application method.

**Flash Point:**
None

**Dry Time 77°F (25°C) & 50% RH:**
To touch - 30 minutes
To recoat - 1 hour

**Shelf Life:**
1 year minimum - unopened



**9 | FINISHES PAINTING (09900)**

Addendum "C"
Contract No. QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting
6 of 17

### Performance Data

| Property | Test Method | Results |
| --- | --- | --- |
| Dry Opacity (Hiding) | ASTM D 2805 | Excellent, 0.96 |
| Directional Reflectance | ASTM E 97 | 92% |
| Adhesion | ASTM D 3369 | Excellent, 5A |
| Flexibility | ASTM D 522, 1/8" mandel | Excellent, no cracking or flaking |

JUN-06-2007 12:42 AM                                                                    P.07

grease, dirt, mildew, form release agents, curing compounds, loose and flaking paint and other foreign substances.

**NEW SURFACES: Concrete, Masonry and Plaster** - Cure at least three days before painting, poured in place concrete must cure for at least seven days. pH must be 13.0 or lower. Roughen slick poured or precast concrete and remove sealers by chemical cleaning or abrasive method such as sandsweeping. Rinse thoroughly with water and allow to dry. Must be internally dry. Remove loose aggregate. Prime concrete and plaster with this product. Fill masonry block with PREP & PRIME BLOCK FILLER 3010 water-based block filler or BLOXFIL 4000 acrylic block filler. **Drywall** - Remove sanding dust. Prime with this product. **Wood** - Interior, sand smooth and dust clean. Prime with this product. Exterior, counter sink nails. Caulk with latex-type caulk. Prime with this product. **Steel** - Prime with DEVFLEX 4020PF water-based metal primer or DEVGUARD 4150 or DEVGUARD 4100 solvent-based metal primer.

galvanized metal and aluminum with this product.

**PREVIOUSLY PAINTED SURFACES:** Wash to remove contaminants. Rinse thoroughly with water and allow to dry. Sanding not required if the surface is properly and thoroughly cleaned (scuff sanding is required only on glossy, hard, slick or dense surfaces which are subject to high levels of moisture). Remove loose paint. Prime bare areas with primer specified under **NEW SURFACES.**

**WARNING!** If you scrape, sand or remove old paint from any surface, you may release lead dust. LEAD IS TOXIC. EXPOSURE TO LEAD DUST CAN CAUSE SERIOUS ILLNESS, SUCH AS BRAIN DAMAGE, ESPECIALLY IN CHILDREN, PREGNANT WOMEN SHOULD ALSO AVOID EXPOSURE. Wear a NIOSH-approved respirator to control lead exposure. Carefully clean up with a wet mop or HEPA vacuum. Before you start, find out how to protect yourself and your family by contacting the U.S. EPA/Lead Information Hotline at 1-800-424-LEAD (5323) or log on to www.epa.gov/lead.

**TINTING:** May be tinted with up to two oz/gal of ICI Paints Colorants.

**SPREADING RATE:** Apply at 300-450 sq ft/gal (7-11 m²/L). Actual coverage may vary depending on substrate and application method.

**APPLICATION:** Mix thoroughly before use. May be applied by brush, roller or spray. Brushing is the preferred method of application over chalky substrates. For airless spray application, use a .015" tip. Seals water stains, inks, crayon, ballpoint pen marks, lipstick, bleeding paints, knots, sap streaks, smoke stains. Some stains may require a second coat. Some highly water sensitive stains may require the application of PREP & PRIME STAIN JAMMER 1110 solvent-based primer sealer for best results. If painting will be interrupted for

more than 15 minutes, keep brushes and rollers wet by wrapping them with tinfoil or plastic wrap. This will prevent the paint from drying in the equipment and will make clean up much easier when the job is finished. For exterior applications, stop painting at least two hours before you expect heavy dew, rain, or temperatures below 45°F (7°C).

**DRYING TIME:** At 77°F (25°C) and 50% R.H., dries to touch in 30 minutes and to recoat in one hour. For maximum stain resistance, allow four hours before topcoating. Low temperature, high humidity, thick films or poor ventilation will increase these times.

**CLEAN-UP:** Clean spatter and equipment immediately with warm, soapy water.

WARNING! CAUSES EYE BURNS. CAUSES SKIN AND RESPIRATORY TRACT IRRITATION. HARMFUL IF SWALLOWED. CONTAINS ETHYLENE GLYCOL WHICH CAN CAUSE SEVERE KIDNEY DAMAGE WHEN INGESTED AND HAS BEEN SHOWN TO CAUSE BIRTH DEFECTS IN LABORATORY ANIMALS. CONTAINS CRYSTALLINE SILICA WHICH CAN CAUSE LUNG CANCER AND OTHER LUNG DAMAGE IF INHALED. OVEREXPOSURE MAY CAUSE LIVER, KIDNEY, BLOOD DAMAGE. USE ONLY WITH ADEQUATE VENTILATION. KEEP OUT OF THE REACH OF CHILDREN. NOTICE: Products in this series may contain solvents. Reports have associated repeated and prolonged occupational overexposure to solvents with permanent brain and nervous system damage. Intentional misuse by deliberately concentrating and inhaling the contents may be harmful or fatal. Products in this series may contain chemicals subject to California Proposition 65. For emergency information call (800) 545-2643. For additional safety information, refer to the Material Safety Data Sheet for this product. If sanding is done, wear a dust mask to avoid breathing of sanding dust. Do not breathe vapors or spray mist. If you experience eye watering, headaches, or dizziness, leave the area. If properly used, a respirator may offer additional protection. Obtain professional advice before using. Close container after each use. FIRST AID: In case of skin contact, wash off quickly with plenty of soap and water, remove contaminated clothing. For eye contact flush immediately with large amounts of water, for at least 15 minutes. Obtain emergency medical treatment. If swallowed, obtain medical treatment immediately. If inhalation causes physical discomfort, remove to fresh air. If discomfort persists or any breathing difficulty occurs, get medical help. KEEP FROM FREEZING. Note: These warnings encompass the product series. Prior to use, read and follow product specific MSDS and label information.

**FREIGHT CLASSIFICATION:**
Paint, Freezable

**FLASH POINT:**
None

**PACKAGING:**
1 quart (0.946 L)
1 gallon (3.785 L)
5 gallons (18,925 L)

Addendum "C"
Contract No. QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting
7 of 17



**Paints**

ICI Paints, 925 Euclid Ave., Cleveland, Ohio 44115  1-800-984-5444  www.icipaintsstores.com

LIMITATION OF LIABILITY To the best of our knowledge, the technical data contained herein are true and accurate at the date of issuance but are subject to change without prior notice. We guarantee our product to conform to the specifications contained herein. WE MAKE NO OTHER WARRANTY OR GUARANTEE OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE. LIABILITY, if any, is limited to replacement of the product or refund of the purchase price. LABOR OR COST OF LABOR AND OTHER CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED.

JUN-04-2007 11:58 PM                                                P.07



# DULUX PROFESSIONAL
## Exterior 100% Acrylic
## Satin Finish
### 2402-XXXX

## Product Description

Our premium-quality professional exterior 100% acrylic satin finish specially formulated to provide exceptional weathering resistance, low temperature application and quick curing, resulting in good resistance to early moisture exposure. Dulux Professional uses the latest advances in 100% acrylic latex waterborne technology which allows professionals to extend the painting season with confidence. Ideal for use on properly prepared wood siding, trim and sash, shakes, shingles, masonry, weathered aluminum siding, weathered vinyl siding, metal and sound painted surfaces.

## Features

* Durable and tough
* Fade and chalk resistant
* Gives a mildew resistant coating
* Moisture resistant
* Excellent adhesion
* Resists blistering, peeling and flaking
* Easy application
* Low temperature application – to 35°F
* Low odor
* Quick drying and recoat
* Performance alternate for Federal Paint Specification TT-P-19D

## Composition

* 100% Acrylic Resin
* Titanium Dioxide and Extender Pigments
* Not manufactured with lead or mercury containing materials.

## Specifications

**Color:**
White, ready-mix & custom colors

**Finish:**
Satin, 8-18 units @ 85°

**Clean-up Solvent:**
Soap and water

**Density:**
10.8 lbs/gal (1.29 kg/L)

**VOC:**
1.25 lbs/gal (150 g/L) Maximum

**Solids:**
Volume - 34% ± 1%
Weight - 49% ± 1%

**Practical Coverage:**
Apply at 300-400 sq ft/gal (7-10 m²/L). Actual coverage may vary depending on substrate and application method.

**Flash Point:**
None

**Dry Time:**

| | 77°F (25°C)/50%RH | 35°F (2°C) |
|---|---|---|
| To touch | 30-60 minutes | 6-8 hours |
| To recoat | 2-3 hours | 24 hours |

**Shelf Life:**
1 year minimum – unopened

JUN-04-2007 11:59 PM                                                                P.38

## General Surface Preparation

All surfaces must be sound, dry, clean and free of oil, grease, dirt, mildew, form release agents, curing compounds, loose and flaking paint and other foreign substances.

**NEW SURFACES: Wood** - Spot prime pine knots with acrylic primer 2000. Prime entire surface with acrylic primer 2000. Caulk with Deora-Seal. **Preprimed and Unprimed Hardboard** - Prime entire surface and all edges with acrylic primer 2000 or alkyd primer 2110. Caulk with Deora-Seal. **Steel** - Prime with waterborne metal primer 4020 or solventborne metal primer 4150 or 4100. **Galvanized Metal and Aluminum** - Prime with acrylic primer 2000. **Concrete and Masonry** - Cure at least 60 days before painting. pH must be 10.0 or lower. Roughen unusually slick poured or precast concrete by acid etching or sandsweeping. Follow acid manufacturer's application and safety instructions. Rinse thoroughly with water and allow to dry. Remove loose aggregate. Prime with this product or acrylic primer 2000. Fill masonry block with latex block filler 3010 or 4000.

**PREVIOUSLY PAINTED SURFACES:** Wash to remove contaminants. Rinse thoroughly with water and allow to

dry. Dull glossy areas by light sanding. Remove sanding dust. Remove loose paint. Scrub heavy chalk areas and overhead areas such as eaves with soap and water. Remove all mildew by washing with a solution of 16 oz (473 mL) liquid household bleach and two oz (59 mL) non-ammoniated liquid detergent per gallon (3.785 L) of water. Rinse surfaces clean with water and allow to dry for 24 hours. Prime bare areas with primer specified under **NEW SURFACES. Weathered Aluminum and Vinyl Siding** - Remove dirt and chalk. Prime with this product. If chalk remains after cleaning, prime with acrylic primer 2000. Do not repaint vinyl siding with colors darker than the original color; the siding may warp.

**NOTE:** Blistering and peeling of exterior house paints down to bare wood is usually caused by moisture behind the paint film. Moisture pressure forces the paint away from the surface. Sources of excess moisture in the wood must be eliminated prior to repainting to obtain normal service life of these paints. Old, unsound multiple coat paint systems may be subject to peeling when repainted due to the added weight and stress created by the paint layers. In such cases, all old paint layers must be removed back to the bare wood before repainting.

## Directions For Use

**TINTING:** Tint the appropriate base with ICI Colorants.

**SPREADING RATE:** Apply at 300-400 sq ft/gal (7-10 m²/L). Actual coverage may vary depending on substrate and application method. For best hiding, tint primers towards finish coat color. Certain shades of yellow, orange, pink and red may require multiple coats.

**APPLICATION:** Mix thoroughly before use. May be applied by brush, roller or spray. No thinning required. For spray application, use a .015-.017" tip. Adjust pressure as needed. Establish that air, surface and material temperatures are above 35°F (2°C) and at least 5°F above

the dew point prior to painting. Do not apply if rain, snow or lower temperatures are expected within two to three hours. On large expanses of metal, temperatures must be 50°F (10°C) or higher. Check temperature requirements on any accompanying primer used.

**DRYING TIME:** At 77°F (25°C) and 50% R.H., dries to touch in 30-90 minutes and to recoat in two to three hours. At 35°F (2°C), dries to touch in three to six hours and to recoat in 24 hours. High humidity, thick films or poor ventilation will increase these times.

**CLEAN-UP:** Clean immediately with warm, soapy water,

## Precautions

WARNING! CAUSES EYE BURNS. CAUSES SKIN AND RESPIRATORY TRACT IRRITATION. HARMFUL IF INHALED. MAY CAUSE CENTRAL NERVOUS SYSTEM EFFECTS INCLUDING DIZZINESS, HEADACHE OR NAUSEA. OVEREXPOSURE MAY CAUSE BLOOD, LIVER, KIDNEY DAMAGE. HARMFUL IF SWALLOWED. CONTAINS ETHYLENE GLYCOL WHICH CAN CAUSE SEVERE KIDNEY DAMAGE WHEN INGESTED AND HAS BEEN SHOWN TO CAUSE BIRTH DEFECTS IN LABORATORY ANIMALS.   USE ONLY WITH ADEQUATE VENTILATION. KEEP OUT OF THE REACH OF CHILDREN. NOTICE: This product contains solvents. Reports have associated repeated and prolonged occupational overexposure to solvents with permanent brain and nervous system damage. Intentional misuse by deliberately concentrating and inhaling the contents may be harmful or fatal. For emergency information call (800) 645-2543. For additional safety information, refer to the Material Safety Data Sheet for this product. If sanding is done, wear a dust mask to avoid breathing of sanding dust. Do not breathe vapors or spray mist. If you experience eye watering, headaches, or dizziness, leave the area. If properly used, a respirator may offer additional protection. Obtain professional advice before using. Close container after each use. FIRST AID: In case of skin contact, wash off quickly with plenty of soap and water, remove contaminated clothing. For eye contact flush immediately with large amounts of water, for at least 15 minutes. Obtain emergency medical treatment. If swallowed, obtain medical treatment immediately. If inhalation causes physical discomfort, remove to fresh air. If discomfort persists or any breathing difficulty occurs, get medical help. KEEP FROM FREEZING. Note: These warnings encompass the product series. Prior to use, read and follow product-specific MSDS and label information.                      M10470

## Shipping

**FREIGHT CLASSIFICATION:**
Paint, Freezable

**FLASH POINT:**
None

**PACKAGING:**
1 gallon (3.785 L)
5 gallons (18.925L)

Addendum "C"
Contract No. QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting
9 of 17



Paints

ICI Paints, 925 Euclid Ave, Cleveland, Ohio 44115   1-800-984-5444  www.icipaintsstores.com

Page Ixxx:1402 - 5/03   No, 025440

LIMITATION OF LIABILITY To the best of our knowledge, the technical data contained herein are true and accurate at the date of issuance but are subject to change without prior notice. We guarantee our product to conform to the specifications contained herein. WE MAKE NO OTHER WARRANTY OR GUARANTEE OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE. Liability, if any, is limited to replacement of the product or refund of its purchase price. LABOR OR COST OF LABOR AND OTHER CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED.

JUN-05-2007 12:08 AM                                          P.09



# DEVFLEX™ 4020PF
## ~~Direct to Metal Primer & Flat Finish~~

### Cat. # 4020-1000 White/4020-7100 Red

## PRODUCT DESCRIPTION

**Generic:** Waterborne Acrylic

**General Description:** An advanced technology, premium quality, flat waterborne acrylic coating for use as a protective maintenance rust inhibitive direct-to-metal (DTM) primer and finish. Bonds to clean glossy, hard surfaces such as aged oil base or alkyd enamels without sanding.

**Typical Uses:** Ideal for the exterior of tanks, metal buildings, structural steel, piping, handrails and masonry construction. Can be applied directly to interior or exterior steel, weathered or properly cleaned galvanized steel and masonry in institutional, residential, and light industrial areas.

## FEATURES

**Advantages:**
- Direct-to-metal or masonry primer
- Multiple surface usage - interior and exterior steel, masonry or interior wood
- Ideal for shop applications
- Low VOC
- Low odor and water clean-up
- Fast dry and recoat
- Resists flash rust
- Corrosion resistant
- Easy application by brush, roll or spray
- Performance alternate for Federal Specifications MIL-P-28577B and TT-P-1975

**Limitations of Use:** Not recommended for exterior wood. May only be topcoated with DEVFLEX waterborne and conventional latex finishes.

## SPECIFICATION DATA

**Color:** White (4020-1000), & Red (4020-7100)
**Finish:** Flat
**Clean-up Solvent:** Soap and water
**Weight/Gallon (White):** 11.8 lbs./gal. (1.41 kg/L) - varies with color
**VOC (White):** 0.76 lbs./gal. (91 g/L) - varies with color
**Solids By Volume (White):** 44% ± 2% - varies with color
**Theoretical Coverage at 1.0 Mil Dry:** 706 sq.ft./gal. (17 m²/L)
**Practical Coverage:** Apply at 275-350 sq. ft./gal. (7-9 m²/L). Actual coverage may vary depending on substrate and application method.
**Recommended Film Thickness:** 2.2-3.5 mils (55-88 microns) dry - 5.0-8.0 mils (125-200 microns) wet
**Systems:** Please consult the appropriate system guide, the particular job specification or your ICI Paints' Representative for proper systems using this product. Systems must be selected considering the particular environment involved.

**Dry Time @ 77°F (25°C) & 50% RH:**
To touch - 30 minutes
To recoat - 2 hours

| Substrate Temperature | 77°F (25°C) |
|---|---|
| Minimum Recoat Dry Hard | 2 Hours 2 Hours |
| Maximum Recoat Self Devflex | No Limit No Limit |

**Warning:** The above table provides general guidelines only. Always consult your ICI Paints' Representative to appropriate recoat windows since the maximum-aged recoat time of this product may be significantly shortened or lengthened by a variety of conditions, including, but not limited to humidity, surface temperature, and the use of additives or thinners. The use of accelerators or force curing may shorten the aged recoat of individual coatings. The above recoat windows may not apply if recoating-with a product other than those listed above. If the maximum aged recoat window is exceeded, please consult your ICI Paints' Representative for appropriate recommendations to enhance adhesion. Failure to observe these precautions may result in intercoat delamination.

**Shelf Life:** 1 year minimum - unopened

## PERFORMANCE DATA

| PROPERTY | TEST METHOD | RESULTS |
|---|---|---|
| Pencil Hardness | ASTM D 3363 | 2B |
| Flexibility | ASTM D 522, Method B, 1/8" | No cracking or flaking |
| Impact Resistance | ASTM D 2794 | 160 in-lbs |
| Humidity/Corrosion Resistance | ASTM D 4585, 1000 hours | No effect |
| Flash Rust Resistance | Sandblasted Steel @ 80F & 90% RH | No rusting |
| Service Temperature Limit: | | 200°F (93°C) in air |
| Flame Spread Rating: | ASTM E 84 | Class A (0-25) over non-combustible surfaces |

...nd Material Safety Data Sheet Prior to Use. See other cautions on last page.
(5F1.0881)

Addendum "C"
Contract No. QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting
10 ළ 17

P. 1 B

## GENERAL SURFACE PREPARATION

All surfaces must be sound, dry, clean and free of oil, grease, dirt, mildew, form release agents, curing compounds, efflorescence, loose and flaking paint and other foreign substances.

**New Surfaces: Steel** – Best results are obtained over a surface sandblasted to a Commercial Blast (SSPC-SP6). Performance over hand or powertool cleaned surfaces is dependent on the degree of cleaning. Prime with this product, if rust staining occurs, apply a second coat of this product. Galvanized Metal and Aluminum – Prime with this product. Concrete, Plaster and Masonry – Must cure at least 30 days before painting. pH must be 10.0 or lower. Roughen slick poured or precast concrete and remove sealers by chemical cleaning or abrasive method such as sandsweeping. Rinse thoroughly with water and allow to dry. Remove loose aggregate. Prime with this product. Fill block with latex block filler BLOXFIL® 4000 or PREP & PRIME® 3010 filler. Interior Wood – Prime with this product.

**Previously Painted Surfaces:** Wash to remove contaminants. Rinse thoroughly with water and allow to dry. Sanding is not required if the surface is properly and thoroughly cleaned (scuff sanding is required only on glossy, hard, slick or dense surfaces which are subject to high levels of moisture). Remove loose paint. Scrub heavy chalk exterior areas and overhead areas such as eaves with soap and water. All existing mildew must be removed by washing with a solution of 16 oz. (473 mL) liquid household bleach and two oz. (59 mL) nonammoniated liquid detergent per gallon (3.785 L) of water. Rinse surfaces clean with water and allow to dry for 24 hours. Prime bare areas with primer specified under New Surfaces. May be used selfprimed over previously painted interior surfaces.

**WARNING!** If you scrape, sand, or remove old paint, you may release lead dust. LEAD IS TOXIC. EXPOSURE TO LEAD DUST CAN CAUSE SERIOUS ILLNESS, SUCH AS BRAIN DAMAGE, ESPECIALLY IN CHILDREN. PREGNANT WOMEN SHOULD ALSO AVOID EXPOSURE. Wear a NIOSH-approved respirator to control lead exposure. Clean up carefully with a HEPA vacuum and a wet mop. Before you start, find out how to protect yourself and your family by contacting the National Lead Information Hotline at 1-800-424-LEAD or log on to www.epa.gov/lead.

## DIRECTIONS FOR USE

**Tinting:** White may be tinted with up to four oz./gal. of ICI Paints' Colorants. Prime coats used direct-to-steel should not be tinted for best flash rust resistance.

**Spreading Rate:** Apply at 200-320 sq. ft./gal. (5-8 m²/L) or 5.0-8.0 mils wet (2.2-3.5 mils dry). Actual coverage may vary depending on substrate and application method. For best hiding, tint primer toward finish coat color.

**Application:** Mix thoroughly before use. May be applied by brush, roll or spray. No thinning required. Spray is preferred for application to bare steel to ensure adequate film build and protection. For airless spray, use a .015" tip. Adjust pressure as needed. Do not apply when air or surface temperature is below 50°F (10°C).

**Drying Time:** At 77°F (25°C) and 50% R.H., dries to touch in 30 minutes and to recoat in two hours. Low temperature, high humidity, thick films or poor ventilation will increase these times.

**Clean-up:** Clean immediately with warm, soapy water.

## PRECAUTIONS

**WARNING!** HARMFUL OR FATAL IF SWALLOWED. ASPIRATION HAZARD-CAN ENTER LUNGS AND CAUSE DAMAGE. HARMFUL IF INHALED. MAY CAUSE CENTRAL NERVOUS SYSTEM EFFECTS, INCLUDING DIZZINESS, HEADACHE OR NAUSEA. CAUSES EYE, SKIN AND RESPIRATORY TRACT IRRITATION. CAUSES EYE BURNS. CONTAINS CRYSTALLINE SILICA WHICH CAN CAUSE LUNG CANCER AND OTHER LUNG DAMAGE IF INHALED. OVEREXPOSURE MAY CAUSE BLOOD, LIVER, KIDNEY DAMAGE. USE ONLY WITH ADEQUATE VENTILATION. KEEP OUT OF THE REACH OF CHILDREN. NOTICE! Products in this series contain solvents. Reports have associated repeated and prolonged occupational overexposure to solvents with permanent brain and nervous system damage. Intentional misuse by deliberately concentrating and inhaling the contents may be harmful or fatal. For emergency information call (800) 545-2643. Note: These warnings encompass the product series. Prior to use, read and follow product-specific MSDS and label information. If sanding is done, wear a dust mask to avoid breathing of sanding dust. Do not breathe vapors or spray mist. Ensure fresh air entry during application and drying. Avoid contact with eyes and skin. If you experience eye watering, headaches, or dizziness, leave the area. If properly used, a respirator may offer additional protection. Obtain professional advice before using. Close container after each use. FIRST AID: In case of skin contact, wash thoroughly with soap and water. If any product remains, gently rub petroleum jelly, vegetable or mineral baby oil onto skin, then wash again with soap and water. Repeated applications may be needed. Remove contaminated clothing. For eye contact, flush immediately with large amounts of water, for at least 15 minutes. Obtain emergency medical treatment. If swallowed, obtain medical treatment immediately. If inhalation causes physical discomfort, remove to fresh air. If discomfort persists or any breathing difficulty occurs, get medical help. KEEP FROM FREEZING.

## SHIPPING

| | |
|---|---|
| Flash Point: Paint | Shipping Weight: 4 gallon case - 50 lbs. (22.7 kg) |
| Packaging: 1 gallon (3.785L) | 5 gallon pail - 62 lbs. (28.1 kg) |
| 5 gallon (18.925L) | |

4020-XXXX (5/06)
Ad Stock #9B602D


DEVOE
HIGH PERFORMANCE

ICI Paints
Strongsville,
Ohio, U.S.A.
800-654-2616

...tings.com

LIMITATION OF LIABILITY: To the best of our knowledge, the technical data contained herein are true and accurate at the date of issuance but are subject to change without prior notice. We guarantee our product to conform to the specification contained herein. WE MAKE NO OTHER WARRANTY OR GUARANTEE OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE. Liability, if any, is limited in accordance with the practice of retail of the finished product. LABOR OR COST OF LABOR AND OTHER CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED.

Addendum "C"
Contract No. QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting

P. 11



# DEVFLEX™ 4216HP

## High Performance Waterborne Acrylic Semi-Gloss Enamel

### Cat. # 4216-XXXX

## PRODUCT DESCRIPTION

**Generic:** Waterborne Acrylic

**General Description:** A premium quality, direct to metal acrylic semi-gloss enamel for high traffic interior-exterior areas of commercial, institutional, residential and industrial structures. Features a non-yellowing film, excellent durability with a low VOC.

**Typical Uses:** May be applied directly to interior or exterior steel and aluminum, and to properly prepared galvanized metal, wood or masonry surfaces.

## SPECIFICATION DATA

**Color:** White, safety colors & custom colors

**Finish:** Semi-Gloss, 50-65 units @ 60°

**Clean-up Solvent:** Soap and water

**Weight/Gallon:** 10.4 lbs./gal. (1.25 kg/L) - varies with color

**VOC:** 1.87 lbs./gal. (225 g/L) - varies with color

**Solids By Volume:** 36% ± 2% - varies with color

**Theoretical Coverage at 1.0 Mil Dry:** 577 sq. ft./gal. (16 m²/L)

**Practical Coverage:** Apply at 136-388 sq. ft./gal. (3-8 m²/L). Actual coverage may vary depending on substrate and application method.

**Recommended Film Thickness:** 1.5-4.0 mils (38-100 microns) dry - 4.0-11.5 mils (100-290 microns) wet

**Systems:** Please consult the appropriate system guide, the particular job specification or your ICI Paints' Representative for proper systems using this product. Systems must be selected considering the particular environment involved.

**Dry Time @ 77°F (25°C) & 50% RH:**
To touch - 1 hour
To recoat - 4 hours

| Substrate Temperature | 50°F (10°C) | 60°F (16°C) | 77°F (25°C) |
|---|---|---|---|
| Minimum Recoat | 36 Hours | 30 Hours | 24 Hours |
| Dry Hard | 36 Hours | 30 Hours | 24 Hours |
| Maximum Recoat | | | |
| Soft | No Limit | No Limit | No Limit |

**Warning:** The above table provides general guidelines only. Always consult your ICI Paints' Representative for appropriate recoat windows since the maximum aged recoat time of this product may be significantly shortened or lengthened by a variety of conditions, including, but not limited to humidity, surface temperature, and the use of accelerators or thinners. The use of accelerators or force curing may shorten the aged recoat of individual coatings. The above recoat windows may not apply if recoating with a product other than those listed above. If the maximum aged recoat window is exceeded, please consult your ICI Paints' Representative for appropriate recommendations to enhance adhesion. Failure to observe these precautions may result in intercoat delamination.

**Shelf Life:** 1 year minimum - unopened

## FEATURES

**Advantages:**
- Alkyd-like hardness and durability
- Excellent gloss and color retention
- High hiding
- Non-yellowing
- All purpose finish for multiple surfaces
- Excellent resistance to grease, oil and water
- Excellent flow and leveling
- Resists peeling and chipping
- Washable and scrubbable
- Good abrasion resistance
- Easy application - brush, roll or spray
- Low odor and water clean-up
- Low VOC
- May be applied direct to steel and aluminum

**Limitations of Use:** Not recommended for large expanses of exterior wood such as wood siding.

## PERFORMANCE DATA

| PROPERTY | TEST METHOD | RESULTS |
|---|---|---|
| Abrasion Resistance | ASTM D 4060, Tabor, CS-17 wheels, 1000g load, 300 cycles | 40mg loss |
| Pencil Hardness | ASTM D 3363 | 2B |
| Flexibility | ASTM D 522, 1/8" mandrel | No cracking or flaking |
| Impact Resistance | ASTM D 2794 | 160 in-lbs |
| Accelerated Weathering | ASTM G 23, QUV 1000 hrs | Excellent gloss retention |
| Service Temperature Limit | | 200°F (93°C) in air |
| Flame Spread Rating: | ASTM E 84 | Class A (0-25) over non-combustible surfaces |

X and Material Safety Data Sheet Prior to Use. See other cautions on last page.

09960



**Addendum "C"**
Contract No. QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting
12 of 17

*(side margin, left)* 9 | FINISHES / HIGH PERFORMANCE COATINGS (09900)

*(side margin, right)* 9 | FINISHES / HIGH PERFORMANCE COATINGS (09900)

Back Page: 4216-XXXX

## GENERAL SURFACE PREPARATION

All surfaces must be sound, dry, clean and free of oil, grease, wax, polish, dirt, mildew, form release agents, curing compounds, efflorescence, loose and flaking paint and other foreign substances.

**New Surfaces:** Steel and Aluminum - Best results are obtained over a surface abrasive blasted to a commercial blast cleanliness (SSPC-SP6) or ISO-Sa2. Performance over hand or power tool cleaned surfaces is dependent on the degree of cleaning. Prime with this product or DEVPLEX™ 4020 primer. For maximum corrosion protection, prime with DEVGUARD™ 4160 or DEVGUARD 4260 primers depending on local VOC regulations. When using colors tinted with more than 2 oz./gal. of ICI Paints Colorants, a primer is recommended. When using as a DTM finish without a primer, a minimum of two coats is recommended for best corrosion resistance. Galvanized Metal - Prime with DEVRAN® 205 or DEVRAN 203 epoxy primers, DEVFLEX 4020 acrylic primer or DEVGUARD 4160 or DEVGUARD 4260 primers depending on local VOC regulations. Wood - Interior, set nails and fill holes with latex spackle. Sand smooth. Dust clean. Self-prime or prime with PREP & PRIME® GRIPPER® 3210 primer sealer. Do not use this product with lacquer undercoats. Exterior, spot prime pine knots with PREP & PRIME® HYDROSEALER® 6001 primer. Prime entire surface with PREP & PRIME HYDROSEALER 6001 primer. Drywall - Prime with PREP & PRIME GRIPPER 3210 primer sealer. Concrete, Plaster and Masonry - Cure at least 30 days before painting, pH must be 10.0 or lower. Roughen slick poured or precast concrete and remove sealers by chemical

cleaning or abrasive blasting. Rinse thoroughly with water and allow to dry. Remove loose aggregate. Prime interior concrete or plaster with this product or with PREP & PRIME GRIPPER 3210 primer sealer. Prime exterior masonry with PREP & PRIME HYDROSEALER 6001 primer. Fill concrete block with BLOXFIL® 4000 or PREP & PRIME 3010 fillers.

**Previously Painted Surfaces:** Remove oil or grease residue by washing. Rinse thoroughly with water and allow to dry. Dull glossy areas by light sanding. Remove sanding dust. Remove loose paint. Scrub heavy chalk areas and overhead areas such as eaves with soap and water. Remove all mildew by washing with a solution of 16 oz. (473 mL) liquid household bleach and two oz. (59 mL) non-ammoniated liquid detergent per gallon (3.785 L) of water. Rinse surfaces clean. Prime bare areas with primer specified under New Surfaces. Can be used self-primed over previously painted surfaces followed by a finish coat of this product.

WARNING! If you scrape, sand, or remove old paint, you may release lead dust. LEAD IS TOXIC. EXPOSURE TO LEAD DUST CAN CAUSE SERIOUS ILLNESS, SUCH AS BRAIN DAMAGE, ESPECIALLY IN CHILDREN. PREGNANT WOMEN SHOULD ALSO AVOID EXPOSURE. Wear a NIOSH-approved respirator to control lead exposure. Clean up carefully with a HEPA vacuum and a wet mop. Before you start, find out how to protect yourself and your family by contacting the National Lead Information Hotline at 1-800-424-LEAD or log on to www.epa.gov/lead.

## DIRECTIONS FOR USE

**Tinting:** Tint the appropriate base with ICI Paints Colorants.

**Spreading Rate:** Apply at 135-366 sq. ft./gal. (3-9 m²/L) or 4.4-11.8 mils wet (1.5-4.0 mils dry). Actual coverage may vary depending on substrate and application method. For best hiding, tint primers toward finish coat color. Certain colors such as yellow, orange and pink may require multiple coats.

**Application:** Mix thoroughly before use. May be applied by brush, roll or spray. No thinning required. Due to fast dry, brushing should be limited to small areas where a wet edge can be maintained. Rinse out brush in warm water periodically during extended brush application periods. If touch-up is

required after the enamel has set, wait until it has thoroughly dried. For airless spray, use a .015" tip. Adjust pressure as needed. Use two coats of this product for maximum durability and uniformity. Do not apply when surface or air temperature is below 50°F (10°C). Brushing and rolling may require multiple coats to achieve correct film thickness and/or hiding.

**Drying Time:** At 77°F (25°C) and 50% R.H., dries to touch in one hour and to recoat in 4 hours. Low temperature, high humidity, thick films or poor ventilation will increase these times.

**Clean-up:** Clean immediately with warm, soapy water.

## PRECAUTIONS

WARNING! CAUSES EYE BURNS. HARMFUL IF INHALED. MAY CAUSE CENTRAL NERVOUS SYSTEM EFFECTS INCLUDING DIZZINESS, HEADACHE OR NAUSEA. CAUSES SKIN AND RESPIRATORY TRACT IRRITATION. MAY BE HARMFUL IF SWALLOWED. OVEREXPOSURE MAY CAUSE BLOOD, LIVER, KIDNEY, REPRODUCTIVE SYSTEM DAMAGE. WHEN TINTED, CONTAINS ETHYLENE GLYCOL WHICH CAN CAUSE SEVERE KIDNEY DAMAGE WHEN INGESTED AND HAS BEEN SHOWN TO CAUSE BIRTH DEFECTS IN LABORATORY ANIMALS. USE ONLY WITH ADEQUATE VENTILATION. KEEP OUT OF THE REACH OF CHILDREN. NOTICE: Products in this series contain solvents. Reports have associated repeated and prolonged occupational overexposure to solvents with permanent brain and nervous system damage. Intentional misuse by deliberately concentrating and inhaling the contents may be harmful or fatal. For emergency information call (800) 545-2643. Note: These warnings encompass the product series. Prior to use, read and follow product-specific MSDS and label information. If sanding is done, wear a dust mask to avoid breathing dust. Do not breathe vapors or spray mist. Ensure fresh air entry during application and drying. Avoid contact with eyes and skin. If you experience eye watering, headaches, or dizziness, leave the area. If properly used, a respirator may offer additional protection. Obtain professional advice before using. Close container after each use. FIRST AID: In case of skin contact, wash thoroughly with soap and water. If any product remains, gently rub petroleum jelly, vegetable or mineral/baby oil onto skin, then wash again with soap and water. Repeated applications may be needed. Remove contaminated clothing. For eye contact, flush immediately with large amounts of water, for at least 15 minutes. Obtain emergency medical treatment. If swallowed, obtain medical treatment immediately. If inhalation causes physical discomfort, remove to fresh air. If discomfort persists or any breathing difficulty occurs, get medical help. KEEP FROM FREEZING.

## SHIPPING

| | |
|---|---|
| Flash Point: None | Shipping Weight:  4 gallon case - 44 lbs. (20.0 kg) |
| Packaging:  1 gallon (3.785L) | 5 gallon pail - 54 lbs. (24.5 kg) |
| 5 gallons (18.925L) | |

4216-XXXX (08/08)
Ad Stock #06777D



**DEVOE**

ICI Paints
Strongsville,
Ohio, U.S.A.
800-654-2616
voespaintings.com

LIMITATION OF LIABILITY: To the best of our knowledge, the technical data contained herein are true and accurate at the date of issuance but are subject to change without prior notice. We guarantee our product to conform to the specifications contained herein. WE MAKE NO OTHER WARRANTY OR GUARANTEE OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE. Liability, if any, is limited to replacement of the product or refund of the purchase price. LABOR OR COST OF LABOR AND OTHER CONSEQUENTIAL DAMAGES ARE HEREBY EXCLUDED.

Addendum "C"
Contract No. QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting

JUN-06-2007 12:39 AM                                                                                                          P.02

 **Paints**

## 7 YEAR LIMITED MATERIALS AND LABOR WARRANTY

ICJ Paints warrants to (Olen Properties) that the following paint product(s): Dulux Professional Flat applied at:

| | | Addendum "C" |
|---|---|---|
| Project Location Name: | *Quantum Lake Apartments*<br>*Boynton Beach, Florida* | Contract No. QLV I - 022220 issued<br>to Franklin Bay General Contractors,<br>Inc. for Exterior Painting<br>*14 of 17* |
| | *Manatee Bay Apartments*<br>*Boynton Beach, Florida* | |
| Application Date(s): | June 6, 2007 | |
| Contractor Name: | *Franklin Bay* | |

are free of manufacturing defects. ICI Paints also warrants that the products will not peel, crack or blister as a result of defect in the products. This Limited Warranty is given provided that a) the products have been applied and maintained according to ICI Paints' label directions and/or specifications and b) pre-application, progress and final inspections have been conducted and certified by authorized ICI Paints personnel.

ICI Paints does not warrant and this warranty does not apply to any failures except those stated above or to any failures which result from a) improper surface preparation, b) improper application, c) failure of an existing, previous coating, d) structural defects, e) mechanical damage, f) vandalism, g) acts of God or war, h) misuse, i) abnormal environmental conditions, j) delamination. Also, some fading and chalking of the products, which is expected, normally occur over time, is not considered a paint failure or a breach of this warranty. It is further acknowledged that ICI Paints' personnel will not be able to inspect 100% of the surface areas to be coated or to observe all of the surface preparation and application of the products. ICI Paints will certify inspections based upon its observations and representations made by the contractor/applicator and its personnel. Failures which occur in areas a) not inspected by ICI Paints, b) which have been certified based on the contractor's/applicator's misrepresentation of surface preparation or application of the products and/or which have been certified based on misrepresentations by the owner/owner's representative regarding the condition of the substrate and previous coatings are not covered by this Limited Warranty.

In the event the products do not perform as stated in this Limited Warranty, the owner of the coated surfaces must promptly notify ICI Paints of the failure and give ICI Paints an opportunity to inspect the failed areas. Failure of the owner to promptly notify or give ICI Paints an opportunity to inspect will release ICI Paints from its obligations to repair the failed areas or replace defective product. The original warranty period will not be extended in the event ICI Paints provides product to replace defective product or repair failed areas.

In the event the products do not perform as stated in this Limited Warranty, the owner's and/or Contractor's exclusive remedy and ICI Paints exclusive liability will be to provide replacement products in an amount which will repair the failed surface area.

**Dulux**        ∃INCLAIR                                              (Glidden)                    **DEVOE**

Confidential                                              Page 1 of 2                                              6/5/2007

JUN-06-2007 12:40 AM                                                                 P.83

 **Paints**

In no event will ICI Paints be liable for any special, incidental or consequential damages whether based in tort, contract or under common law.

THIS WARRANTY IS GIVEN AS THE EXCLUSIVE WARRANTY AND REMEDY. NO OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE OR OF MERCHANTABILITY ARE GIVEN.

This warranty gives you specific legal rights. You may have other rights which vary from state to state.

Addendum "C"
Contract No. QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting
_15 of 17_

RE:   *Olen Properties*
      Danny Owens

This warranty is valid only if signed by ICI Paints.

Owner/Contractor states that he/she has read and fully understands the terms and conditions of this warranty.

ICI Paints Store (Delray Beach, Florida)

_____                    _____
Owner                                       ICI Paints Sales Representative

_____                    _____
Date                                        Date

_____                    _____
Manager, National Accounts                  ICI District Sales Manager

_____                    _____
Date                                        Date



*Dulux*      SINCLAIR        [TILE]         (Glidden)        

Confidential                 Page 2 of 2                     6/5/2007

Addendum "C"
Contract No. QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting
*16 of 17*

 *Paints*

## OLEN PROPERTIES DEVELOPMENT

WEEKLY NEW CONSTRUCTION OR RENOVATION JOB VISIT WORKSHEET

DATE_____

PROJECT NAME _____

REP NAME_____

CONTRACTOR_____

WEEKLY OR FINAL INSPECTION_____

BUILDING #'S WALKED FOR SURFACE PREP THIS VISIT

_____

BUILDING'S WALKED FOR COATING APPLICATION THIS VISIT

_____

1. WAS SURFACE PREPARATION DONE IN ACCORDANCE WITH THE
SPECIFICATIONS? (Y OR N) _____

2. IS ALL WORK BEING PERFORMED ACCORDING TO THE
SPECIFICATIONS?
(Y OR N)_____

3. WERE CORRECT METHODS OF APPLICATION USED ON ALL
SUBSTRATES?
(Y OR N)_____

4. ARE ALL PRODUCTS PROVIDING THE APPEARANCE & UNIFORMITY
REQUIRED?
(Y OR N)_____

5. ARE ALL PRODUCTS PROVIDING ANTICIPATED HIDE & COVERAGE?
(Y OR N)_____

6. ARE ALL PRODUCTS ADHERING PROPERLY TO THE SURFACES?
(Y OR N)_____

**Olen Properties Continued:**

7. IF STUCCO (PRESENT) WAS PH CHECKED ON THIS VISIT?

BLD #'S & READINGS_____

8. PLEASE SUPPLY WET FILM TEST READING ON ALL SUBSTRATES/PRODUCTS COMPLETED THIS VISIT.

_____

9. IS CONTRACTOR PERFORMING WORK ON A TIMELY BASIS? (Y OR N) _____

10. DID/DO ANY AREAS HAVE TO BE REDONE TO MEET THE SPECIFICATIONS? (Y OR N)_____

Any questions that were answered NO need to be explained below with the exception of #10 and if #10 was answered yes then please explain reasons below! Also add any other concerns as needed.

UPON COMPLETION LEAVE A COPY OF THIS REPORT WITH THE JOB SUPERINTENDANT AND EMAIL OR FAX A COPY OF THIS REPORT TO THE PROPROPETY SERVICES MANAGER JOHN THOMPSON.

Addendum "C"
Contract No. QLV I - 022220 issued
to Franklin Bay General Contractors,
Inc. for Exterior Painting
17 of 17

LOG # __NA-08-00029__



# LIMITED WARRANTY

## SEVEN (7) YEAR LIMITED EXTERIOR FINISHES MATERIAL AND SEVEN (7) YEAR LABOR WARRANTY

Beginning Date: December 15, 2007
Warranty Period: SEVEN (7) Years
Owner: Oten Properties, 2700 Quantum Lakes Dr, Boynton Beach, FL 33426
Project: Alternative Bay Apartments, 1892 North Federal Hwy, Boynton Beach, FL 33435 (Area "A", Buildings 1 through 4)
Applicator: Franklin Bay General Contractors
Substrate(s): Prev. Painted Stucco
System: Per product labels & product data sheets instruction
Product(s): 3030 Prep & Prime
2200 Dulux Professional

The Glidden Company d/b/a ICI Paints ("ICI Paints") does hereby warrant (this "Warranty") the property owner set forth above ("Owner"), that its Product(s)/System(s) set forth above ("Coatings") have been manufactured without defect. ICI Paints further warrants that the Coatings, when properly applied, maintained and used in strict accordance with all specifications, instructions, chemical resistance tables and/or written directions issued by ICI Paints, and as set forth in ICI Paints' instructions contained on the product labels and data sheets, will not peel, crack, or blister for a period of Seven (7) years following application as a result of a defect in the Coatings.
ICI Paints' liability under the terms of this Warranty is limited to supplying sufficient Coatings for SEVEN (7) years and labor for SEVEN (7) years to repaint the failed area(s). This Warranty period shall not be extended by repainting; however, the remaining warranty period will remain in effect and be applicable to any repainted area(s).

ICI Paints assumes no obligation to select or approve the selection of the applicator or accept the applicator's work. Additionally, any site visit by ICI Paints does not constitute an inspection, approval, supervision, or acceptance of surface preparation, application, or building integrity.

Any repair or repainting of any failed area(s) covered by this warranty by any person or entity prior to ICI Paints' inspection shall invalidate this Warranty. Repainting, including remedial painting, shall be performed by using standard finishing practices and coatings (not necessarily the original products specified). In all instances ICI Paints shall be the sole judge as to whether a partial or complete repainting of the failed area(s) is required to fulfill its obligation under this Warranty. ICI Paints reserves the right to select or approve the products and painting contractor to be used for the repainting of any failed area(s).

This Warranty does not cover failure of the Coatings or portions thereof caused by error in application or misuse of the Coatings, defective substrates, patches or fillers not specifically recommended by ICI Paints, Coatings not applied within six (6) months of delivery to Owner or Owner's contractor(s), acts of God, (i.e.,, fire, hail, hurricane, tornado, earthquake, acts of war or explosions), prior paint system or construction defects, structural defects, physical or mechanical damage to the Coatings, vandalism, applicator's negligence, including but not limited to, inadequate surface preparation and/or improper application, inadequate or improper maintenance or cleaning, standing water or moisture in the substrate, pollution or abnormal weather conditions or changes in the exposure environment, or any other condition which is beyond the control of ICI Paints.

This Warranty is conditioned upon full payment of all ICI Paints' Coatings which are subject to the warranty herein.

Claims under this Warranty must be directed to ICI Paints Technical Services, 15885 West Sprague Road Strongsville, Ohio 44136, with a copy to ICI Paints' Legal Department all at the same address, in writing during the warranty period and within sixty (60) days after Owner or Owner's contractor(s) or representative(s) has actual or constructive knowledge of a breach of warranty hereunder. Failure to give notice within the specified time shall release and discharge ICI Paints from any and all obligations under this Warranty. It is agreed that time periods referred to herein are of the essence to this Warranty.

THIS WARRANTY IS GIVEN AS THE EXCLUSIVE WARRANTY. NO OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE MADE. ICI PAINTS SHALL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES EVEN IF ADVISED OF SUCH POSSIBILITY, AND ICI PAINTS HEREBY DISCLAIMS ALL LIABILITY FOR NEGLIGENCE OR STRICT PRODUCT LIABILITY, WHETHER UNDER RESTATEMENT OF TORTS, UNDER THE COMMON LAW, OR OTHERWISE.

This Warranty contains the entire agreement of the parties regarding the subject matter contained herein and supersedes all prior verbal or written agreements, representations, and/or understandings regarding the same, including without limitation, any warranties that may be set out in product literature, labels or product containers. If any provision of this Warranty is found to be invalid or void by a court of competent jurisdiction then that provision shall be stricken and the remaining provisions of the Warranty shall be in full force and effect to the maximum extent allowed by law.

The validity, construction and performance of this Warranty shall be governed and interpreted in accordance with the substantive and procedural laws of the State of Ohio and the parties hereby irrevocably consent to the exclusive jurisdiction of the federal or state courts located in Cuyahoga County, Ohio. In no event and receive any formal legal action between the parties related to this Warranty. Further, this Warranty is not transferable without ICI Paints' written consent, which must be signed by an officer of ICI Paints, and may not be modified or enlarged in scope by any other employee, representative or agent of ICI Paints. Failure of ICI Paints or Owner to exercise any right hereunder on one occasion shall not waive the right to exercise the same on another occasion. Neither course of performance, course of dealing or usage of trade shall be used to interpret, construe, qualify, modify, explain or supplement any of the terms of this Warranty.

THE PARTIES STATE THAT THEY HAVE READ AND FULLY UNDERSTAND THE TERMS AND CONDITIONS OF THIS WARRANTY and the persons signing this Warranty are duly authorized by their respective parties to execute the same.

OWNER: _____                    ICI PAINTS

By: _____                        By: _____
Name: Donny Owens                             Len Biewer-Technical Supervisor/Warranty Administration
Title: V. P. Florida Property Services         Date: January 25, 2008
Date: Feb-05-08

Exhibit C